# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| John Huber | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:21-cv-00969-LA |
| David Beth, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel G. Miskinis, Eric Larsen and City of Kenosha.

Date:   10/21/2021

/s/ Ted Waskowski
*Attorney's signature*

Ted Waskowski, SBN: 1003254
*Printed name and bar number*

Stafford Rosenbaum, LLP
222 W. Washington Avenue, Ste 900
Madison, WI 53703
*Address*

twaskowski@staffordlaw.com
*E-mail address*

(608) 259-2613
*Telephone number*

(608) 259-2600
*FAX number*