IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

JOHN HUBER, in his individual capacity
and as Personal Representative of the
ESTATE OF ANTHONY HUBER,

        Plaintiff,

                                   Case No. 21-CV-969

    v.

DAVID G. BETH, in his individual and
official capacity as Kenosha County Sheriff,
DANIEL G. MISKINIS, in his individual
and official capacity as the former Chief of
Police for the Kenosha Police Department,
ERIC LARSEN, in his official capacity as
the acting Chief of Police for the Kenosha
Police Department, JOHN DOE POLICE
OFFICERS of the Kenosha Police
Department, Kenosha County Sheriff's
Department, Waukesha County Sheriff's
Department, Racine County Sheriff's
Department, Sauk County Sheriff's
Department, Walworth County Sheriff's
Department, Washington County Sheriff's
Department, Menomonee Falls Police
Department, and West Allis Police
Department, CITY OF KENOSHA, COUNTY
OF KENOSHA, COUNTY OF WAUKESHA,
COUNTY OF RACINE, COUNTY OF SAUK,
COUNTY OF WALWORTH, COUNTY OF
WASHINGTON, VILLAGE OF MENOMONEE
FALLS, CITY OF WEST ALLIS, and KYLE
RITTENHOUSE,

        Defendants.

_____

**STIPULATION TO EXTEND THE TIME FOR MUNICIPAL DEFENDANTS TO
RESPOND TO THE PLAINTIFF'S AMENDED COMPLAINT**

_____

The Plaintiff and certain Defendants (hereinafter "Municipal Defendants" which are namely, all defendants other than Kyle Rittenhouse) hereby file this stipulation to enlarge the time to respond to Plaintiff's Amended Complaint for the following Municipal Defendants: David Beth, Daniel Miskinis, Eric Larsen, City of Kenosha, Kenosha County, Waukesha County, Racine County, Sauk County, Walworth County, Washington County, Village of Menomonee Falls, and City of West Allis, and the alleged John Doe Police Officers in the above-captioned matter and as grounds states as follows:

1. On January 7, 2022, Plaintiff filed his motion for leave to file a First Amended Complaint. (Dkt. 25.)

2. The Defendants in the original action did not oppose Plaintiff's motion. (*See* Dkt. 26.) In turn, the Court issued a text-only order on February 2, 2022, granting the motion for leave to file the amended complaint.

3. On February 2, 2022, Plaintiff filed the Amended Complaint. (Dkt. 27.)

4. Upon request from the Municipal Defendants noted above, Plaintiff has agreed to provide Municipal Defendants, namely, all defendants other than Kyle Rittenhouse, **until March 21, 2022** to file a response to Plaintiff's Amended Complaint.

5. The parties to this Stipulation further agree that this short extension will not prejudice any named party.

Dated this 10th day of February, 2022.

By: /s          Sara C. Mills
SAMUEL C. HALL, JR.
SARA C. MILLS
MICAELA E. HAGGENJOS
Attorneys for Defendants, David G. Beth, Kenosha County, Waukesha County, Racine County, Sauk County, Walworth County, Washington County, and the respective John Doe Police Officers
CRIVELLO CARLSON, S.C.
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI  53203
Phone: (414) 271-7722
Fax: (414) 271-4438
E-mail:   shall@crivellocarlson.com
             smills@crivellocarlson.com
             mhaggenjos@crivellocarlson.com

Dated this 10th day of February, 2022.

By: /s          Ted Waskowski
TED WASKOWSKI
KYLE W. ENGELKE
CLEMENTINE UWABERA
Attorneys for Defendants Daniel Miskinis, Eric Larsen, City of Kenosha, Village of Menomonee Falls, and City of West Allis and the respective John Doe Police Officers
STAFFORD ROSENBAUM, LLP
222 W. Washington Avenue, Ste 900
Madison, WI  53703
Phone: (608) 259-2613
Fax: (608) 259-2600
E-mail:   twaskowski@staffordlaw.com
             kengelke@staffordlaw.com
             cuwabera@staffordlaw.com

3

Dated this 10th day of February, 2022.

By: /s          Anand Swaminathan
                ANAND SWAMINATHAN
                JON LOEVY
                ARTHUR LOEVY
                DAN TWETTEN
                Attorneys for Plaintiff
                LOEVY & LOEVY
                311 N. Aberdeen St.
                Chicago, IL 60607
                Phone: (312) 789-4974
                Fax: (312) 243-5902
                E-mail:  anand@loevy.com
                         jon@loevy.com
                         arthur@loevy.com
                         dan@loevy.com