# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | ) | |
|---|---|---|
| John Huber | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:21-cv-00969-LA |
| David G. Beth, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kyle Rittenhouse 286 Anita Ter, Antioch, IL 60002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:
John Huber c/o Loevy & Loevy 311 N. Aberdeen St., 3rd Fl. Chicago, IL 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GINA M. COLLETTI, CLERK OF COURT

Date: 02/25/2022

s/ J. Lyday

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:21-cv-00969-LA

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Kyle Rittenhouse on *(date)* 05/03/2022 .

☑ I served the subpoena by delivering a copy to the named individual as follows:
Served at 2920 Willow Creek Lane, Kissimmee Florida 34741 c/o Kyle Rittenhous's sister Faith Rittenhouse who is over the age of 18 and lives with Kyle Rittenhouse on *(date)* 06/30/2022 ; or

☐ I returned the subpoena unexecuted because: .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ .

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/30/2022

/s/ Mort Smith
*Server's signature*

Mort Smith, Investigator
*Printed name and title*

Law Offices of Loevy and Loevy
311 N. Aberdeen Street, 3rd floor
Chicago, IL 60607
*Server's address*

Additional information regarding attempted service, etc.: