UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JOHN HUBER, in his individual capacity and as Personal Representative of the ESTATE OF ANTHONY HUBER, <br><br>Plaintiff, <br><br>v. <br><br>DAVID G. BETH, in his individual and official capacity as Kenosha County Sheriff, et al., <br><br>Defendants. | No. 2:21-cv-00969-LA <br><br>Hon. Lynn Adelman <br>United States District Judge |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Kyle Rittenhouse.

Date: July 20, 2022

s/Isaac W. Messmore
Isaac W. Messmore
E.D. Wis. Bar No. 393276
NELSON MULLINS RILEY
& SCARBOROUGH LLP
1600 Utica Avenue South, Suite 750
Minneapolis, MN 55416
Telephone: (612) 464-7622
Fax: (612) 255-0739
ike.messmore@nelsonmullins.com