UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JOHN HUBER, in his individual capacity and as Personal Representative of the ESTATE OF ANTHONY HUBER,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID G. BETH, in his individual and official capacity as Kenosha County Sheriff, et al.,<br><br>    Defendants. | No. 2:21-cv-00969-LA<br><br>Hon. Lynn Adelman<br>United States District Judge |

## STIPULATION TO EXTEND TIME FOR DEFENDANT RITTENHOUSE TO RESPOND TO FIRST AMENDED COMPLAINT

Plaintiff, Defendant Kyle Rittenhouse, and all other defendants who have appeared in this case stipulate to extend the time for Mr. Rittenhouse to answer or otherwise move respecting Plaintiff's First Amended Complaint by an additional seven days, to August 18, 2022.

1. On February 2, 2022, Plaintiff filed the operative First Amended Complaint (Dkt. 27).

2. On June 30, 2022, Plaintiff filed a Summons Return (Dkt. 53) representing that a summons for Mr. Rittenhouse was served on June 30, 2022.

3. Plaintiff agreed to provide Mr. Rittenhouse two prior extensions of time to answer or otherwise move respecting the First Amended Complaint, with the latest extension running through August 11, 2022.

4. Plaintiff now has agreed to provide Mr. Rittenhouse an additional extension of time to answer or otherwise move respecting the First Amended Complaint through and including August 18, 2022.

5. All other defendants who have appeared in this case agree to this additional extension.

6. The parties to this Stipulation agree that this additional stipulated extension of time will not prejudice any named party and is subject to and without waiver of Mr. Rittenhouse's defenses, including defenses to personal jurisdiction and service of process.

Date: August 11, 2022                       s/Isaac W. Messmore
                                            Isaac W. Messmore
                                            NELSON MULLINS RILEY
                                            & SCARBOROUGH LLP
                                            1600 Utica Avenue South, Suite 750
                                            Minneapolis, MN  55416
                                            Telephone: (612) 464-7622
                                            Fax: (612) 255-0739
                                            ike.messmore@nelsonmullins.com

                                            Mark F. Raymond
                                            Shane P. Martin
                                            NELSON MULLINS RILEY
                                            & SCARBOROUGH LLP
                                            2 South Biscayne Boulevard, Suite 21
                                            Miami, FL  33131
                                            Telephone: (305) 373-9425
                                            Fax: (305) 995-6384
                                            mark.raymond@nelsonmullins.com
                                            shane.martin@nelsonmullins.com

                                            ***Counsel for Defendant Kyle Rittenhouse***


Date: August 11, 2022                       s/Anand Swaminathan (with permission)
                                            Anand Swaminathan
                                            Jon Loevy
                                            Arthur Loevy
                                            Dan Twetten
                                            LOEVY & LOEVY
                                            311 N. Aberdeen St.
                                            Chicago, IL  60607
                                            Telephone: (312) 789-4974
                                            Fax: (312) 243-5902
                                            anand@loevy.com
                                            jon@loevy.com
                                            arthur@loevy.com
                                            dan@loevy.com

                                            ***Counsel for Plaintiff***

| Date: August 11, 2022 | s/Samuel C. Hall, Jr. (with permission)<br>Samuel C. Hall, Jr.<br>Sara C. Mills<br>Micaela E. Haggenjos<br>CRIVELLO CARLSON, S.C.<br>710 N. Plankinton Avenue, Suite 500<br>Milwaukee, WI 53203<br>Telephone: (414) 271-7722<br>Fax: (414) 271-4438<br>shall@crivellocarlson.com<br>smills@crivellocarlson.com<br>mhaggenjos@crivellocarlson.com<br><br>***Counsel for Defendants David G. Beth, Kenosha County, Waukesha County, Racine County, Sauk County, Walworth County, Washington County, and the respective John Doe Police Officers*** |
|---|---|
| Date: August 11, 2022 | s/Kyle Engelke (with permission)<br>Ted Waskowski<br>Kyle W. Engelke<br>Clementine Uwabera<br>STAFFORD ROSENBAUM, LLP<br>222 W. Washington Avenue, Suite 900<br>Madison, WI 53703<br>Telephone: (608) 259-2613<br>Fax: (608) 259-2600<br>twaskowski@staffordlaw.com<br>kengelke@staffordlaw.com<br>cuwabera@staffordlaw.com<br><br>***Counsel for Defendants Daniel Miskinis, Eric Larsen, City of Kenosha, Village of Menomonee Falls, City of West Allis, and the respective John Doe Police Officers*** |