UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JOHN HUBER, in his individual capacity
and as Personal Representative of the
ESTATE OF ANTHONY HUBER,

    Plaintiff,

v.

DAVID G. BETH, in his individual and
official capacity as Kenosha County
Sheriff, et al.,

    Defendants.

No. 2:21-cv-00969-LA

Hon. Lynn Adelman
United States District Judge

## DECLARATION OF FAITH RITTENHOUSE
## IN SUPPORT OF MOTION TO DISMISS

I, Faith Rittenhouse, declare as follows:

1. I am over 18 years of age and am competent to testify. The matters set forth in this declaration are based on my own personal knowledge.

2. At around 11:00 a.m. on June 30, 2022, I answered a knock at the front door of my home, where I live with my mother and sister.

3. When I did, a man asked if I was "Wendy." I said, "no, I'm her daughter."

4. The man, who I now understand was working for Plaintiff as a process server, handed me a stapled document, said "give this to your brother," and walked away.

5. I have reviewed the Proof of Service filed with the Court (Dkt. 53). It appears it may have been completed by the man who left the document with me, but it says some things that are not correct.

6. I did not say that I lived with my brother, Kyle Rittenhouse, or that Kyle lives at the address where I was handed the document I mentioned.

7. The man never asked me whether Kyle lives with me and my mom and sister. Had he asked, I would have told him Kyle does not live with us.

8. The man did not tell me what the document was.

9. I do not live with Kyle, and he does not live at the home I live in and share with my mother and sister, where I was handed the document.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2022, by *Faith Rittenhouse*
                                        Faith Rittenhouse