UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JOHN HUBER, in his individual capacity
and as Personal Representative of the
ESTATE OF ANTHONY HUBER,

    Plaintiff,

v.

DAVID G. BETH, in his individual and
official capacity as Kenosha County Sheriff,
et al.,

    Defendants.

No. 2:21-cv-00969-LA

Hon. Lynn Adelman
United States District Judge

## DECLARATION OF KYLE RITTENHOUSE
## IN SUPPORT OF MOTION TO DISMISS

I, Kyle Rittenhouse, declare as follows:

1. I am over 18 years of age and am competent to testify. The matters set forth in this declaration are based on my own personal knowledge.

2. The address listed in Plaintiff's Proof of Service (Dkt. 53) (the "attempted service address") is not my residence or usual place of abode.

3. The attempted service address is my mother's home, where she lives with my two sisters.

4. I maintain a residence in a State other than Florida and did so when service was attempted.

5. Over the past year, I visited my mother and sister and stayed at the service address on a few occasions on those visits. When I did, I slept on a couch.

6. During those visits, I have not spent more than roughly 20 to 30 nights, total, at the attempted service address, and have gone more than six months between visits.

7. I do not have a room or a bed at the attempted service address. In fact, there isn't a room or bed available to me there.

8. I do not keep clothes or any belongings at the attempted service address.

9. I do not pay rent or any utilities at the attempted service address.

10. I was not staying at the attempted service address when service was attempted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August __17__, 2022, by _[signature]_____.
                                                      Kyle Rittenhouse

2