UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JOHN HUBER, in his individual capacity and as Personal Representative of the ESTATE OF ANTHONY HUBER,<br><br>　　Plaintiff,<br><br>v.<br><br>DAVID G. BETH, in his individual and official capacity as Kenosha County Sheriff, et al.,<br><br>　　Defendants. | No. 2:21-cv-00969-LA<br><br>Hon. Lynn Adelman<br>United States District Judge |

## SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT KYLE RITTENHOUSE TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT KYLE RITTENHOUSE'S MOTION TO DISMISS

Plaintiff and Defendant Kyle Rittenhouse stipulate to extend the time for Mr. Rittenhouse to file his reply to Plaintiff's response to Mr. Rittenhouse's motion to dismiss to January 13, 2023.

1. On February 2, 2022, Plaintiff filed the operative First Amended Complaint (Dkt. 27).

2. On August 30, 2022, Mr. Rittenhouse's filed a motion to dismiss for insufficient service of process and lack of personal jurisdiction and to dismiss for failure to state a claim on which relief may be granted ("Motion to Dismiss") (Dkt. 61).

3. Plaintiff and Mr. Rittenhouse previously agreed to multiple stipulations to extend time for Plaintiff to respond to Mr. Rittenhouse's Motion to Dismiss. This Court entered an Order on October 24, 2022, granting the Third Stipulation to Extend Time for Plaintiff to Respond to Defendant Rittenhouse's Motion to Dismiss. (Dkt. 67).

4. Plaintiff agreed to an initial extension for Mr. Rittenhouse to file his reply. This Court entered an Order on November 16, 2022, granting the Stipulation to Extend Time for Defendant Kyle Rittenhouse to Reply to Plaintiff's Response to Defendant Kyle Rittenhouse's Motion to Dismiss. (Dkt. 70).

5. Mr. Rittenhouse's reply is presently due on December 16, 2022.

6. Plaintiff has agreed to provide Mr. Rittenhouse with an additional extension of time to file his reply, through and including January 13, 2023.

7. The parties to this stipulation agree that this request for extension of time will not prejudice any named party.

Date: December 14, 2022        /s/Isaac W. Messmore
                                              Isaac W. Messmore
                                              NELSON MULLINS RILEY
                                              & SCARBOROUGH LLP
                                              1600 Utica Avenue South, Suite 750
                                              Minneapolis, MN 55416
                                              Telephone: (612) 464-7622
                                              Fax: (612) 255-0739
                                              ike.messmore@nelsonmullins.com

                                              and

                                Mark F. Raymond
                                Shane P. Martin
                                NELSON MULLINS RILEY
                                & SCARBOROUGH LLP
                                2 South Biscayne Boulevard, Suite 21
                                Miami, FL  33131
                                Telephone: (305) 373-9425
                                Fax: (305) 995-6384
                                mark.raymond@nelsonmullins.com
                                shane.martin@nelsonmullins.com

                                ***Counsel for Defendant Kyle Rittenhouse***


Date: December 14, 2022                */s/Steven Art (with permission)*
                                                 Steven Art
                                                 Anand Swaminathan
                                                 Jon Loevy
                                                 Arthur Loevy
                                                 Dan Twetten
                                                 LOEVY & LOEVY
                                                 311 N. Aberdeen St.
                                                 Chicago, IL  60607
                                                 Telephone: (312) 789-4974
                                                 Fax: (312) 243-5902
                                                 anand@loevy.com
                                                 jon@loevy.com
                                                 arthur@loevy.com
                                                 dan@loevy.com

                                                 ***Counsel for Plaintiff***