UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOHN HUBER,
      **Plaintiff,**

  v.                                         Case No. 21-C-0969

DAVID G. BETH, et al.,
      **Defendants.**

---

## ORDER

Plaintiff and defendant Kyle Rittenhouse have stipulated to a third extension of time for Rittenhouse to file his reply brief in support of his motion to dismiss. Although I will approve this extension, I write to inform the parties that no further extensions will be allowed. If Rittenhouse does not file a reply brief by January 20, 2023, I will consider his right to do so waived and decide the motion based on defendant's opening brief and the plaintiff's response.

For the reasons stated, **IT IS ORDERED** that defendant Rittenhouse has until January 20, 2023 to file his reply brief in support of his motion to dismiss, and that no further extensions will be granted.

Dated at Milwaukee, Wisconsin, this 12th day of January, 2023.

                                              /s/Lynn Adelman
                                              LYNN ADELMAN
                                              United States District Judge