UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JOHN HUBER, in his individual capacity and as Personal Representative of the ESTATE OF ANTHONY HUBER,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID G. BETH, in his individual and official capacity as Kenosha County Sheriff, et al.,<br><br>    Defendants. | No. 2:21-cv-00969-LA<br><br>Hon. Lynn Adelman<br>United States District Judge |

## STIPULATION TO EXTEND TIME FOR
## DEFENDANT KYLE RITTENHOUSE TO ANSWER AMENDED COMPLAINT

Plaintiff and Defendant Kyle Rittenhouse hereby stipulate to extend the time for Mr. Rittenhouse to file his answer to the Amended Complaint, through and including Friday, March 17, 2023.

1. On February 1, 2023, the Court entered a Decision and Order (Dkt. 76) granting in part and denying in part various motions to dismiss by several of the Defendants, including one by Rittenhouse (Dkt. 61).

2. Accordingly, Rittenhouse is due to answer the Amended Complaint by February 15, 2023.

3. Rittenhouse has requested, and Plaintiff has agreed to, a 30-day extension of time for Rittenhouse to file his answer, through and including Friday, March 17, 2023.

4. The parties to this stipulation agree that this brief extension will not prejudice any named party.

Date: February 10, 2023

/s/ Shane P. Martin
Isaac W. Messmore
NELSON MULLINS RILEY
& SCARBOROUGH LLP
1600 Utica Avenue South, Suite 750
Minneapolis, MN 55416
Telephone: (612) 464-7622
Fax: (612) 255-0739
ike.messmore@nelsonmullins.com

and

Mark F. Raymond
Shane P. Martin
NELSON MULLINS RILEY
& SCARBOROUGH LLP
2 South Biscayne Boulevard, Suite 21
Miami, FL 33131
Telephone: (305) 373-9425
Fax: (305) 995-6384
mark.raymond@nelsonmullins.com
shane.martin@nelsonmullins.com

**Counsel for Defendant Kyle Rittenhouse**

Date: February 1-, 2023

/s/ Anand Swaminathan (with permission)
Steven Art
Anand Swaminathan
Jon Loevy
Arthur Loevy
Dan Twetten
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
Telephone: (312) 789-4974
Fax: (312) 243-5902
anand@loevy.com
jon@loevy.com

arthur@loevy.com
dan@loevy.com

***Counsel for Plaintiff***