UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOHN HUBER, in his individual capacity and as Personal Representative of the ESTATE OF ANTHONY HUBER,<br><br>      Plaintiff,<br><br>v.<br><br>DAVID G. BETH, et al.,<br><br>      Defendants. | No. 2:21-cv-00969-LA<br><br>Hon. Lynn Adelman<br>District Judge |

PLEASE TAKE NOTICE that Attorney MARK D. RICHARDS has been retained to further represent the Defendant, KYLE RITTENHOUSE, in the above-entitled matter and demand that all documents relating to the above-entitled matter be served upon the office.

Dated this 14th day of February 2023.

                                                        Mark D. Richards #01006324
                                                       Attorney for Kyle Rittenhouse
                                                       209 8th Street
                                                       Racine, WI   53403
                                                       (262) 632-2200
                                                       fax (262)632-3888
                                                       MDR@RACINEDEFENSE.COM