UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN HUBER, in his individual capacity and as )
Personal Representative of the ESTATE OF )
ANTHONY HUBER, )
)
        Plaintiff, )    No. 2:21-cv-00969-LA
)
v. )    Hon. Lynn Adelman
)    District Judge
DAVID G. BETH, et al., )
)
        Defendants. )
)
)

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Defendant Kyle Rittenhouse, by and through the undersigned counsel, moves the Court for entry of an Order allowing Attorney Mark D. Richards to be substituted in place of Attorneys Mark F. Raymond, Shane P. Martin, and Isaac W. Messmore as counsel of record for Defendant Kyle Rittenhouse. Nelson Mullins Riley & Scarborough LLP and its undersigned attorneys have no further responsibilities respecting Mr. Rittenhouse's representation in this action. This withdrawal and substitution serves as Attorney Richards' notice of appearance on Mr. Rittenhouse's behalf, it has been discussed with Mr. Rittenhouse who consents to the same, and it will not delay trial or the progress of the case.

_____    2-10-23
Mark D. Richards #01006324    Date
Richards & Associates, SC
209 8th Street
Racine, WI 53403

_____    2-10-23
Kyle Rittenhouse    Date
Defendant

_____  2/9/23
Mark F. Raymond            Date
Nelson Mullins Riley & Scarborough LLP
2 S. Biscayne Blvd, 21st Floor
Miami, FL 33131

_____  2/10/2023
Shane P. Martin            Date
Nelson Mullins Riley & Scarborough LLP
2 S. Biscayne Blvd, 21st Floor
Miami, FL 33131

_____  2/9/23
Isaac W. Messmore          Date
Nelson Mullins Riley & Scarborough LLP
1600 Utica Ave. South, Ste 750
Minneapolis, MN 55416

2