# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JOHN HUBER,**
        Plaintiff,

    v.                                            Case No. 21-CV-969

**DAVID G BETH, et al.,**
        Defendants.

## COURT MINUTES OF CONFERENCE

| | |
|---|---|
| Judge Lynn Adelman, presiding | Date: 05/05/2023 |
| Time Commenced: 9:45 a.m. | Concluded: 10:05 a.m. |
| Deputy Clerk: MJA | Court Reporter: None |

APPEARANCES:

**Plaintiff:** Anand Swaminathan, Steve Art, and Quinn Rallins

**Defendants Daniel G. Miskinis, Eric Larsen, John Doe Police Officers of the Kenosha Police Department, Menomonee Falls Police Department, West Allis Police Department, the City of Kenosha, Village of Menomonee Falls and the City of West Allis**: Ted Waskowski and Kyle W. Engelke

**Defendants David G. Beth, Kenosha County, Waukesha County, Racine County, Sauk County, Walworth County, and Washington County:** Samuel C. Hall, Jr.

**Defendant Kyle Rittenhouse:** Natalie L. Wisco

Nature of Conference: Telephonic Scheduling Conference

Notes:

- Possibility of consolidation with Case No. 21-C-1192 for purposes of discovery discussed. Plaintiff's counsel indicates that he intends to discuss the matter with counsel for plaintiff in other case. Court expresses the view that consolidation likely makes sense given the overlap in witnesses, etc. If the parties in both cases agree to consolidation, they should file a letter or other document with the court.

- Court address dispute over deadlines for expert discovery and will include relevant dates in scheduling order.
- Parties note that they have agreed to allow 15 depositions in addition to the depositions of the parties and their experts.
- Plaintiff agrees that defendants' deadline to amend pleadings or join parties can be 60 days before the close of fact discovery.
- Scheduling order will reflect that dispositive motions will be due 30 days after the close of expert discovery.