# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JOHN HUBER,** in his individual capacity and
as Personal Representative of the
**ESTATE OF ANTHONY HUBER,**
    **Plaintiff,**

    v.                                              Case No. 21-C-0969

**DAVID G. BETH,** in his individual and
official capacity as Kenosha County Sheriff,
et al.,
    **Defendants.**

---

**GAIGE GROSSKREUTZ,**
    **Plaintiff,**

    v.                                              Case No. 21-C-1192

**CITY OF KENOSHA,**
et al.,
    **Defendants.**

---

## ORDER

The parties to these actions have agreed that they involve common questions of law or fact and should be consolidated for purposes of pretrial discovery. Therefore, pursuant to Federal Rule of Civil Procedure 42(a), **IT IS ORDERED** that these cases are **CONSOLIDATED** for purposes of pretrial discovery. The parties should note that, pursuant to Civil Local Rule 42(b), all documents in either case must be filed and docketed in Case No. 21-C-0969 only. Further, the scheduling order previously entered in Case No. 21-C-0969 shall control both cases until the parties propose a revised schedule.

Dated at Milwaukee, Wisconsin, this 24th day of May, 2023.

/s/Lynn Adelman
LYNN ADELMAN
United States District Judge