**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION**

| | |
|---|---|
| JOHN HUBER, in his individual capacity and as Personal Representative of the ESTATE OF ANTHONY HUBER, <br>     Plaintiff, <br>   v. <br><br> DAVID G. BETH, in his individual and Official capacity as Kenosha County Sheriff, et al., <br>     Defendants. | No. 2:21-cv-00969-LA |
| GAIGE GROSSKREUTZ, <br>     Plaintiff, <br>   v. <br><br> THE CITY OF KENOSHA, et al., <br>     Defendants. | No. 2:21 cv 01192-LA (Consolidated with No. 2:21-cv-00969-LA) |

## STIPULATION TO ENLARGE THE TIME FOR PARTIES TO EXCHANGE INITIAL DISCLOSURES

Plaintiffs and Defendants hereby file this stipulation to enlarge the time for the parties to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) from June 20, 2023 to July 7, 2023 and as grounds state as follows:

1. On May 5, 2023, the Court entered an order indicating the parties were to comply with Fed. R. Civ. P. 26(a)(1) and provide initial disclosures by June 20, 2023.

1

2. Due to the press of business and the federal holiday on June 19, 2023, counsel for the Municipal Defendants requested, and all parties agreed to, an enlargement of time to provide the initial disclosures from June 20, 2023 to July 7, 2023.

3. The parties to this Stipulation further agree that these extensions will not prejudice any named party and will not affect the remaining dates established in the May 5, 2023 scheduling order.

Dated: June 8, 2023

/s/ Quinn K. Rallins
*Attorneys for Plaintiff John Huber*
Jon Loevy
Steve Art
Anand Swaminathan
Dan Twetten
Quinn K. Rallins
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607


/s/ E. Milo Schwab
*Attorneys for*
*Plaintiff Gaige Grosskreutz*
Edward Milo Schwab
**ASCEND COUNSEL, LLC**
2401 S. Downing Street
Denver, CO 80210

Kimberley Cy. Motley
**MOTLEY LEGAL SERVICES**
P.O. Box 143
Matthews, NC 28106

2

*/s/ Ted Waskowski*
*Attorneys for Defendants Daniel Miskinis, Eric Larsen, City of Kenosha, Village of Menomonee Falls, City of West Allis and the respective John Doe Police Officers*
Ted Waskowski
Kyle W. Engelke
Clementine Uwabera
**STAFFORD ROSENBAUM LLP**
222 W. Washington Avenue, Ste 900
Madison, WI 53703


*/s/ Sara C. Mills*
*Attorneys for Defendants David G. Beth, Kenosha County, Waukesha County, Racine County, Sauk County, Walworth County, Washington County, and the respective John Doe Police Officers*
Samuel C. Hall, Jr.
Sara C. Mills
Micaela E. Haggenjos
**CRIVELLO CARLSON, S.C.**
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53203


*/s/ Natalie L. Wisco*
*Attorneys for Defendant Kyle Rittenhouse*
Mark D. Richards
Natalie L. Wisco
**RICHARDS & ASSOCIATES, S.C.**
209 8th Street
Racine, WI 53403

3