

Kyle W. Engelke

222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784
kengelke@staffordlaw.com
608.259.2690

August 1, 2023

The Honorable Lynn Adelman            **VIA ECF**
United States District Court
Eastern District of Wisconsin

RE:     *Huber v. Beth, et al.*, Case No. 21-CV-969
         *Grosskreutz v. City of Kenosha, et al.,* Case No. 21-CV-1192

Dear Judge Adelman:

As explained in the parties' amended joint report regarding their Rule 26(f) conference (ECF #89, p. 5), the parties have been working together on a mutually agreeable protocol for discovery production (including electronically stored information) by August 1, 2023. The parties conducted a meet and confer yesterday and agreed that Defendants would propose a list of search terms and appropriate custodians by August 14th, and the Plaintiff will respond to the proposal by August 21st. The parties plan to then meet and confer and timely alert the Court regarding any unresolved differences. Please let us know if there are any questions or concerns, and/or how the parties can otherwise comply with the Court's orders. Thank you.

Best regards,

STAFFORD ROSENBAUM LLP

*Electronically signed by Kyle W. Engelke*

Kyle W. Engelke

KWE:par

cc:     Counsel of Record – 21CV969 (via ECF)
        Counsel of Record – 21CV1192 (via ECF)

L:\DOCS\008462\000097\CORR\3YW8113.DOCX
0801231608

Madison Office
222 West Washington Avenue
P.O. Box 1784
Madison, Wisconsin
53701-1784
608.256.0226
888.655.4752
Fax 608.259.2600
www.staffordlaw.com

Milwaukee Office
1200 North Mayfair Road
Suite 430
Milwaukee, Wisconsin
53226-3282
414.982.2850
888.655.4752
Fax 414.982.2889
www.staffordlaw.com

Case 2:21-cv-00969-LA   Filed 08/01/23   Page 1 of 1   Document 100