# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| John Huber | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:21-cv-00969 |
| David G. Beth, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, John Huber .

Date:  11/07/2023

s/ Alyssa Martinez
*Attorney's signature*

Alyssa Martinez, 342466
*Printed name and bar number*

311 N. Aberdeen St, 3rd Fl.
Chicago, IL 60607

*Address*

alyssa@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*