# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| Huber et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21-CV-969 |
| Beth et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gaige Grosskreutz                              .

Date:    11/21/2023                    /s/ Alyssa Martinez
*Attorney's signature*

Alyssa Martinez, 342466
*Printed name and bar number*

311 N Aberdeen St, Chicago IL 60607

*Address*

alyssa@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*