UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JOHN HUBER, in his individual capacity and as Personal Representative of the ESTATE OF ANTHONY HUBER, <br><br> Plaintiff, <br><br> v. <br><br> DAVID G. BETH, et al., <br><br> Defendants. | No. 2:21-cv-00969-LA <br><br> Hon. Lynn Adelman, District Judge <br><br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S UNOPPOSED MOTION TO UPDATE CAPTION TO CORRECT NAME OF PLAINTIFF GAIGE GROSSKREUTZ

Plaintiff Gaige Grosskreutz, by and through his undersigned counsel, hereby respectfully moves this Court to direct the clerk to update the docket and caption with new legal name of Plaintiff Gaige Grosskreutz, stating as follows:

1. On March 27, 2023, Plaintiff filed his amended complaint in this case under his then-legal name, Gaige Grosskreutz. Ex. A.

2. On October 11, 2022, the Circuit Court of Kenosha County entered an order for Plaintiff's name to be changed confidentially, from Gaige Grosskreutz to Paul Prediger. Ex. B.

3. To ensure that the docket and case caption reflect the correct name of Plaintiff, Plaintiff respectfully moves the Court to direct the clerk to update the docket and caption with the full and correct name of "Paul Prediger." The Court has the authority to do so to ensure that the docket and caption accurately reflect the party's names. *See, e.g., Thomas v. Tritt*, No. 20-CV-804-PP, 2020 WL 6781822, at *2 (E.D. Wis. Nov. 18, 2020) (plaintiff need not amend his complaint to correct the name of defendant, and directing clerk to correct defendant name); *see*

*also Vinson v. Vermilion Cnty., Illinois*, 776 F.3d 924, 926 n.1 (7th Cir. 2015) (correcting party names); *West v. Millen*, 79 F. App'x 190, 191 (7th Cir. 2003) (same).

4. Prior to filing this motion, Plaintiff conferred with counsel for Defendants, and they indicated that they are unopposed to this motion and the relief sought within.

WHEREFORE, Plaintiff Gaige Grosskreutz hereby respectfully moves the Court to direct the clerk to update the docket and caption with the full and correct name of Plaintiff.

**DATED: December 20, 2023**

RESPECTFULLY SUBMITTED,

By: /s/ Quinn K. Rallins
*One of Plaintiff's Attorneys*

Jon Loevy
Dan Twetten
Anand Swaminathan
Steve Art
Alyssa Martinez
Quinn K. Rallins
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
rallins@loevy.com