# EXHIBIT D

| Arrest Charge | Arrest Date And Time | Arrest Type | Arrestee Address City | Arrestee Address State | Arrestee Date Of Birth Year | Arrestee First Name | Arrestee Last Name | Arrestee Sex | Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 11.06.D | 08/26/2020 21:37:00 | Civil Unrest | KENOSHA | WI | 2002 | ROSKO | CONNOR | Male | |
| 947.01(1) | 08/31/2020 23:14:00 | Civil Unrest | MATTESON | IL | 2000 | SHAW | BARRETT | Male | 2020-00036342 |
| 940.19(1)001 | 08/31/2020 23:14:00 | Civil Unrest | MATTESON | IL | 2000 | SHAW | BARRETT | Male | 2020-00036342 |
| 943.10(1M)(A) | 08/24/2020 23:35:00 | Civil Unrest | KENOSHA | WI | 1998 | JAQUAN | TERRIEN | Male | 2020-00046538 |
| 961.41(3G)(E) | 08/24/2020 23:35:00 | Civil Unrest | KENOSHA | WI | 1998 | JAQUAN | TERRIEN | Male | 2020-00046538 |
| 943.10(1M)(A) | 08/24/2020 23:35:00 | Civil Unrest | KENOSHA | WI | 1998 | DAVONTE | MUSGROVE-MILLER | Male | 2020-00046538 |
| 323.28 | 08/26/2020 22:43:00 | Civil Unrest | WEST ALLIS | WI | 1985 | ERICA | ABERNATHY | Female | 2020-00046693 |
| 943.10(1M)(A) | 08/24/2020 23:59:00 | Civil Unrest | MADISON | WI | 1997 | JAQUAN | MOORE | Male | 2020-00046905 |
| 943.12 | 08/24/2020 23:59:00 | Civil Unrest | MADISON | WI | 1997 | JAQUAN | MOORE | Male | 2020-00046905 |
| 947.01(1) | 08/25/2020 21:19:00 | Civil Unrest | WAUKESHA | WI | 1998 | BENJAMIN | SEE | Male | 2020-00047282 |
| 946.41(1) | 08/25/2020 21:19:00 | Civil Unrest | WAUKESHA | WI | 1998 | BENJAMIN | SEE | Male | 2020-00047282 |
| 947.01(1) | 08/25/2020 21:30:00 | Civil Unrest | MILWAUKEE | WI | 1999 | NICHOLAS | DAVIS | Male | 2020-00047287 |
| 941.23(2) | 08/25/2020 21:30:00 | Civil Unrest | MILWAUKEE | WI | 1999 | NICHOLAS | DAVIS | Male | 2020-00047287 |
| 946.41(1) | 08/25/2020 21:30:00 | Civil Unrest | MILWAUKEE | WI | 1999 | NICHOLAS | DAVIS | Male | 2020-00047287 |
| 947.01(1) | 08/25/2020 21:30:00 | Civil Unrest | MILWAUKEE | WI | 1999 | NICHOLAS | DAVIS | Male | 2020-00047287 |
| 946.41(1) | 08/25/2020 21:30:00 | Civil Unrest | MILWAUKEE | WI | 1999 | NICHOLAS | DAVIS | Male | 2020-00047287 |
| 946.41(1) | 08/25/2020 21:30:00 | Civil Unrest | MILWAUKEE | WI | 1997 | NICHOLAS | DAVIS | Male | 2020-00047287 |
| 323.28 | 08/26/2020 20:29:00 | Civil Unrest | KENOSHA | WI | 1997 | PIERRE | HALE-HIGGENBOTTOM | Male | 2020-00047571 |
| 323.28 | 08/26/2020 20:49:00 | Civil Unrest | KENOSHA | WI | 1994 | NYGIL | MCDANIEL | Male | 2020-00047576 |
| WOA | 08/26/2020 20:49:00 | Civil Unrest | KENOSHA | WI | 1994 | NYGIL | MCDANIEL | Male | 2020-00047576 |
| 961.41(3G)(E) | 08/26/2020 20:49:00 | Civil Unrest | KENOSHA | WI | 1994 | NYGIL | MCDANIEL | Male | 2020-00047576 |
| 941.23(2) | 08/26/2020 20:49:00 | Civil Unrest | KENOSHA | WI | 1994 | NYGIL | MCDANIEL | Male | 2020-00047576 |
| 323.28 | 08/26/2020 21:12:00 | Civil Unrest | MILWAUKEE | WI | 2001 | DANIKA | GAGLIANO-PELTGEN | Female | 2020-00047580 |
| 323.28 | 08/26/2020 21:12:00 | Civil Unrest | RACINE | WI | 1992 | CARACAL | KEITHRAFFERTY | Male | 2020-00047580 |
| 11.02.M | 08/26/2020 21:12:00 | Civil Unrest | RACINE | WI | 1992 | CARACAL | KEITHRAFFERTY | Male | 2020-00047580 |
| 946.41(1) | 08/26/2020 21:12:00 | Civil Unrest | RACINE | WI | 1992 | CARACAL | KEITHRAFFERTY | Male | 2020-00047580 |
| 323.28 | 08/26/2020 21:12:00 | Civil Unrest | KENOSHA | WI | 1995 | ADELANA | AKINDES | Female | 2020-00047580 |
| 323.28 | 08/26/2020 21:12:00 | Civil Unrest | KENOSHA | WI | 1997 | VICTOR | GARCIA | Male | 2020-00047580 |
| 323.28 | 08/26/2020 21:50:00 | Civil Unrest | MILWAUKEE | WI | 1986 | ROBERT | SCHWARTZ | Male | 2020-00047595 |
| 946.41(1) | 08/26/2020 21:50:00 | Civil Unrest | MILWAUKEE | WI | 1986 | ROBERT | SCHWARTZ | Male | 2020-00047595 |
| 323.28 | 08/26/2020 21:59:00 | Civil Unrest | PARK CITY | IL | 1997 | IRVING | LOPEZ-ANDRADE | Male | 2020-00047599 |
| 323.28 | 08/26/2020 22:30:00 | Civil Unrest | KENOSHA | WI | 200 | SAMUEL | BEBO | Male | 2020-00047610 |
| 323.28 | 08/26/2020 22:30:00 | Civil Unrest | KENOSHA | WI | 2000 | SEBASTIAN | CASTILLO | Male | 2020-00047610 |
| 323.28 | 08/26/2020 23:04:00 | Civil Unrest | KENOSHA | WI | 1991 | AISHA | GORDON | Female | 2020-00047617 |
| 323.28 | 08/26/2020 22:43:00 | Civil Unrest | MILWAUKEE | WI | 1997 | LELAH | ALLEN | Female | 2020-00047618 |
| 323.28 | 08/26/2020 22:43:00 | Civil Unrest | BELOIT | WI | 1981 | KI | JOHNSON | Female | 2020-00047618 |
| 323.28 | 08/26/2020 23:21:00 | Civil Unrest | CHICAGO | IL | 1997 | SABRINA | PASTARD | Female | 2020-00047634 |
| 323.28 | 08/26/2020 23:20:00 | Civil Unrest | KENOSHA | WI | 1992 | TIERRA | PHILLIPS | Female | 2020-00047634 |
| 941.295(1M) | 08/26/2020 23:20:00 | Civil Unrest | KENOSHA | WI | 1992 | TIERRA | PHILLIPS | Female | 2020-00047634 |
| 323.28 | 08/26/2020 23:40:00 | Civil Unrest | CHICAGO | IL | 1997 | JOSUE | ROMERO-VELASQUEZ | Male | 2020-00047637 |

CITYDEF001781