# EXHIBIT F

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

December 3, 2020

*Via Hand Delivery*

| | |
|---|---|
| Matt Krauter<br>City Clerk/Treasurer<br>City of Kenosha<br>625 52nd Street<br>Kenosha, WI 53140 | Daniel G. Miskinis<br>Chief of Police<br>Kenosha Police Department<br>1000 55th Street<br>Kenosha, WI 53140 |
| Regi Bachochin<br>County Clerk<br>Kenosha County<br>1010 56th Street<br>Kenosha, WI 53140 | David G. Beth<br>Sheriff<br>Kenosha County<br>1000 55th Street<br>Kenosha, WI 53140 |

Re: Notice of claims of John Huber, Jr., Karen Bloom, and John Huber, Jr. as personal representative of Estate of Anthony Huber

To Whom It May Concern:

I write on behalf of John Huber, Jr. and Karen Bloom pursuant to Wisconsin Statute § 893.80 to provide notice of state law claims that they have against the City of Kenosha, Kenosha County, the Kenosha County Sheriff's Department, Police Chief Miskinis, Sheriff Beth, and as-yet unknown employees or former employees of the City of Kenosha, Kenosha Police Department, or Kenosha County Sheriff's Department.

**Claimant's Address:**

Mr. Huber and Ms. Bloom may be contacted through their attorneys (Elizabeth Wang, Steven Art, Anand Swaminathan) at the following address:

Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312.243.5900
F: 312.243.5902
steve@loevy.com
anand@loevy.com
elizabethw@loevy.com

**Factual Background:**

On August 25, 2020, Anthony Huber, the son of John Huber, Jr. and Karen Bloom, was killed in Kenosha, Wisconsin. Anthony Huber lost his life to protect innocent civilians who were out that night protesting the shooting of Jacob Blake. There was no justification for Anthony's murder. Kyle Rittenhouse, a minor from out of state, illegally armed with an assault rifle, was allowed – by the Kenosha police and Kenosha Sheriff's Department – to roam the streets, threatening numerous civilians, and ultimately shooting three people. After Rittenhouse had already shot and killed one person, Anthony selflessly tried to disarm him and was killed himself.

In response to the demonstrations in response to the killing of Jacob Blake, a far-right militia group, the Kenosha Guard, organized a call-to-arms event on Facebook. The Kenosha Guard and its members expressly encouraged and incited violence and called on others to join them. Before August 25, 2020, the Kenosha Guard posted an open letter to the Kenosha Chief of Police, requesting that the local police cooperate with the militia members, abstain from sending home or arresting members of the Kenosha Guard, and for the police to keep an open line of communication with them. The Kenosha Police and Kenosha Sheriff's Department were aware of, condoned, cooperated with and enabled the actions of the Kenosha Guard and other armed vigilantes through both explicit and implicit support. For example, officers from the Sheriff's Department handed out water to the armed vigilantes and thanked them for their presence.

Rittenhouse answered the Kenosha Guard's call to arms. By the end of the evening, Rittenhouse had shot and killed two people, including Anthony Huber, and injured a third person. After killing the first person, Rittenhouse told someone on the phone, "I just killed somebody." He walked toward the police on the scene with his hands up as a number of bystanders yelled to the police that Rittenhouse was the shooter. However, the police ignored him and did not apprehend him.

**Claims:**

Claimants allege multiple state law claims against the City, the County, the Police Chief, the Sheriff, and as-yet unknown employees or former employees of the Kenosha Police Department and Kenosha County Sheriff's Office who were involved in the events resulting in Anthony Huber's death, including negligence, negligent supervision and training, negligent and intentional infliction of emotional distress, wrongful death, survival, *respondeat superior*, and indemnification.

In addition to these state law claims for which notice may be required, Claimants allege federal claims for which notice is not required.

**Itemized Damages:**

    Claimants request $10,000,000.00 as compensation, for themselves and the Estate of Anthony Huber. Mr. Huber and Ms. Bloom have suffered damages on their own behalf, including for the loss of companionship of their son. Anthony Huber suffered damages including pain and suffering prior to death and the loss of his life.

    Please let me know if you require any further information or if we can assist in any way your review of Mr. Huber and Ms. Bloom's claims.

                                         Sincerely,

                                         Elizabeth Wang