# EXHIBIT N

Document Control Number   Ref. DCN
L54302518

| Subjects Last Name | First Name | Middle Name/Suffix |
|---|---|---|
| RITTENHOUSE | KYLE | HOWARD |

### Arrestee Armed With Code Table

| | |
|---|---|
| Unarmed | 1 |
| Unknown Weapon | 11 |
| Handgun | 12 |
| Rifle | 13 |
| Shotgun | 14 |
| Other Firearm | 15 |
| Lethal Cutting | 16 |
| Club/Knuckles | 17 |

Please Mail This Copy To:
Illinois State Police
Bureau of Identification
260 North Chicago Street
Joliet, Illinois 60432

| Arrest Type Description | Code |
|---|---|
| On View Arrest | V |
| Summoned/Cited (Not taken into custody) | S |
| Original Arrest Warrant | A |
| Bond Forfeiture Warrant | B |
| Probation Violation Warrant | P |
| Parole Violation/Mandatory Release Violation Warrant | M |
| Out of State Warrant | O |

### Fingerprint Images



CROSSMATCH L Scan 600 006001840.L2017         Xerox Phaser 4510 Series Class Driver 8/26/2020 9:11:27 A

1. R THUMB | 2. R INDEX | 3. R MIDDLE | 4. R RING | 5. R LITTLE
6. L THUMB | 7. L INDEX | 8. L MIDDLE | 9. L RING | 10. L LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L THUMB | R THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

IL493-0692                     Copy 1/4 Illinois State Police Bureau of Identification                    ISP 6-402 (9/05)