UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

JOHN HUBER, in his individual capacity
and as Personal Representative of the
ESTATE OF ANTHONY HUBER,
     Plaintiff,

  v.                                                                     Case No. 21-C-0969

DAVID G. BETH, in his individual and
official capacity as Kenosha County Sheriff,
et al.,
     Defendants.
_____

## ORDER

     Plaintiffs filed a motion to compel discovery on August 23, 2024. They filed the motion under Civil Local Rule 7, which allows a responding party 21 days to file a response and the moving party 14 days to file a reply. However, in the scheduling order for this case, I directed the parties to file all non-dispositive motions under Civil Local Rule 7(h), which sets an expedited briefing schedule and requires shorter briefs. Defendants filed a response to the motion within 7 days, as if plaintiffs had filed the motion under Rule 7(h). But defendants also noted plaintiffs' failure to use Rule 7(h) and asked me to strike the motion for that reason. Alternatively, defendants request that they be allowed to file a lengthier response at the end of the 21-day period.

     At this point, it makes less sense to strike plaintiffs' motion and have the parties start over than to allow the motion to be briefed under the non-expedited procedures in Local Rule 7. Accordingly, **IT IS ORDERED** that defendants may file a lengthier

1

Case 2:21-cv-00969-LA    Filed 09/03/24    Page 1 of 2    Document 113

response brief on September 13, 2024, and then plaintiffs shall have 14 days to file their reply.

**SO ORDERED** at Milwaukee, Wisconsin, this 3rd day of September, 2024.

<u>/s/ Lynn Adelman</u>
LYNN ADELMAN
District Judge