UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOHN HUBER, in his individual capacity and as Personal Representative of the ESTATE OF ANTHONY HUBER<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID BETH, in his individual and official capacity as Kenosha County Sheriff, et al.,<br><br>    Defendants. | Case No.: 21-cv-00969-LA |
| PAUL HENRY PREDIGER,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF KENOSHA, et al.,<br><br>    Defendants. | Case No.: 21-cv-01192-LA |

### NOTICE OF WITHDRAWAL OF COUNSEL
### FOR PAUL HENRY PREDIGER (21-cv-01192-LA)

PLEASE TAKE NOTICE that Attorney E. Milo Schwab is hereby withdrawn as one of the attorneys of record for Plaintiff Paul Henry Prediger in the above-entitled action.

Attorneys with Motley Legal Services and Loevy & Loevy will remain as counsel on behalf of Paul Prediger. Accordingly, Attorney Schwab's withdrawal will not adversely affect the representation of said Plaintiff and will not delay the disposition of this case. In addition, please remove Attorney Schwab from the ECF distribution list.

Dated this 9th day of September 2024.

**MOTLEY LEGAL SERVICES**

<u>By</u>: *s/Kimberley Cy. Motley*
Kimberley Cy. Motley
State Bar No: 1047193
P.O. Box 1433
Matthews, North Carolina 28106
E: <u>kmotley@motleylegal.com</u>
P: (704) 763-5413
F: (704) 582-6229