IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JOHN HUBER, in his individual capacity and as Personal Representative of the ESTATE OF ANTHONY HUBER, | Case No. 21-cv-00969-LA |
| *Plaintiff*, | Hon. Lynn Adelman<br>District Judge |
| v. | |
| DAVID G. BETH, in his individual and official capacity as Kenosha County Sheriff, *et al.*, | JURY TRIAL DEMANDED |
| *Defendants*. | |
| PAUL HENRY PREDIGER, | Case No. 21-cv-01192-LA |
| *Plaintiff*, | (Consolidated with Case No. 21-cv-00969-LA) |
| v. | Hon. Lynn Adelman<br>District Judge |
| THE CITY OF KENOSHA, *et al.*, | |
| | JURY TRIAL DEMANDED |
| *Defendants.* | |

**PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO ANSWER
DISCOVERY REQUESTS FOR THEIR OFFICERS' MISSING
<u>TEXT MESSAGES FROM THE KENOSHA PROTESTS</u>**

Plaintiffs John Huber and Paul Prediger, by and through their counsel, respectfully move the Court to order City of Kenosha, City of West Allis, Village of Menomonee Falls, Daniel Miskinis, and Eric Larsen ("City Defendants") and Kenosha County, Waukesha County, Racine County, Sauk County, Walworth County, Washington County, and David G. Beth ("County Defendants), pursuant to Federal Rule of Civil Procedure 37, to complete their production in

response to Request for Production No. 3, supplement their responses to Interrogatory No. 3, and Requests to Admit Nos. 1-2, 5, 8-9, 11, 13-19, 21, 23, 25, 27-41, 43, 45, 47 and 49-61, relating to text messages sent by the Defendants' officers during the events surrounding the Rittenhouse shooting of Plaintiffs.

This motion is based upon the pleadings and the brief in support filed concurrently with this motion.

Respectfully Submitted,

JOHN HUBER

PAUL PREDIGER

By: /s/ Quinn K. Rallins

*One of Plaintiffs' Attorneys*

Jon Loevy
Dan Twetten
Anand Swaminathan
Steven Art
Quinn K. Rallins
Alyssa Martinez
LOEVY + LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
rallins@loevy.com

Kim Motley
Motley Legal Services
PO Box 1433
Matthews, NC 28106
kmotley@motleylegal.com