

**Clementine Uwabera**

222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784
CUwabera@staffordlaw.com
608.210.6314

**Exhibit 1**

March 21, 2025

Jonathan I. Loevy
Arthur Loevy
Daniel M. Tweeten
Anand Swaminathan
Steven Art
Quinn K. Rallins
Alyssa C. Martinez
Loevy & Loevy
311 N. Aberdeen St.
Third Floor
Chicago, IL  60607

**VIA EMAIL**

RE: *Huber v. Beth, et al*., Case No. 21-CV-969
*Prediger v. City of Kenosha, et al.,* Case No. 21-CV-1192

Dear Counsel:

Please find enclosed the City Defendants' supplemental production of KPD squad videos, which were recovered by Iron Oak Discovery from the server hosting the Arbitrator squad camera system. This production is provided in response to **Request No. 9** of Plaintiff's Requests for Production to Municipal Defendants.

The production is accessible via the enclosed BOX link, which includes the Panasonic AV Player for viewing.

CITYDEF900086-CITYDEF900130 (August 23–26, 2020 KPD Squad Videos)

https://staffordlaw.box.com/s/9yt5kth5dnr0pbbo1w4pkj9pl4lbeoyz

Madison Office
222 West Washington Avenue
P.O. Box 1784
Madison, Wisconsin
53701-1784
608.256.0226
888.655.4752
Fax 608.259.2600
www.staffordlaw.com

Milwaukee Office
1200 North Mayfair Road
Suite 430
Milwaukee, Wisconsin
53226-3282
414.982.2850
888.655.4752
Fax 414.982.2889
www.staffordlaw.com

Case 2:21-cv-00969-LA   Filed 05/15/25   Page 1 of 2   Document 129-3

Please let us know if you have any questions or concerns.

Best regards,

STAFFORD ROSENBAUM LLP

Clementine Uwabera
CU:nkb

cc: Attorney Kimberly Cy. Motley (via Email)
Attorney Edward Milo Schwab (via Email)
Attorney Natalie Wisco (via Email)
Attorney Nick List (via Email)
Attorney Samuel C. Hall (via Email)
Attorney Sarah C. Mills (via Email)
Attorney Michaela E. Haggenjos (via Email)
Attorney Mark D. Richards (via Email)