**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| JOHN HUBER, in his individual capacity and as Personal Representative of the ESTATE OF ANTHONY HUBER, | |
| Plaintiff, | No. 2:21-cv-00969-LA |
| v. | Hon. Lynn Adelman, District Judge |
| DAVID G. BETH , *et al.*, | |
| Defendants. | JURY TRIAL DEMANDED |
| | |
| Paul Henry Prediger, | |
| Plaintiff, | No. 2:21-cv-01192-LA |
| v. | Hon. Lynn Adelman, District Judge |
| City of Kenosha., *et al.*, | |
| Defendants. | JURY TRIAL DEMANDED |

## <u>JOINT MOTION TO EXTEND FACT DISCOVERY</u>

Now come the Parties, by and through their respective counsel, respectfully asks this

Court to extend fact discovery by 90 days, to and including August 25, 2025. In support, the

Parties state as follows:

1

1.      Under the discovery schedule entered by the Court, fact discovery closes on May 26, 2025, expert discovery closes on October 9, 2025, and dispositive motions are due on December 5, 2025.

2.      The Parties have been working diligently to complete discovery and meet the deadlines set by this Court.  The parties have conducted depositions for the following third-party witnesses:

    a.   David Fisher (Racine County Sheriff's Department) – October 21, 2024

    b.   Joseph Nosalik (Kenosha Police Department)– October 28, 2024

    c.   Pep Moretti (Kenosha Police Department) – October 29, 2024

    d.   Michael Anderson (Kenosha County Sheriff's Department) – December 3, 2024

    e.   Clint Corwin (West Allis Police Department) – December 17, 2024

    f.   Kevyn Vyvyan (Kenosha Joint Services) – January 7, 2025

    g.   Brittany Mecurio (Kenosha Joint Services) – January 7, 2025

    h.   Kenneth Urquhart (Kenosha County Sheriff's Department) – February 3, 2025

    i.   Matthew Burch (Sauk County Sheriff's Department) – February 4, 2025

    j.   David Wright (Kenosha County Sheriff's Department) – February 10, 2025

    k.   Kevyn Mussatti (West Allis Police Department) – February 18, 2025

    l.   Adam Jurgens (Kenosha Police Department) – February 19, 2025

    m.  Jesse Smith (Walworth County Sheriff's Office) March 31, 2025

3.      The parties have also held multiple dates to take depositions in March and April, but Plaintiff anticipated these depositions may be delayed given various outstanding discovery disputes. Dkt. 128 at 4-5.

4.     This Court ordered Defendant City of Kenosha to produce missing squad car videos on October 4, 2024. Dkt. 127. The City engaged a third-party vendor to search its server, to which the plaintiffs agreed on November 23, 2024. The vendor, based in Tennessee, was required to travel to Wisconsin to image the server prior to commencing review and data extraction. The City Defendants received the videos on February 18, 2025, and they were reviewed for production. On March 21, 2025,  City Defendants produced dozens of videos that must be reviewed before proceeding with oral discovery.

5.     Additionally, and similar to the missing squad videos, Plaintiffs moved for leave to file a non-expedited motion to compel Defendants to complete production of, and supplement their answers related to, the officers' text messages from the protests.  Dkt. 129. This Court granted Plaintiffs' motion for leave. Dkt. 130.  Plaintiffs are currently waiting on Defendants' responses.

6.     Furthermore, on May 23, 2025, Defendants Walworth County and Waukesha County produced 1,755 documents that Plaintiffs must review.

7.     For these reasons, the parties respectfully request that the Court extend the discovery deadlines in the Agreed Discovery Plan by 90 days, as follows:

- Close of fact discovery: August 25, 2025

- Disclosure of Plaintiff's experts: September 24, 2025

- Disclosure of Defendants' experts:  November 10, 2025

- Disclosure of Plaintiff's rebuttal expert: December 8, 2025

- Close of expert discovery: January 9, 2026

- Dispositive motions due: March 5, 2026

3

WHEREFORE, the parties request that the Court grant this joint motion to extend the deadlines in the Agreed Discovery Plan, as set forth above.

Date: May 26, 2025

/s/ Quinn K. Rallins

*Plaintiffs' Attorneys*

Jon Loevy
Steve Art
Anand Swaminathan
Dan Twetten
Quinn K. Rallins
Alyssa Martinez
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
rallins@loevy.com

Kimberley Motley
Motley Legal Services
(704) 765-4887
kmotley@motleylegal.com

/s/ Kyle Engelke

*Attorneys for Defendants Daniel Miskinis, Eric Larsen, City of Kenosha, Village of Menomonee Falls, City of West Allis and the respective John Doe Police Officers*

Ted Waskowski
Kyle W. Engelke
Clementine Uwabera
**STAFFORD ROSENBAUM LLP**
222 W. Washington Avenue, Ste 900
Madison, WI 53703

/s/ Sara C. Mills

Attorneys for Defendants David G. Beth, Kenosha County, Waukesha County, Racine County, Sauk County, Walworth County, Washington County, and the respective John Doe Police Officers

Samuel C. Hall, Jr.
Sara C. Mills
**CRIVELLO CARLSON, S.C.**
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53203

/s/ Natalie L. Wisco

*Attorneys for Defendant Kyle Rittenhouse*

Mark D. Richards
Natalie L. Wisco
**RICHARDS & ASSOCIATES, S.C.**
209 8th Street
Racine, WI 53403