| From: | Mills, Sara C. |
|---|---|
| To: | Anand Swaminathan; Kyle Engelke |
| Cc: | Natalie Wisco; kmotley motleylegal.com; Quinn Rallins; Ted Waskowski; Melissa Hammersley; Milo Schwab; Nick List; Hall, Samuel C.; Haggenjos, Micaela E.; Harrison, Tammy L.; Clementine Uwabera; Steve Art; Grace Boney; Alyssa Martinez; Hershey Suri |
| Subject: | RE: [External] - Re: Huber / Grosskreutz: Follow up on meet and confer on ESI protocol |
| Date: | Thursday, January 11, 2024 2:36:02 PM |
| Attachments: | crivellolawlogo_7d80e236-7a46-4f64-8ad2-6c7dd8822b75.jpg<br>biocc_93785f5f-ed97-44c3-b4d6-5b1caa34746d.png<br>vcardcc_043e3bb0-e5e2-4373-8ce7-c0d94f1c7161.png |

It is fine/acceptable to me.

**Sara C. Mills-Flood | Shareholder**

SMills@CrivelloLaw.com
Direct:414-290-7588

**Crivello, Nichols & Hall, S.C.**

710 North Plankinton Avenue Suite 500
Milwaukee, Wisconsin 53203
Main:414-271-7722
Fax: 414-271-4438

CrivelloLaw.com

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-22. This email is a communication by or on behalf of an attorney, and may contain privileged communications or information. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender, or reply by e-mail and delete all copies of the message. Thank you.

**From:** Anand Swaminathan <anand@loevy.com>
**Sent:** Thursday, January 11, 2024 2:33 PM
**To:** Kyle Engelke <kengelke@staffordlaw.com>
**Cc:** Mills, Sara C. <SMills@CrivelloLaw.com>; Natalie Wisco <wisco@richardslawracine.com>; kmotley motleylegal.com <kmotley@motleylegal.com>; Quinn Rallins <rallins@loevy.com>; Ted Waskowski <TWASKOWSKI@staffordlaw.com>; Melissa Hammersley <MHammersley@staffordlaw.com>; Milo Schwab <milo@ascendcounsel.co>; Nick List <nick@ascendcounsel.co>; Hall, Samuel C. <SHall@CrivelloLaw.com>; Haggenjos, Micaela E. <MHaggenjos@CrivelloLaw.com>; Harrison, Tammy L. <THarrison@CrivelloLaw.com>; Clementine Uwabera <cuwabera@staffordlaw.com>; Steve Art <Steve@loevy.com>; Grace Boney <boney@loevy.com>; Alyssa Martinez <alyssa@loevy.com>; Hershey Suri <suri@loevy.com>
**Subject:** Re: [External] - Re: Huber / Grosskreutz: Follow up on meet and confer on ESI protocol

All, happy new year. Hope everyone got some relaxing time away.

Can we please get this finalized? It looks like we have full agreement, with understanding this applies to Municipal and County Defendants. If we don't hear from folks by end of day tomorrow, we will get the ESI protocol on file.

Thanks,
Anand

On Wed, Dec 20, 2023 at 12:24 PM Anand Swaminathan <anand@loevy.com> wrote:

