| | |
|---|---|
| **From:** | Clementine Uwabera |
| **To:** | Quinn Rallins; Kyle Engelke; Melissa Hammersley; Nicole K. Bailey |
| **Cc:** | Anand Swaminathan; Steve Art; Alyssa Martinez; Dan Twetten; kmotley@motleylegal.com |
| **Subject:** | Huber v. Beth, et al. - City Defendants" Radio dispatch |
| **Date:** | Thursday, December 19, 2024 4:22:14 PM |

Quinn,

Pease note that the City Defendants produced radio traffic communication records over a year ago in October 2023 (both MDC communications and radio traffic). The corresponding Bates ranges (or their location) for these records are listed in the City's supplemental responses.

I believe this is at least the third request for us to direct you to materials that were produced more than a year ago. Please review the records that have already been provided or refer to the supplemental responses for guidance because we are very likely to defer to them moving forward.

Thank you,

Clementine

---

**From:** Quinn Rallins <rallins@loevy.com>
**Sent:** Tuesday, November 26, 2024 12:11 PM
**To:** Kyle Engelke <kengelke@staffordlaw.com>; Clementine Uwabera <cuwabera@staffordlaw.com>
**Cc:** Anand Swaminathan <anand@loevy.com>; Steve Art <Steve@loevy.com>; Alyssa Martinez <alyssa@loevy.com>; Dan Twetten <dan@loevy.com>; kmotley motleylegal.com <kmotley@motleylegal.com>
**Subject:** [External] - Re: Huber v. Beth, et al. - City Defendants' Phone Communications

Counsel:

We have yet to receive a response to our follow-up on discovery regarding officers' phone communications, visual/audio footage, and reports. In addition, we believe there are additional outstanding items:

**3. Kenosha's Dispatch Radio Transmissions**- as we understand it, the City of Kenosha has not produced any recorded radio transmissions or telephone conversations from dispatch during the protests. Please let us know if these have been produced yet. If so, please direct us to where it is located.

Please provide an update by December 2, 2024.

Thank you.

_____

**Quinn K. Rallins**

Office: (312) 243-5900
Fax: (312) 243-5902

311 N Aberdeen St, Chicago, IL 60607
[www.loevy.com](www.loevy.com)