| | | | | | | |
|---|---|---|---|---|---|---|
| KPD\arj553 | Also, help the assisting agencies as much as possible. I told them if they make arrests we will assist. | KPD\meh736 | NULL | 2020/08/25 21:58:22 | Yes | 2020/08/25 21:58:22 |
| KPD\arj553 | Also, help the assisting agencies as much as possible. I told them if they make arrests we will assist. | KPD\jmk732 | NULL | 2020/08/25 21:58:22 | Yes | 2020/08/29 21:23:15 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\tjc548 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/26 17:27:50 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\dew390 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/27 04:12:21 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kpd\hbm687 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\ajs442 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/26 07:17:26 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\mrs656 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/26 07:32:21 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\laa491 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/25 21:57:41 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\jmp342 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/26 09:47:32 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kpd\mdm665 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\vrc454 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/25 21:57:41 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\ajb570 | NULL | 2020/08/25 21:57:41 | Yes | 2020/09/08 14:32:33 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\jjh474 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/25 21:57:41 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\cb558 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/26 09:03:24 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kpd\aja996 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\tas496 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/26 09:23:37 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\alw578 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/30 15:02:06 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\rll554 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/26 06:23:06 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\fwt493 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/27 09:57:33 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\ag546 | NULL | 2020/08/25 21:57:41 | Yes | 2020/11/20 09:20:15 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\mrp536 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/26 09:51:30 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\drd434 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/31 15:37:50 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\pff384 | NULL | 2020/08/25 21:57:41 | Yes | 2020/09/08 07:28:18 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\ggr502 | NULL | 2020/08/25 21:57:41 | Yes | 2020/09/16 06:59:36 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KPD\tjg429 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/29 06:47:45 |

| | | | | | | |
|---|---|---|---|---|---|---|
| KPD\arj553 | Also, help the assisting agencies as much as possible. I told them if they make arrests we will assist. | kjs\bms383 | NULL | 2020/08/25 21:58:22 | No | 2020/08/25 21:58:22 |
| KPD\arj553 | Also, help the assisting agencies as much as possible. I told them if they make arrests we will assist. | kjs\mmh389 | NULL | 2020/08/25 21:58:22 | No | 2020/08/25 21:58:22 |
| KPD\arj553 | Also, help the assisting agencies as much as possible. I told them if they make arrests we will assist. | kjs\oke.ozkilic | NULL | 2020/08/25 21:58:22 | No | 2020/08/25 21:58:22 |
| KPD\arj553 | Also, help the assisting agencies as much as possible. I told them if they make arrests we will assist. | kjs\bmf405 | NULL | 2020/08/25 21:58:22 | No | 2020/08/25 21:58:22 |
| KPD\arj553 | Also, help the assisting agencies as much as possible. I told them if they make arrests we will assist. | kjs\jmc413 | NULL | 2020/08/25 21:58:22 | No | 2020/08/25 21:58:22 |
| KPD\arj553 | Also, help the assisting agencies as much as possible. I told them if they make arrests we will assist. | kjs\pnw416 | NULL | 2020/08/25 21:58:22 | No | 2020/08/25 21:58:22 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KJS\jdn211 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KJS\sls337 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\robert.danek | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\dak172 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\srz272 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\dmj365 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\cjg375 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\kmv324 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\BMM364 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/25 23:24:20 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\sab306 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\mhn370 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/25 21:57:41 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\jrt381 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\bms383 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\mmh389 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\oke.ozkilic | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\bmf405 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\jmc413 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\pnw416 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KJS\jdl162 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KJS\tony.angelo | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\mag254 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\das137 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\klk179 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/25 23:24:20 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\rr0114 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/25 23:24:20 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\alw359 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | KJS\pmw361 | NULL | 2020/08/25 21:57:41 | Yes | 2020/08/25 23:22:40 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\lcn390 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\cmg404 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\kathy.mcauliffe | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\sf412 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\ryan.coley | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |
| KPD\arj553 | If problems arise and those groups enter into the mix please provide them verbal orders to stand down if we have the resources to handle the calls for service. Very friendly but we need to handle our business in-house as much as possible. | kjs\bms046 | NULL | 2020/08/25 21:57:41 | No | 2020/08/25 21:57:42 |

CITYDEF003260