```
 1    Q.   Are you aware if the defense attorneys asked for further
 2         testing of the gun?
 3    A.   I was not informed of any other further testing.
 4                   MR. KRAUS:  Thank you.
 5                   THE COURT:  Any other question?
 6                   MR. CHIRAFISI:  No.
 7                   THE COURT:  You may step down, sir.
 8                        (Witness is excused.)
 9                   MR. KRAUS:  The State would call Officer
10         Moretti.
11                        (Witness is sworn.)
12                        PEP MORETTI,
13              being first duly sworn on oath to tell the
14              truth, the whole truth, and nothing but the
15                   truth, testified as follows:
16                        DIRECT EXAMINATION
17    BY MR. KRAUS:
18    Q.   Sir, I'm going to ask you to get that microphone right in
19         front of you any way you can.  Perfect.  What's your
20         name?
21    A.   Officer Moretti.
22    Q.   And can you please spell your first and last name for the
23         benefit of the court reporter?
24    A.   Yes.  The first name is P-E-P, and my last name is
25         M-O-R-E-T-T-I.
```

Case 2:21-cv-00969-LA   Filed 06/11/25   Page 1 of 26   Docu   EXHIBIT I

CRIMTRIAL00684

```
 1   Q.   And how are you employed?
 2   A.   The City of Kenosha Police Department.
 3   Q.   And how long have you been with the City of Kenosha
 4        Police Department?
 5   A.   A little over 12 years.
 6   Q.   And were you working on the night of August 25th, 2020?
 7   A.   I was.
 8   Q.   And were you with anyone that evening in your squad car?
 9   A.   Yes.  My partner that evening was Officer Krueger.
10   Q.   And what were your general duties that evening?
11   A.   Patrol.
12   Q.   And what do you mean by "patrol"?
13   A.   We were assigned to an area throughout the city.  We were
14        in the kind of downtown area, so we have different areas
15        that we patrol.  They are assigned numbers, and we were
16        in what we would consider Area 20, which would be 60th,
17        Sheridan and other areas around there.
18   Q.   Now, was there anything out of the ordinary going on that
19        night in that area?
20   A.   Yes.  There was civil unrest.
21   Q.   So was your duty to patrol the civil unrest or other
22        things or both, or how was that working?
23   A.   It was a combination of both.  So we had patrol areas
24        that we were responsible for doing our normal routine
25        patrols, but then we also had to respond to fires that
```

—221—

1   were taking place, civil unrest and anything that would

2   be actively taking place that would need a response.

3   Q. At any point that evening, were you made aware of a

4       potential shooting?

5   A. Yes.  Officer Krueger and I were at 60th Street and 11th

6       Ave, and we heard gunfire, and then a few moments after

7       that, dispatch advised that they were receiving calls

8       that there were shots being fired in the 6300 block of

9       Sheridan Road.

10  Q. So what did -- let me ask it this way.  You guys were in

11      a squad car?

12  A. We were actually, I believe, out on foot at that point at

13      60th and 11th, and we could hear gunfire in close

14      proximity to us.

15  Q. So then what did you do?

16  A. We re-entered our patrol vehicle, and then we responded

17      toward the sound of where the gunfire was coming from,

18      which would have been roughly the 6300 block of Sheridan

19      Road.

20  Q. And who was driving?

21  A. I was.

22  Q. And then Officer Krueger would be in the passenger seat?

23  A. That's correct.

24  Q. So you were at 60th and 11th.  Did you just drive right

25      down 60th Street?

