| | | |
|---|---|---|
| 1 | | location. |
| 2 | Q | What messages are you talking about? |
| 3 | A | The messages that you're going to bring up on the |
| 4 | | MDC. |
| 5 | Q | What messages are you talking about? |
| 6 | A | If you -- |
| 7 | | MS. UWABERA: Just wait for a question. |
| 8 | | THE WITNESS: Okay. |
| 9 | Q | (By Mr. Rallins, continuing) Yeah.  My question |
| 10 | | is what messages are you talking about? |
| 11 | A | It's -- it -- the -- you're going to bring up |
| 12 | | messages that are related to a group of |
| 13 | | individuals that I sent out communication about |
| 14 | | on my computer that were in a parking lot on a |
| 15 | | central to western part of the city. |
| 16 | Q | What messages did you send out related to a group |
| 17 | | of individuals on your computer? |
| 18 | A | There was a message sent out that the individuals |
| 19 | | that were at 52nd Street and 39th Avenue that |
| 20 | | were heavily armed stated that they were there |
| 21 | | protecting businesses.  And that is related to |
| 22 | | what your question was several questions ago. |
| 23 | Q | And you recall that -- you recall sending that |
| 24 | | message? |
| 25 | A | Yes. |

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

EXHIBIT J

Case 2:21-cv-00969-LA   Filed 06/11/25   Page 1 of 3   Document 141-10

```
 1   Q    And you recall sending that message from the
 2        computer in your -- your Ford SUV?
 3   A    Yes.
 4   Q    What other messages do you recall sending during
 5        the Kenosha protests?
 6   A    I do not recall any other ones.
 7   Q    For those individuals that you're referring to on
 8        52nd Street, you received information that they
 9        were there to protect businesses, correct?
10   A    Yes.
11   Q    Did they themselves tell you that they were there
12        to protect businesses?
13   A    Yes.
14   Q    And these individuals are armed, correct?
15   A    The majority of them were, yes.
16   Q    How did you verify that they were there to
17        protect businesses?
18             MS. UWABERA:  Object to form.
19   A    I did not verify that.  It is just simply what
20        they told me.
21   Q    (By Mr. Rallins, continuing) Why didn't you try
22        to verify it?
23             MS. UWABERA:  Same objection.
24   A    If there wasn't what was going on currently in
25        the city, that would have been protocol I would
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 2:21-cv-00969-LA    Filed 06/11/25    Page 2 of 3    Document 141-10

1      have taken; but how busy we were and overwhelmed,
2      trying to ask dispatch, who is also extremely
3      overwhelmed, to find keyholder information that
4      would then provide me with the phone number I
5      could call the six or seven businesses that were
6      in that little strip mall would be unreasonable
7      to do.
8  Q   Did you ask them for identification?
9  A   I did not.
10 Q   Did you ask them for their names?
11 A   I did not.
12 Q   That call on dispatch, why didn't you ask them
13     for any proof that they were -- they had the
14     authority to be there on the business property?
15              MS. UWABERA:  Object to form.
16 A   No basis for that investigation, and I've already
17     said it would be unreasonable to try to do that.
18 Q   (By Mr. Rallins, continuing) During the Kenosha
19     protests you saw armed individuals on the
20     rooftops of businesses, correct?
21 A   I saw an armed individual on top of a business.
22 Q   Was that on the east end of the city?
23 A   I would consider that to be more central towards
24     the west end.
25 Q   When you saw the armed individual on top of the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 2:21-cv-00969-LA    Filed 06/11/25    Page 3 of 3    Document 141-10