> Kyle, this is fine, except that we'd expect it to be language that applies to Municipal and Country Defendants. If that's confirmed by Sara, this can be finalized.
>
> Thanks,
> Anand
>
> On Fri, Dec 8, 2023, 8:51 AM Kyle Engelke <kengelke@staffordlaw.com> wrote:
>
>> Hello Counsel,
>>
>> Please find attached a current version of the ESI protocol. It has two main edits per the email string below.
>>
>> First in Exhibit B regarding the repositories – changed the language from:
>>
>> - "Repositories for production of ESI shall include all department-issued and department-controlled electronic communication systems, including emails, texts, and mobile data terminals/vehicle communication systems. Repositories should further include any emails and text messages sent to or from personal phone numbers or email addresses, to the extent such were used for any work-related communications."
>>
>> To:
>>
>> - "Municipal Defendants shall search their respective department's servers for electronic communications (e.g. emails) pursuant to the search identified in Exhibit B. Municipal Defendants will also search any department issued phones for the time period August 23-September 1st for the search terms identified in Exhibit B."
>>
>> Anand commented that this needs to "apply for other Defendants as well" – are you seeking Natalie's confirmation? Or something else from the Municipal Defendants – please just let us know.
>> The second change I made was the sentence to start Exhibit C which should be read in conjunction with the comments (broadly speaking, saving any fights for another day so we can get this agreement done).
>> We had promised to put in the signature blocks which we will do; however, I was hoping to finalize those couple of comments so I can

accept the tracked changes within the attached document.
Please let us know.
Thank you,
Kyle

**STAFFORD ROSENBAUM**
*Celebrating 140 Years of Excellence*

**Kyle Engelke**
kengelke@staffordlaw.com | 608.259.2690 | Fax. 608.259.2600 |
222 West Washington Avenue, Suite 900
P.O. Box 1784 | Madison, Wisconsin 53701-1784
www.staffordlaw.com | LinkedIn

Wisconsin member firm of *ALFA International*,
the premiere global network of independent law firms.

This is a transmission from the law firm of Stafford Rosenbaum LLP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at the telephone number included above.

**From:** Anand Swaminathan <anand@loevy.com>
**Sent:** Wednesday, November 22, 2023 12:14 PM
**To:** Kyle Engelke <kengelke@staffordlaw.com>
**Cc:** Mills, Sara C. <SMills@crivellolaw.com>; Natalie Wisco <wisco@richardslawracine.com>; kmotley motleylegal.com <kmotley@motleylegal.com>; Quinn Rallins <rallins@loevy.com>; Ted Waskowski <TWASKOWSKI@staffordlaw.com>; Melissa Hammersley <MHammersley@staffordlaw.com>; Milo Schwab <milo@ascendcounsel.co>; Nick List <nick@ascendcounsel.co>; Hall, Samuel C. <SHall@crivellolaw.com>; Haggenjos, Micaela E. <MHaggenjos@crivellolaw.com>; Harrison, Tammy L. <THarrison@crivellolaw.com>; Clementine Uwabera <cuwabera@staffordlaw.com>; Steve Art <Steve@loevy.com>; Grace Boney <boney@loevy.com>; Alyssa Martinez <alyssa@loevy.com>; Hershey Suri <suri@loevy.com>
**Subject:** Re: [External] - Re: Huber / Grosskreutz: Follow up on meet and confer on ESI protocol

Counsel, can you let me know where we stand on this, after my last round of comments? We are anxious to get this to the finish line.

Hope everyone has a great Thanksgiving.

Thanks,
Anand

On Thu, Nov 9, 2023 at 10:38 AM Anand Swaminathan <anand@loevy.com> wrote:

> See comments embedded below in...let's go with purple.
>
> On Fri, Nov 3, 2023 at 10:02 AM Kyle Engelke <kengelke@staffordlaw.com> wrote:
>
>> Hello Anand,
>>
>> I apologize for the delay. We have been following up with various clients (and Sara has been out not feeling well). In any case, it appears we have an agreement on the first two points made in red below (about search email servers of respective departments / further MTD searches can be saved for now).
>>
>> Agreed.
>>
>> As for the third and final topic regarding work phones (versus personal phones / emails), based on the email chain below it appears we have an agreement on Municipal Defendants' objections to the search of non-parties' personal phones/emails. In regard to named parties (Beth and Miskinis), I was not sure what was meant by "that need not be part of the ESI protocol, so long as those searches and productions are occurring independently." However, perhaps that discussion is cut short based on the clarification below calling for "relevant/responsive communications on personal texts or emails." I understand you would be seeking any communications related to the unrest response etc. that occurred on personal phone/email; however, Chief Miskinis did not use his personal phone or personal email for work related communications.
>>
>> I think we're on the same page. If you are searching Miskinis and Beth personal emails/texts for responsive information (and I understand you're saying that Miskinis has nothing on a personal email or text), that is all the commitment we need. If you do it using the search terms, that's fine; or, if you do it by simply reviewing the texts/emails from the relevant timeframes because it's not so voluminous and that's easier, that's fine too. Hopefully that clarifies.
>>
>> Along these same lines, it appears you are drawing a distinction between Beth and Miskinis versus Larsen (sued only in his official capacity). I have also been meaning to follow up my prior inquiry after the meet and confer back in August – will plaintiffs agree to dismiss suit against Larsen in his official capacity in light of the MTD Decision and Order noting that this is a redundant claim to the claim against the City (p. 10, n. 1)? If not, can you please explain why not.
>>
>> We'll be in touch re Larsen after we've had a chance to confer (and we've got a colleague out for another week or two, so may take a little bit). But, that shouldn't delay us in the ESI process, since Larsen is not part of the personal email/text issue.
>>
>> Finally, in regards to work-issued phones for responsive custodians, I believe Municipal Defendants are in agreement that we will search work issued phones for responsive records. I am concerned that the 'search capability' will be more limited, could we agree to limit the search/production to the relevant time period of August 23-September 1st (this is the more limited time period for search terms the parties identified in Exhibit B)? After all, the complaint's alleged conspiracy could not have existed before August 23rd.

Yes, we can agree to that for now, with caveat that Plaintiffs reserve right to come back to you if we think there is reason to do so. Please also provide confirmation from County Defendants that they are in agreement on this issue as well.

> I believe I attached the latest version of the ESI. I believe we only needed to finalize the language in Exhibit A.
>
> Existing language proposed by plaintiffs (before email and agreements below in red):
>
> - "Repositories for production of ESI shall include all department-issued and department-controlled electronic communication systems, including emails, texts, and mobile data terminals/vehicle communication systems. Repositories should further include any emails and text messages sent to or from personal phone numbers or email addresses, to the extent such were used for any work-related communications."
>
> Proposed language:
>
> - "Municipal Defendants shall search their respective department's servers for electronic communications (e.g. emails) pursuant to the search identified in Exhibit B. Municipal Defendants will also search any department issued phones for the time period August 23-September 1st for the search terms identified in Exhibit B."

Agreed to this language change. We need confirmation that this will apply for other Defendants as well.

> Based on the foregoing, how would you like to proceed? While we have discussed Municipal Defendants responses (and Beth/Miskinis), we have not discussed how plaintiffs intend to comply with the ESI protocol. Perhaps that can be carved out but a starting point for me would be the same search of emails / texts from plaintiffs (and representative). I believe Natalie also needs to weigh in regarding her client.

We can agree to that for Plaintiffs as well. Obviously, the volume of potential records will be much smaller from our clients, but we will apply same search criteria.

> I am assuming we want/need signature block? We can add that on our end once we land on an agreement for the language from Exhibit A.

Yes, can you please circulate what should be a final (or close) that reflects your edits/agreements, and let's try to get this signed and closed out?