—222—

| | |
|---|---|
| 1 | A. Correct. We proceeded east on 60th to Sheridan Road, and |
| 2 | then I made a right turn to face south on Sheridan Road. |
| 3 | Q. Now, you had lights and sirens on, or how were you |
| 4 | operating, if you remember? |
| 5 | A. I don't recall if I had our lights activated at that |
| 6 | time. |
| 7 | Q. So what happened when you get to 60th and Sheridan and |
| 8 | you turn right onto Sheridan? |
| 9 | A. Correct. So I turn the vehicle to face south on Sheridan |
| 10 | and observed a large crowd of people. There was a lot of |
| 11 | screaming, yelling. There appeared to be a person laying |
| 12 | in the roadway up ahead of us. There was active gunfire |
| 13 | throughout the entire city. There were still sounds of |
| 14 | gunfire taking place, and we received reports of injured |
| 15 | people that needed assistance in approximately the 6300 |
| 16 | block of Sheridan Road. |
| 17 | Q. So that would be south of you, and you'd be pointed in |
| 18 | that direction? |
| 19 | A. That's correct. |
| 20 | Q. Now, in this sort of situation where there is |
| 21 | potential -- this ongoing violence, what are you trained |
| 22 | to do? What are you trying to do at that point? |
| 23 | A. So for a situation like that, the first thing that we |
| 24 | would do is if there is an active threat, we are trying |
| 25 | to stop the threat, and then after that, it's life-saving |

— 223 —

1  measures to try to render aid and preserve life at that
2  point.
3  Q. So were you going to do that from 60th and Sheridan, or
4     were you trying to get closer?
5  A. So we were trying to get closer, but information was put
6     out over the radio that there was rifle gunfire taking
7     place, and we were in a standard patrol vehicle.  There
8     is no ballistic protection on our patrol vehicles, and
9     our vests at that point were only rated for handguns, and
10    we weren't equipped to head into what we believed to be
11    an active shooter at that point with the equipment that
12    we had with just the two of us being there.  I noticed
13    there were armored vehicles behind us, so I reversed our
14    patrol car and moved it off to the side so that the
15    armored vehicles that were equipped to handle something
16    like that could pass us.
17 Q. So you were waiting for the armored -- the BearCats as
18    they are sometimes called -- to go past you, and then you
19    were going to follow them into the scene?
20 A. That's correct.
21 Q. So what, if anything, happened next?
22 A. I'm sorry?
23 Q. What, if anything, happened next?
24 A. The BearCats, I believe, began to pass us on the left, so
25    we were in the curb lane, and I believe there was -- I'm

—224—

1      not sure how many there were, but a few BearCats, I
2      believe, passed us, and then there was at that time an
3      unknown white male approaching us in the roadway toward
4      the front of our patrol vehicle.
5   Q.  And now as you are sitting here, do you know who that
6      unknown white male was?
7   A.  Yes.
8   Q.  Who was it?
9   A.  Kyle Rittenhouse.
10  Q.  And you had never seen him before?
11  A.  No.
12  Q.  And when you see this unknown white male, who we now know
13      is Kyle Rittenhouse, what do you observe?
14  A.  He had a rifle that was slung and somehow attached to his
15      body.  He had his hands somewhat similar to this, and he
16      was approaching us in the roadway toward the front of our
17      patrol vehicle.  My partner and I, Officer Krueger, gave
18      him multiple commands to get out of the roadway and step
19      to the side so we could proceed and try to get to where
20      we had observed people ahead in the roadway that needed
21      assistance.
22  Q.  Now, were you giving these commands shouting out the
23      window?  Did you have some sort of system you were giving
24      commands?  How were you giving these commands to
25      Mr. Rittenhouse?

—225—

| | | |
|---|---|---|
| 1 | A. | I recall Officer Krueger yelling out the passenger |
| 2 | | window.  We had our windows down so that we could hear |
| 3 | | gunfire that was taking place to try to determine how |
| 4 | | close it was to us if anyone were to approach us from |
| 5 | | behind or the sides, and I believe at one point I used |
| 6 | | our squad's PA system, which is a loud speaker that has a |
| 7 | | microphone. |
| 8 | Q. | And what you said, was that directed at Mr. Rittenhouse |
| 9 | | or the crowd in general? |
| 10 | A. | At Mr. Rittenhouse.  We were giving him instructions to |
| 11 | | get out of the roadway and essentially get out of our way |
| 12 | | so we could get to where we believed the problem to be. |
| 13 | Q. | As Mr. Rittenhouse is approaching the vehicle, were there |
| 14 | | other people in your way, or was he the primary person |
| 15 | | blocking you from going down there? |
| 16 | A. | At that point, he was the only one in the way. |
| 17 | Q. | So you indicated that Mr. Rittenhouse's hands were kind |
| 18 | | of up? |
| 19 | A. | That's correct. |
| 20 | Q. | And you said he had a rifle? |
| 21 | A. | Yes. |
| 22 | Q. | Did you think that that might be the person who is -- |
| 23 | | could have been involved in the shooting? |
| 24 | A. | At that point, no.  In my prior experience in law |
| 25 | | enforcement, when somebody surrenders to us, they will |