> Thank you,
>
> Kyle
>
> **STAFFORD ROSENBAUM** | Kyle Engelke
> kengelke@staffordlaw.com | 608.259.2690 | Fax. 608.259.2600 |
> 222 West Washington Avenue, Suite 900
> P.O. Box 1784 | Madison, Wisconsin 53701-1784
> www.staffordlaw.com | LinkedIn
>
> Celebrating 140 Years of Excellence
>
> Wisconsin member firm of ALFA International,
> the premiere global network of independent law firms.
>
> This is a transmission from the law firm of Stafford Rosenbaum LLP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at the telephone number included above.
>
> **From:** Kyle Engelke
> **Sent:** Friday, October 27, 2023 1:10 PM
> **To:** Anand Swaminathan <anand@loevy.com>
> **Cc:** Mills, Sara C. <SMills@crivellolaw.com>; Natalie Wisco <wisco@richardslawracine.com>; kmotley motleylegal.com <kmotley@motleylegal.com>; Quinn Rallins <rallins@loevy.com>; Ted Waskowski <TWASKOWSKI@staffordlaw.com>; Melissa Hammersley <MHammersley@staffordlaw.com>; Milo Schwab <milo@ascendcounsel.co>; Nick List <nick@ascendcounsel.co>; Hall, Samuel C. <SHall@crivellolaw.com>; Haggenjos, Micaela E. <MHaggenjos@crivellolaw.com>; Harrison, Tammy L. <THarrison@crivellolaw.com>; Clementine Uwabera <cuwabera@staffordlaw.com>; Steve Art <Steve@loevy.com>; Grace Boney <boney@loevy.com>
> **Subject:** RE: [External] - Re: Huber / Grosskreutz: City Defendants proposing meet and confer on Friday, October 13th
>
> Hello Anand,
>
> I reached out to Sara. I plan to follow up with a response by Monday. In the meantime, I hope you enjoy the weekend.
>
> Thanks,
>
> Kyle
>
> **STAFFORD** | Kyle Engelke



**ROSENBAUM**
Celebrating 140 Years of Excellence

kengelke@staffordlaw.com | 608.259.2690 | Fax. 608.259.2600 |
222 West Washington Avenue, Suite 900
P.O. Box 1784 | Madison, Wisconsin 53701-1784
www.staffordlaw.com | LinkedIn

Wisconsin member firm of ALFA International,
the premiere global network of independent law firms.

This is a transmission from the law firm of Stafford Rosenbaum LLP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at the telephone number included above.

**From:** Anand Swaminathan <anand@loevy.com>
**Sent:** Thursday, October 26, 2023 10:27 PM
**To:** Kyle Engelke <kengelke@staffordlaw.com>
**Cc:** Mills, Sara C. <SMills@crivellolaw.com>; Natalie Wisco <wisco@richardslawracine.com>; kmotley <motleylegal.com> <kmotley@motleylegal.com>; Quinn Rallins <rallins@loevy.com>; Ted Waskowski <TWASKOWSKI@staffordlaw.com>; Melissa Hammersley <MHammersley@staffordlaw.com>; Milo Schwab <milo@ascendcounsel.co>; Nick List <nick@ascendcounsel.co>; Hall, Samuel C. <SHall@crivellolaw.com>; Haggenjos, Micaela E. <MHaggenjos@crivellolaw.com>; Harrison, Tammy L. <THarrison@crivellolaw.com>; Clementine Uwabera <cuwabera@staffordlaw.com>; Steve Art <Steve@loevy.com>; Grace Boney <boney@loevy.com>
**Subject:** Re: [External] - Re: Huber / Grosskreutz: City Defendants proposing meet and confer on Friday, October 13th

Counsel, any update?

On Fri, Oct 20, 2023 at 4:28 PM Anand Swaminathan <anand@loevy.com> wrote:

> Kyle, some comments embedded below.
>
> On Fri, Oct 20, 2023 at 8:30 AM Kyle Engelke <kengelke@staffordlaw.com> wrote:
>
>> Good morning Anand,
>>
>> Your caveat on the date range is acceptable on my end (but we will need to update the ESI document itself). Before we do, I did want to flag one other issue regarding identifying the "repositories" in Exhibit A as explained below.
>>
>> First, I don't think I am speaking out of turn (but Sara will let us know) when I say we both anticipate searching each of our respective departments' email servers for the agreed upon custodians/search terms. I copied the existing language from the draft below.
>>
>> - Repositories for production of ESI shall include all department-issued and department-controlled electronic communication systems, including emails, texts, and mobile data terminals/vehicle communication systems. Repositories should further include any emails and text messages sent to or from personal phone numbers or email addresses, to the extent such were used for any work-related communications.
>>
>> I am comfortable with the language as is in regards to completing the email search for the respective departments. Are you? I am not clear if you were asking for more last week (e.g. technical identification of server? etc.).