CRIMTRIAL00690

1    generally put their hands up, but then they will take a

2    further step and generally drop to their knees, or they

3    will lay in a prone position and make some type of

4    further action.  They'll usually follow commands when

5    they are attempting to surrender.  I have never in my

6    career had somebody put their hands up and continue to

7    advance and disobey orders from us to not advance on us.

8  Q. And were there other people out that night that had

9     rifles and firearms?

10 A. We were surrounded all night, all week by -- there was

11    probably more people armed with weapons than not

12    throughout that entire course of the civil unrest.

13 Q. So seeing someone with an AR-15 wouldn't necessarily mean

14    much to you at that point?

15 A. At that point in time that night, no.  I had encountered

16    throughout that entire shift -- like I said, I probably

17    spoke to more people that had pistols and rifles and

18    baseball bats and you name it than not, and there were

19    also -- I couldn't even tell you how many people came up

20    to me throughout the night that had a rifle and would

21    come up to say, "Hey, I'm not trying to do anything.  I

22    just want to talk to you."  And the advice that my

23    partner and I gave everybody that night was, "If you're a

24    supporter of us or you're here to try to help, go home.

25    There is a curfew in place for a reason, and being out

1     here is only causing more problems."  It's harder to tell
2     who is there to be a problem and who's not.
3  Q. Now, you mentioned "curfew."  Did you have the ability to
4     write curfew tickets?
5  A. We had a system in place for taking people into custody,
6     and then they would be issued citations, yes.
7  Q. And were you doing that to everyone that was breaking
8     curfew, or were their guidelines that you were given?
9  A. No.  That would have been physically impossible with the
10    amount of people that were out there.
11 Q. So who, if anyone, were you to give tickets to?
12 A. I don't remember exactly what the direction was, but it
13    was something along the lines of just the most severe
14    incidents, or if we were to obviously observe a felony
15    taking place, then we would act on that, but anything
16    that would be more minor, we were just -- we didn't have
17    the capability or the manpower to address everything that
18    happened in front of us.
19 Q. So you couldn't give curfew tickets to everyone.  What
20    about if you observed, let's say, property damage that
21    did not threaten someone's safety?
22 A. That would just have to stay in the stack until we were
23    able to get to it.
24 Q. So you had a priority list that evening of things you
25    would respond to?

| | |
|---|---|
| 1 | A.  Correct. |
| 2 | Q.  Now, a shooter, where would that be in the priority list? |
| 3 | A.  That would be at the top of the list. |
| 4 | Q.  So this man we now know as Kyle Rittenhouse is |
| 5 | approaching you.  There's commands over the PA.  There's |
| 6 | commands being shouted.  What's the next thing that |
| 7 | happens? |
| 8 | A.  He approached the passenger's side of our patrol vehicle. |
| 9 | With him disobeying the commands and being armed with a |
| 10 | rifle like that, I drew my service weapon, and Officer |
| 11 | Krueger deployed pepper spray because it became clear and |
| 12 | obvious that he was not going to go away, that he |
| 13 | continued to just advance on us and disobey commands. |
| 14 | Q.  Now, you say you were still driving the vehicle, correct? |
| 15 | A.  Correct. |
| 16 | Q.  So when you draw your service weapon, what does that |
| 17 | mean?  What did you do with it? |
| 18 | A.  So any time we are confronted with somebody that's armed |
| 19 | and that could be a threat to us, it's not uncommon for |
| 20 | police officers in this country to be ambushed, and given |
| 21 | everything that was taking place, a war zone is the only |
| 22 | way I could describe it.  We were surrounded.  The city |
| 23 | was burning and on fire, and we were just outnumbered and |
| 24 | completely surrounded.  So with his advance with that |
| 25 | weapon, we were in a stop position at that point, and we |