<span style="color:red">This is fine as is, given your representation that you are searching the departments' email servers for the agreed custodians and search terms.</span>

>> As for "mobile data terminals/vehicle communication systems" – I believe we already provided the full script (not limited by search terms) of the MDC communications for August 23-26th but will confirm. Is there a need for more?

<span style="color:red">If the City and County Defendants have already produced everything from the mobile data/vehicle communication systems for that time period of Aug 23-26, then that is fine for now. If there is some reason that we think additional production is appropriate from other periods, we will let you know.</span>

>> Finally, in regard to texts, I believe we had already discussed multiple times and reached an understanding that County/City Defendants object to searches of personal phones but I will clarify that the same rationale applies to personal emails as well. I don't think the existing language in the second sentence under Exhibit A reflects the parties' discussions on this topic. Can we agree to remove it?

<span style="color:red">We acknowledge that for non-party employees of the City or County, communications on their personal cell phones or emails will not be searched by the City/County Defendants, as such are not in their possession, custody or control. However, to the extent such communications are occurring on work-issued cell phones or work-issued email addresses, they should be part of the ESI. I don't think we are saying different things but I just want to make sure there is no misunderstanding.
Relatedly, it is our expectation that for individual defendants such as Miskinis and Beth, any responsive documents in their possession must be produced. If they are having relevant/responsive communications on personal texts or emails, those should be produced. That need not be part of the ESI protocol, so long as those searches and productions are occurring independently. Likewise, if additional individuals are named as defendants before the deadline for adding defendants, then the same would apply to them.</span>

>> Thank you,
>>
>> Kyle

**STAFFORD ROSENBAUM**
*Celebrating 140 Years of Excellence*

**Kyle Engelke**
kengelke@staffordlaw.com | 608.259.2690 | Fax. 608.259.2600 |
222 West Washington Avenue, Suite 900
P.O. Box 1784 | Madison, Wisconsin 53701-1784
www.staffordlaw.com | LinkedIn

*Wisconsin member firm of ALFA International,*
*the premiere global network of independent law firms.*

This is a transmission from the law firm of Stafford Rosenbaum LLP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at the telephone number included above.

**From:** Anand Swaminathan <anand@loevy.com>
**Sent:** Tuesday, October 17, 2023 2:32 PM
**To:** Mills, Sara C. <SMills@crivellolaw.com>
**Cc:** Natalie Wisco <wisco@richardslawracine.com>; Kyle Engelke <kengelke@staffordlaw.com>; kmotley motleylegal.com <kmotley@motleylegal.com>; Quinn Rallins <rallins@loevy.com>; Ted Waskowski <TWASKOWSKI@staffordlaw.com>; Melissa Hammersley <MHammersley@staffordlaw.com>; Milo Schwab <milo@ascendcounsel.co>; Nick List <nick@ascendcounsel.co>; Hall, Samuel C. <SHall@crivellolaw.com>; Haggenjos, Micaela E. <MHaggenjos@crivellolaw.com>; Harrison, Tammy L. <THarrison@crivellolaw.com>; Clementine Uwabera <cuwabera@staffordlaw.com>; Steve Art <Steve@loevy.com>; Grace Boney <boney@loevy.com>
**Subject:** Re: [External] - Re: Huber / Grosskreutz: City Defendants proposing meet and confer on Friday, October 13th

Yes, with the understanding that this is specific to the ESI searches.
Of course, if there are post-December 2020, non-ESI records related to this matter, such as personnel files, administrative findings, internal affairs investigations and reports, disciplinary rulings, etc., those should be produced.