1    were waiting for him to get out of the front of our
2    vehicle so we could advance.  And as he approached the
3    passenger's side, I was able to use my right hand to
4    withdraw my weapon and then keep my left hand on the
5    steering wheel.
6    Q.  So did you point the weapon, or did you point it at him
7        or just have it ready?  What were you doing with it?
8    A.  I would imagine that I would have had it pointed at him
9        because somebody advancing on us with a rifle not obeying
10       commands at that point would be taken as a threat.
11   Q.  Now, were you on patrol the night before?
12   A.  I believe I was.
13   Q.  You don't remember for sure?
14   A.  I worked continuously through all of our civil unrest,
15       and I don't believe any of us had any days off, so I
16       would say that's fair to assume.
17   Q.  If you remember -- and you may not -- is it fair to say
18       there were more fires and property damage the night
19       before than on this Tuesday night?
20   A.  That's correct.  Through that period of things, I was
21       there from the start of the civil unrest with the
22       protesting, and long before we had anything set up or in
23       place.  I was there for the start of it and through this
24       incident.
25   Q.  Is it fair to say that there was more presence of

Case 2:21-cv-00969-LA    Filed 06/11/25    Page 11 of 26    Document 141-9
CRIMTRIAL00694

| | |
|---|---|
| 1 | BearCats and national guard and things on this Tuesday |
| 2 | night than the Monday night previous? |
| 3 | A.  Yes. |
| 4 | Q.  Now, you said you drew your weapon and Officer Krueger |
| 5 | deployed pepper spray.  Were you able to see if the paper |
| 6 | spray had any impact or hit Mr. Rittenhouse? |
| 7 | A.  I'm not sure if it made contact with him, but his |
| 8 | deployment of the pepper spray had the desired effect |
| 9 | because he began -- I think he continued northbound at |
| 10 | that point and got away from us. |
| 11 | Q.  So then what's the next thing that happened? |
| 12 | A.  I continued southbound on Sheridan Road, and we located a |
| 13 | subject in the roadway.  Mr. -- I'm not sure how to |
| 14 | pronounce his last name -- Gaige -- |
| 15 | Q.  I believe it's Grosskreutz. |
| 16 | A.  Grosskreutz.  We encountered him, and his right arm was |
| 17 | badly damaged, and he needed urgent medical care. |
| 18 | Q.  So what did you observe as you found Mr. Grosskreutz? |
| 19 | A.  There was a large group of people.  Everybody was |
| 20 | screaming.  There was a lot of people running around |
| 21 | screaming.  The one BearCat had pulled up, and they |
| 22 | loaded Mr. Grosskreutz into the BearCat and requested an |
| 23 | escort out of the area to the nearest hospital. |
| 24 | Q.  Did you provide that escort? |
| 25 | A.  We did. |

—231—

| | |
|---|---|
| 1 | Q. And were there still a lot of people around that scene? |
| 2 | A. Yes. There was people everywhere. |
| 3 | Q. And did you hear any additional gunfire or anything like |
| 4 | that? |
| 5 | A. There was constant gunfire. That was one of the things |
| 6 | that when we first encountered Mr. Rittenhouse that |
| 7 | didn't set off any alarms for us, as far as him being a |
| 8 | potential shooter in this incident, was that there was |
| 9 | still gunfire erupting around us while we were still out |
| 10 | on Sheridan, so we thought there was still an active |
| 11 | threat. |
| 12 | Q. So when you found Mr. Grosskreutz, you were concerned |
| 13 | there was still an active threat out there? |
| 14 | A. That's correct. |
| 15 | Q. So after you provided the escort with Mr. Grosskreutz and |
| 16 | the armored vehicle, so you go to the -- where do you go? |
| 17 | A. We escorted the BearCat to Froedtert South/Kenosha |
| 18 | Hospital, which was right there. We were actually in |
| 19 | front of it, so we got them around to the emergency room |
| 20 | entrance, and I went inside to let the medical staff know |
| 21 | they had a probable trauma coming in due to the amount of |
| 22 | damage that was done to his arm. |
| 23 | Q. And what is the next thing that you observed or did? |
| 24 | A. After that, there was a security supervisor for KMH that |
| 25 | had called in an officer down, and that triggered a |