Thanks,
Anand

On Tue, Oct 17, 2023 at 11:46 AM Mills, Sara C. <SMills@crivellolaw.com> wrote:

> Anand,
>
> I don't see a date range on Exhibit B for the first group of terms. I looked back through discovery requests and saw the range of January 1, 2018 to December 1, 2020 mentioned. Is that what you intend to use for that broader timeframe?
>
> Thanks,
> Sara
>
> **Sara C. Mills-Flood | Shareholder**
> SMills@CrivelloLaw.com
> Direct:414-290-7588
>
> **Crivello, Nichols & Hall, S.C.**
> 710 North Plankinton Avenue Suite 500
> Milwaukee, Wisconsin 53203
> Main:414-271-7722
> Fax: 414-271-4438
> CrivelloLaw.com
>
> This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-22. This email is a communication by or on behalf of an attorney, and may contained privileged communications or information. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender, or reply by e-mail and delete all copies of the message. Thank you.
>
> **From:** Anand Swaminathan <anand@loevy.com>
> **Sent:** Monday, October 16, 2023 6:52 PM
> **To:** Natalie Wisco <wisco@richardslawracine.com>
> **Cc:** Mills, Sara C. <SMills@CrivelloLaw.com>; Kyle Engelke <kengelke@staffordlaw.com>; kmotley motleylegal.com <kmotley@motleylegal.com>; Quinn Rallins <rallins@loevy.com>; Ted Waskowski <TWASKOWSKI@staffordlaw.com>; Melissa Hammersley <MHammersley@staffordlaw.com>; Milo Schwab <milo@ascendcounsel.co>; Nick List <nick@ascendcounsel.co>; Hall, Samuel C. <SHall@CrivelloLaw.com>; Haggenjos, Micaela E. <MHaggenjos@CrivelloLaw.com>; Harrison, Tammy L. <THarrison@CrivelloLaw.com>; Clementine Uwabera <cuwabera@staffordlaw.com>; Steve Art <Steve@loevy.com>; Grace Boney <boney@loevy.com>
> **Subject:** Re: [External] - Re: Huber / Grosskreutz: City Defendants proposing meet and confer on Friday, October 13th
>
> My edits, per our convo last week.
> Please let us know about next steps.
>
> Thanks,
> Anand
>
> On Fri, Oct 13, 2023 at 1:06 PM Anand Swaminathan <anand@loevy.com> wrote:
>
>> Sara, are you joining?

On Wed, Oct 11, 2023 at 2:43 PM Natalie Wisco <wisco@richardslawracine.com> wrote:

I will be our ediscovery liason.

Also, as an update our harddrives are going out in the mail either this afternoon or tomorrow morning

Very Truly Yours,

Natalie L. Wisco
Senior Associate Attorney
RICHARDS & ASSOCIATES, S.C.
209 8th Street
Racine, WI 53403
262-632-2200 (P)
262-632-3888 (F)
262-333-4388 (Text)
www.richardslawracine.com

DISCLAIMER/CONFIDENTIALITY NOTICE: This e-mail, including any attachment(s), is covered by the Electronic Communications Privacy Act, 18 U.S.C. Secs. 2510-2521. This message is intended to be viewed only by the individual or entity to which it is addressed, as it may contain privileged and/or confidential information intended for the exclusive use of the addressee(s). If you are not an identified addressee, please be aware that any review, retention, disclosure, printing, copying, distribution or use of this information is strictly prohibited. This communication is not intended to be and shall not be deemed to be legal advice unless the recipient has engaged the services of Richards & Associates, S.C. This communication does not create an attorney-client relationship. If you have received this message in error, please notify the sender immediately by email or telephone, and delete this communication, along with any attachment(s), from your system.