Case 2:21-cv-00969-LA    Filed 06/11/25    Page 13 of 26    Document 141-9
CRIMTRIAL00696

1      response from us to try to locate an injured officer,

2      which there wasn't.  They just couldn't contact another

3      security personnel, and they weren't able to find him, so

4      they falsely called that in.

5  Q.  So when you heard "injured officer," you thought a law

6      enforcement officer?

7  A.  Yes.  When dispatch advised there was an officer down at

8      the hospital, we assumed it was a law enforcement

9      officer.

10  Q.  Now, we have heard testimony that there was a lockdown at

11      the hospital.  Was that part of this?

12  A.  The hospital, I believe, was either going into lockdown

13      or had already been locked down.  We were greeted by, I

14      believe, a security guard at the entrance that gave us

15      access and saw us pull up.

16  Q.  Now, what's the next thing you saw or observed?

17  A.  There was a male by the name of Jovani Garcia.  He was

18      very panicked.  He was in a hospital room, and he kept

19      stating that he wanted to leave.

20  Q.  We don't need --

21          MR. CHIRAFISI:  Objection, hearsay, and it's

22      irrelevant.

23      BY MR. KRAUS:

24  Q.  I wasn't seeking that testimony.  I'm just asking what

25      you saw and what you heard, not what people are telling

```
 1        you.  So there was a Mr. Garcia you dealt with?
 2   A.  That's correct.
 3   Q.  And then did you have any dealings with Mr. Rosenbaum?
 4   A.  I did.
 5   Q.  And what were your dealings with him?
 6   A.  A Dr. Bormes had advised us that Mr. Rosenbaum was
 7        deceased from his injuries, and he was moved to Room 18,
 8        I believe it was, in the ER.  I photographed his body and
 9        then collected the clothing that he was wearing that
10        night.
11   Q.  Do you have any training in evidence handling or anything
12        of that nature?
13   A.  I have standard training for evidence handling.  I'm not
14        an evidence technician, but I do have standard training
15        for handling of evidence.
16   Q.  So collecting evidence generally is one of your duties as
17        a patrol officer?
18   A.  That's correct.
19   Q.  Did you stay with Mr. Rosenbaum's body at any point, or
20        what did you do?
21   A.  I did.
22   Q.  You did?
23   A.  I did.
24   Q.  Until when?
25   A.  I don't recall what the duration was, but I did secure
```

—234—

1    him into a body bag, and then I spoke with a medical
2    examiner about him being deceased, and I was advised to
3    place him in the morgue at the hospital there because
4    they were overrun with tasks and other things and didn't
5    having somebody to send there, so I was able to place his
6    body into the morgue there for safekeeping.
7  Q.  So what did you do with all the clothing and belongings
8      from Mr. Rosenbaum?
9  A.  I bagged them as I was trained to bag them individually,
10     and then I later secured those into an evidence locker in
11     the police -- public safety building.
12            MR. KRAUS:  I have no further questions.
13     Thank you.  Can I talk to him before --
14            THE COURT:  Yeah.
15     BY MR. KRAUS:
16 Q.  I just want to go back to something you said.  You said
17     your body armor at the time could not withstand rifle
18     shots?
19 A.  That's correct.
20 Q.  Do you know why that is?
21 A.  It's not rated for rifle rounds.  Our body armor that we
22     wear has a rating that comes along with it, and there's
23     an explanation with that rating of the type of rounds
24     that it's capable of stopping, and a rifle round is well
25     above what our body armor was capable of stopping.