---

**From:** Mills, Sara C. <SMills@CrivelloLaw.com>
**Sent:** Wednesday, October 11, 2023 10:46 AM
**To:** Anand Swaminathan <anand@loevy.com>
**Cc:** Kyle Engelke <kengelke@staffordlaw.com>; kmotley motleylegal.com <kmotley@motleylegal.com>; Quinn Rallins <rallins@loevy.com>; Natalie Wisco <wisco@richardslawracine.com>; Ted Waskowski <TWASKOWSKI@staffordlaw.com>; Melissa Hammersley <MHammersley@staffordlaw.com>; Milo Schwab <milo@ascendcounsel.co>; Nick List <nick@ascendcounsel.co>; Hall, Samuel C. <SHall@CrivelloLaw.com>; Haggenjos, Micaela E. <MHaggenjos@CrivelloLaw.com>; Harrison, Tammy L. <THarrison@CrivelloLaw.com>; Clementine Uwabera <cuwabera@staffordlaw.com>; Steve Art <Steve@loevy.com>; Grace Boney <boney@loevy.com>
**Subject:** RE: [External] - Re: Huber / Grosskreutz: City Defendants proposing meet and confer on Friday, October 13th

Counsel,

Attached is the ESI protocol updated to incorporate the changes that I understand to be agreed upon at this time. I'm also attaching Anand's most recent prior version so you can compare if you would like to do so and review previous comments.

- I left the language, comments, and highlighting untouched that relates to production format, because it is my understanding that we are not quite there yet in terms of an agreement on these issues and we'll be figuring that out on our call on Friday.
- I added a line in paragraph E(4) for identification of Defendant Rittenhouse's e-discovery liaison.
- I added some language to the end of paragraph F(1) that I hope with clarify who "outside counsel" includes, and it also clarifies that we do not need to put any communications into a privilege log that would fall under FRCP 26(b)(4) (related to communications with retained experts). I think that would save us all a considerable amount of time.
- I left the first paragraph on Exhibit A highlighted, because it doesn't seem like we've settled the issue of data repositories yet.
- I separated the search terms on Exhibit B so that the ones with the shortened search timeframe are explicitly listed as such. I did not include a date range for the search of other terms, but I added a line where we can insert whatever we agree on. I don't think we ever discussed this?
    - Please review all the search terms to make sure I didn't inadvertently delete an asterisk that you would like included for any term, and to make sure that I didn't put a term in one timeframe group that you believe should go in the other timeframe group.

Thanks,

Sara

**Sara C. Mills-Flood | Shareholder**       **Crivello, Nichols & Hall, S.C.**

SMills@CrivelloLaw.com       710 North Plankinton Avenue Suite 500
Direct:414-290-7588       Milwaukee, Wisconsin 53203
      Main:414-271-7722
      Fax: 414-271-4438
      CrivelloLaw.com

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-22. This email is a communication by or on behalf of an attorney, and may contained privileged communications or information. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender, or reply by e-mail and delete all copies of the message. Thank you.

---

**From:** Anand Swaminathan <anand@loevy.com>
**Sent:** Wednesday, October 11, 2023 10:22 AM
**To:** Mills, Sara C. <SMills@CrivelloLaw.com>
**Cc:** Kyle Engelke <kengelke@staffordlaw.com>; kmotley motleylegal.com <kmotley@motleylegal.com>; Quinn Rallins <rallins@loevy.com>; Natalie Wisco <wisco@richardslawracine.com>; Ted Waskowski <TWASKOWSKI@staffordlaw.com>; Melissa Hammersley <MHammersley@staffordlaw.com>; Milo Schwab <milo@ascendcounsel.co>; Nick List <nick@ascendcounsel.co>; Hall, Samuel C. <SHall@CrivelloLaw.com>; Haggenjos, Micaela E. <MHaggenjos@CrivelloLaw.com>; Harrison, Tammy L. <THarrison@CrivelloLaw.com>; Clementine Uwabera <cuwabera@staffordlaw.com>; Steve Art <Steve@loevy.com>; Grace Boney <boney@loevy.com>
**Subject:** Re: [External] - Re: Huber / Grosskreutz: City Defendants proposing meet and confer on Friday, October 13th

Let's say Fri 1pm then.