-235-

CRIMTRIAL00699

| | |
|---|---|
| 1 | Q. If you know, is that because it's full-metal-jacket |
| 2 | rounds, or do you know why it would be that way? |
| 3 | A. I'm not sure what exactly the classification was of the |
| 4 | ones that we have, but there is a set that they have for |
| 5 | the type of round, the caliber and the amount of force |
| 6 | that comes with that round and the ability of the vest to |
| 7 | stop those rounds. |
| 8 | Q. So a rifle round could have penetrated your vest and |
| 9 | actually done serious damage to you? |
| 10 | A. It would have gone straight through it like I was wearing |
| 11 | nothing and caused severe damage to me or my partner, |
| 12 | yes. |
| 13 | MR. KRAUS: Thank you. |
| 14 | CROSS-EXAMINATION |
| 15 | BY MR. CHIRAFISI: |
| 16 | Q. So, Officer Moretti, you had on direct described that |
| 17 | scene as a war zone; is that right? |
| 18 | A. Correct. |
| 19 | Q. And it was like that -- tell me if this is right -- on |
| 20 | the 23rd, the evening of the 23rd, 24th, and into the |
| 21 | 25th? |
| 22 | A. Yes. There was escalating damage and violence that was |
| 23 | taking place over the nights. |
| 24 | Q. And in your -- all of your time as an officer, have you |
| 25 | ever been involved in nights like that? |

—236—

```
 1   A.  Nothing to this magnitude, no.
 2   Q.  And I think you said more people were armed than not
 3       armed?
 4   A.  Correct.
 5   Q.  Can I ask you this?  So you were working on the 24th and
 6       the 25th?
 7   A.  Yes.
 8   Q.  Okay.  You had said there was more damage, more fires on
 9       the 24th than the 25th; is that right?
10   A.  That would be my feeling, yes.
11   Q.  Were there more people protecting buildings that you saw
12       on the 25th than on the 24th?
13   A.  I did observe more people that were armed out in places.
14       I don't know exactly what their alleged function or
15       intended role would be.  I didn't have many conversations
16       with people that were out there.  We did notice some
17       heightened security.
18   Q.  Okay.  So my question was more people that were
19       protecting the businesses, the less fires that you saw,
20       true?
21   A.  I don't know that I would equate those two, no.  They
22       city was --
23   Q.  Well, there was more fires on the 24th than the 25th.
24       That's what you said, right?
25   A.  I don't have a report written that would indicate the
```

Case 2:21-cv-00969-LA    Filed 06/11/25    Page 18 of 26    Document 141-9

CRIMTRIAL00701

1    amount of fires that were started, and I would just be

2    going back and using memory to try to remember.  I'm not

3    certain the totality of the fires or how many fires were

4    started and what nights they were.

5  Q. Okay.  So your report indicates that -- so you hear

6    gunshots coming from the south, is that right, at about

7    11:49-ish on the 25th?

8  A. I believe so, yes.

9  Q. And are you able to, through your training and

10    experience, decipher the type of firearm that has been

11    fired like a pistol, a shotgun, a rifle?  Can you do

12    that?

13  A. On occasion.  Sometimes it's harder to decipher different

14    calibers, but sometimes you can.

15  Q. Were you able to decipher what you thought you heard on

16    the 25th at about that time, at about ten minutes to

17    midnight?

18  A. At the time, I'm not sure what thought process I had at

19    that point.  There was just gunfire erupting, and there

20    was multiple types of gunfire going off simultaneously,

21    so I would say it would be fair to say that, yes, some of

22    it sounded like rifle fire, and some of it like pistol

23    fire.