Here is dial-in:

(US)+1 628-400-4641

PIN: 247 462 789#

Thanks.

On Wed, Oct 11, 2023 at 10:06 AM Mills, Sara C. <SMills@crivellolaw.com> wrote:

> Any time on Friday works for us as well.
>
> **Sara C. Mills-Flood | Shareholder**       **Crivello, Nichols & Hall, S.C.**
>
> SMills@CrivelloLaw.com       710 North Plankinton Avenue Suite 500
> Direct:414-290-7588       Milwaukee, Wisconsin 53203
>       Main:414-271-7722
>       Fax: 414-271-4438
>       CrivelloLaw.com
>
> This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-22. This email is a communication by or on behalf of an attorney, and may contained privileged communications or information. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender, or reply by e-mail and delete all copies of the message. Thank you.
>
> ---
>
> **From:** Kyle Engelke <kengelke@staffordlaw.com>
> **Sent:** Wednesday, October 11, 2023 9:46 AM
> **To:** Anand Swaminathan <anand@loevy.com>; Mills, Sara C. <SMills@CrivelloLaw.com>
> **Cc:** kmotley motleylegal.com <kmotley@motleylegal.com>; Quinn Rallins <rallins@loevy.com>; Natalie Wisco <wisco@richardslawracine.com>; Ted Waskowski <TWASKOWSKI@staffordlaw.com>; Melissa Hammersley <MHammersley@staffordlaw.com>; Milo Schwab <milo@ascendcounsel.co>; Nick List <nick@ascendcounsel.co>; Hall, Samuel C. <SHall@CrivelloLaw.com>; Haggenjos, Micaela E. <MHaggenjos@CrivelloLaw.com>; Harrison, Tammy L. <THarrison@CrivelloLaw.com>; Clementine Uwabera <cuwabera@staffordlaw.com>; Steve Art

<Steve@loevy.com>; Grace Boney <boney@loevy.com>
**Subject:** RE: [External] - Re: Huber / Grosskreutz: City Defendants proposing meet and confer on Friday, October 13th

Good morning Everyone,

I apologize as I have been / am tied up with corporate designee deps this week. Can we do Friday anytime after 10:00 a.m. I'll propose 11:00 but I can flexible.

Thank you,

Kyle

| STAFFORD ROSENBAUM | Kyle Engelke<br>kengelke@staffordlaw.com \| 608.259.2690 \| Fax. 608.259.2600 \| |
|---|---|
| | 222 West Washington Avenue, Suite 900 |
| Celebrating | P.O. Box 1784 \| Madison, Wisconsin 53701-1784 |
| 140 | www.staffordlaw.com \| LinkedIn |
| Years | |
| of | Wisconsin member firm of ALFA International, |
| Excellence | the premiere global network of independent law firms. |

This is a transmission from the law firm of Stafford Rosenbaum LLP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at the telephone number included above.

---

**From:** Anand Swaminathan <anand@loevy.com>
**Sent:** Monday, October 9, 2023 12:35 PM
**To:** Mills, Sara C. <SMills@crivellolaw.com>
**Cc:** Kyle Engelke <kengelke@staffordlaw.com>; kmotley motleylegal.com <kmotley@motleylegal.com>; Quinn Rallins <rallins@loevy.com>; Natalie Wisco <wisco@richardslawracine.com>; Ted Waskowski <TWASKOWSKI@staffordlaw.com>; Melissa Hammersley <MHammersley@staffordlaw.com>; Milo Schwab <milo@ascendcounsel.co>; Nick List <nick@ascendcounsel.co>; Hall, Samuel C. <SHall@crivellolaw.com>; Haggenjos, Micaela E. <MHaggenjos@crivellolaw.com>; Harrison, Tammy L. <THarrison@crivellolaw.com>; Clementine Uwabera <cuwabera@staffordlaw.com<