24  Q. Officer Moretti, I'm going to show you Exhibit 5.

25           MR. CHIRAFISI:  Can you play it?

—238—

```
 1                        (Video is played.)
 2      BY MR. CHIRAFISI:
 3   Q.  If you can tell me, is this vehicle right here the
 4      vehicle that you were in?
 5   A.  From this picture, yes, it appears to be.
 6   Q.  Okay.  And you're in the driver's seat of that vehicle?
 7   A.  That's correct.
 8   Q.  Okay.
 9                  MR. CHIRAFISI:  Play.
10                        (Video is played.)
11                  MR. CHIRAFISI:  Hold on.
12      BY MR. CHIRAFISI:
13   Q.  Do you see at that point, do you see -- you know that's
14      Mr. Rittenhouse now, right?
15   A.  Correct.  Now, yes.
16   Q.  Do you see him coming toward you at that point, if you
17      know?
18   A.  From our vehicle?
19   Q.  Yes.
20   A.  Yes.
21   Q.  And are you -- I know you had said you were outside your
22      vehicle.  Is it fair to say at that point you are back in
23      your vehicle?
24   A.  At this point, yes, because we had just turned the
25      corner.
```

Case 2:21-cv-00969-LA    Filed 06/11/25    Page 20 of 26    Document 141-9

CRIMTRIAL00703

```
 1   Q.   Okay.  And now he has his hands above his shoulders kind
 2        of walking toward you; is that right?
 3   A.   Correct.
 4                  MR. CHIRAFISI:  Continue, please.
 5                       (Video is played.)
 6        BY MR. CHIRAFISI:
 7   Q.   Can you hear those people yelling, "That guy just shot
 8        someone"?
 9   A.   At this point in time, no, I cannot.
10                       (Video is played.)
11        BY MR. CHIRAFISI:
12   Q.   Are you backing up to let the BearCats through, or are
13        you backing -- is that the reason you are backing up?
14   A.   At this point with watching this video, it would probably
15        be dual purpose here.  So I did want the BearCats to be
16        able to get around us, and, as you saw twice there,
17        Mr. Rittenhouse did manipulate his rifle as he's walking
18        toward us like in this part right here.  His hands are
19        not above his head.  They are actually down toward the
20        rifle, so that's where my partner and I were going
21        through the process of wondering what this is.
22   Q.   Okay.  Very good.
23                       (Video is played.)
24        BY MR. CHIRAFISI:
25   Q.   Now, at that point, is that you yelling, "Get out of the
```
—240—

CRIMTRIAL00704

| | |
|---|---|
| 1 | road?" Did you hear that? |
| 2 | A. Yes, I heard it. I'm not certain if that's Officer |
| 3 | Krueger or myself. I believe both of us were yelling at |
| 4 | him to get out of the road. |
| 5 | Q. Okay. And you had -- I think you had said to Attorney |
| 6 | Kraus that normally in your experience, people who are |
| 7 | surrendering, they'll put their hands up, but they'll do |
| 8 | other things, correct? |
| 9 | A. Correct. They'll usually get down on their knees or |
| 10 | prone themselves out and follow instructions that we're |
| 11 | giving them. |
| 12 | Q. Right. You're not giving him any instructions to get on |
| 13 | his knees or lay down? |
| 14 | A. That's correct. |
| 15 | Q. Okay. So when you say people do things like do this and |
| 16 | then lay on the ground, that's done at your direction |
| 17 | most of the time? |
| 18 | A. Not necessarily. I've had quite a few experiences where |
| 19 | when somebody does have a desire to surrender to us, they |
| 20 | will do that on their own because they're aware that |
| 21 | they're armed and their intent is to surrender and they |
| 22 | don't want something else to happen so -- |
| 23 | Q. And it's also when police officers are dictating to them |
| 24 | what to do, right? |
| 25 | A. Absolutely. |

—241—

```
 1   Q.  Get down, hands behind your back, or whatever it is?
 2   A.  Correct, yeah.  Instructions will be given at that point
 3       as well.
 4   Q.  Fair enough.  So at this point, if your -- and I'm not
 5       being critical of you -- it's your testimony that at this
 6       point you have no idea that he's done -- Mr. Rittenhouse
 7       has done anything wrong?
 8   A.  That's correct.
 9   Q.  Do you ever make contact with him about him having a
10       firearm in public?
11   A.  No.
12   Q.  Do you ever want to get any information that he might
13       have as to why he's walking toward you with his arms up
14       like this?
15   A.  Yes.  That would be something that we would do secondary.
16       As I've stated earlier, when you still have gunfire
17       that's actively taking place, there's victims that need
18       assistance, and there's, you know, still potentially a
19       threat that's got to be stopped, so those take priority
20       over collecting names and information at that point.
21   Q.  Now, to be fair, in hindsight, the person who was
22       involved in this was, for lack of a better term -- you
23       didn't know it at the time, but he was surrendering to
24       you?
25   A.  That's quite possible, yes.
```

1          MR. CHIRAFISI:  And can you just finish

2    playing the tape?

3                  (Video is played.)

4    BY MR. CHIRAFISI:

5  Q.  So when he backed up like that -- you saw him do that,

6    right?  He backed up from the car?

7  A.  Correct.

8  Q.  Is that the point that you believed Officer Krueger had

9    used the pepper spray?

10  A.  Yes.

11  Q.  And at that point, you and/or Officer Krueger told him to

12    go home or something like that?

13  A.  I don't recall anybody telling him to go home.  The only

14    commands I recall giving him were, "Get out of the road"

15    and to, "Stay back."

16  Q.  When you went to the hospital, did you see any videos of

17    what had happened, meaning any of the shootings?

18  A.  I know that there were people that had videos playing on

19    cell phones through -- I'm not sure if it would be

20    through social media or what the websites would have

21    been, but there were people that had videos of what was

22    taking place on their phones, yes.

23  Q.  When you were at the hospital, did you become aware that

24    the person that you had contact with right there was the

25    shooter?

CRIMTRIAL00707

```
 1   A.   I was focused on preserving evidence with Mr. Rosenbaum
 2        and other tasks that I had to take place, so that was all
 3        in passing.  I didn't focus much on what was taking place
 4        with that video.
 5   Q.   Okay.  Officer Moretti, I appreciate your time.
 6   A.   Thank you.
 7                  THE COURT:  Any --
 8                  REDIRECT EXAMINATION
 9   BY MR. KRAUS:
10   Q.   Officer, what is your sole focus as you're sitting in
11        that squad car addressing the potential active shooter?
12   A.   That if we were to come across a threat, to stop that
13        threat, and if we weren't actively engaged with somebody
14        that was a threat, to preserve life and find anybody that
15        was injured and needed medical assistance.
16   Q.   Now, in that video that was just shown, it showed that
17        Officer Krueger was outside the squad car.  Do you know
18        why he was outside the squad car right before you backed
19        up?
20   A.   I don't remember him leaving our vehicle.
21                  MR. KRAUS:  Can we play that exhibit again?
22                  (Video is played.)
23   BY MR. KRAUS:
24   Q.   Did you see Officer Krueger get out of the -- or he was
25        behind the vehicle kind of by the trunk area and then
```

Case 2:21-cv-00969-LA    Filed 06/11/25    Page 25 of 26    Document 141-9

CRIMTRIAL00708

```
 1        jump in the passenger seat?
 2   A.   Yes.  It appeared that he was exiting to retrieve
 3        something from our trunk -- attempting to retrieve
 4        something from the trunk, it appeared.
 5   Q.   What kind of things did you have in the trunk?
 6   A.   That night we had medical supplies.  I believe he had a
 7        type of ballistic vest that had plates in it that would
 8        have been more helpful for rifle rounds, and I don't
 9        recall if he had a rifle in the trunk that evening or
10        not.
11   Q.   So it would be more helpful with rifle rounds but perhaps
12        not stop them?
13   A.   Correct.
14   Q.   And when you're talking about rifle rounds, you are
15        talking about .223s fired from an AR-15 like the
16        defendant had?
17   A.   Correct.
18   Q.   Thank you.  I have nothing further.
19                  THE COURT:  You may step down.
20                     (Witness is excused.)
21
22
23
24
25
```

Case 2:21-cv-00969-LA     Filed 06/11/25     Page 26 of 26     Document 141-9

CRIMTRIAL00709