1       that is receiving and disseminating information.
2 Q   **(By Mr. Rallins, continuing) And part of that is**
3       **when you have multiple law enforcement agencies**
4       **working during the protests, you want to ensure**
5       **that they are coordinated to the extent possible,**
6       **correct?**
7             MS. UWABERA: Object to form,
8         foundation.
9 A   Yes, I believe it's important that you have a
10      central command that is providing -- that there's
11      a centralized location that information is being
12      provided from to multiple agencies if they're
13      working together.
14 Q   **(By Mr. Rallins, continuing) And coordination**
15      **from the incident commander is critical to**
16      **preserving the safety of citizens during civil**
17      **unrest?**
18           MS. UWABERA: Object to form,
19         foundation.
20 A   I believe that having that central location
21      that's providing information can contribute to
22      citizens' safety.
23 Q   **(By Mr. Rallins, continuing) When you went to**
24      **incident command at the high school, did you go**
25      **to receive information from the incident**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

EXHIBIT K

Case 2:21-cv-00969-LA   Filed 06/11/25   Page 1 of 7   Document 141-11

1     commander?

2            MS. UWABERA: Object to form.

3 A   No.

4 Q   (By Mr. Rallins, continuing) What was your -- why

5     did you go to incident command?

6             MS. UWABERA: Same objection.

7 A   My main reasons for being in incident command

8     were to start my shift with my officers that were

9     coming onto the road on second shift and then

10    also for breaks. I did not speak to centralized

11    incident command throughout the Kenosha protests.

12 Q  (By Mr. Rallins, continuing) You would go there

13    to meet with the officers before they were

14    deployed out into the streets of Kenosha?

15 A  Yes.

16 Q  And when you communicated to them when you met at

17    incident command, were you relaying information

18    that you received from -- strike that. If you

19    weren't receiving information from the incident

20    commander, what was the source of the information

21    that you were providing to your officers about

22    what they needed to do?

23           MS. UWABERA: Object to form.

24 A  I think it's very important at this point to

25    explain to you the role of -- of my group,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 2:21-cv-00969-LA   Filed 06/11/25   Page 2 of 7   Document 141-11

1    because there's two different roles.  There's the
2    role of individuals that are down on the east end
3    of the city that are dealing with what many
4    people would think of the protesting if you want
5    to get into using the verbiage of rioting.  But
6    that's probably 1 or 2 percent of the size of the
7    city.  The other 90 plus percent still had
8    incidents going on in a standard -- standard day
9    that need law enforcement assistance for
10   everything from traffic accidents to domestic
11   violence.  And that was my main role.  So when
12   you pose the question about where I'm getting the
13   information from is that if you're talking about
14   incident command that's dealing with the east end
15   protests, which is mostly what that was, they
16   don't need to provide us -- information to us
17   because we were out patrolling.  So the
18   information that I was getting and giving to them
19   was related to what their job duties would be
20   that day, meaning where they would patrol and how
21   they would ride in multiple -- in dual car
22   formations -- shouldn't say formations, but
23   set-ups and what their tasks were for that day
24   for keeping the rest of the city safe.
25 Q  **(By Mr. Rallins, continuing) Let's focus on the 1**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 2:21-cv-00969-LA    Filed 06/11/25    Page 3 of 7    Document 141-11

| | | |
|---|---|---|
| 1 | | to 2 percent who were patrolling the protests. |
| 2 | | Okay?  What was the source of information that |
| 3 | | you were providing when you were giving them |
| 4 | | their directions? |
| 5 | | MS. UWABERA:  Object to form, |
| 6 | | foundation. |
| 7 | A | I can't focus on the 1 or 2 percent because I |
| 8 | | had -- I wasn't working with them at all and I |
| 9 | | wasn't supervising them at all. |
| 10 | Q | (By Mr. Rallins, continuing) When you went to |
| 11 | | incident command, the 1 to 2 percent of the |
| 12 | | officers that you supervised who were on the east |
| 13 | | end, they didn't meet you at incident command? |
| 14 | | MS. UWABERA:  Object to form and |
| 15 | | foundation and misstates his prior |
| 16 | | testimony. |
| 17 | A | You're -- you're misinterpreting what I said. |
| 18 | | When I said 1 to 2 percent, that's in size of the |
| 19 | | actual city, not the percentage of officers that |
| 20 | | were under my supervision or the percentage of |
| 21 | | officers that are being utilized for that |
| 22 | | percentage of the city.  Like land mass-wise is |
| 23 | | what I'm talking about.  Those individuals I did |
| 24 | | not interact with, I did not supervise, I did not |
| 25 | | direct.  When I mean those individuals, I mean |

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 2:21-cv-00969-LA    Filed 06/11/25    Page 4 of 7    Document 141-11

1     the ones that were dealing with incidents that
2     happened on the far east end of the city.
3 Q  (By Mr. Rallins, continuing) You include 60th and
4     Sheridan the far east end of the city?
5 A  I do.
6 Q  Were any of the officers you supervised working
7     on the far east end of the city during the
8     Kenosha protests?
9 A  I don't recall any of them being assigned to be
10    over there.
11 Q  Were you working the far east end of the city
12    during the Kenosha protests?
13 A  The -- the question is difficult to answer
14    because it -- it wasn't as though I was excluded
15    or anybody would from being able to go in there
16    and perform police duties. But to say that I was
17    assigned to that group specifically to work,
18    meaning that area of the city, I was not. But
19    that doesn't preclude me from being in that area
20    or any of my people.
21 Q  Were you in that area during the Kenosha
22    protests?
23 A  I was --
24         MS. UWABERA: Object to form.
25 A  -- very rarely, but yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com
KENTUCKIANA COURT REPORTERS
Case 2:21-cv-00969-LA    Filed 06/11/25    Page 5 of 7    Document 141-11

1  Q  (By Mr. Rallins, continuing) Why did you go to
2     the east end of the city during the Kenosha
3     protests?
4  A  To conduct police activity.
5  Q  Did anyone instruct you to go to the east end of
6     the city?
7  A  I do not recall.
8  Q  Were the officers that you supervised, the
9     approximately 40 -- strike that.  Were the
10    approximately 40 officers you supervised in the
11    east end of the city during the Kenosha protests?
12           MS. UWABERA:  Object to form,
13        foundation, also misstates the evidence
14        and/or assumes facts not in evidence, but
15        you can answer if you can.
16 A  I do not recall.
17 Q  (By Mr. Rallins, continuing) Were you tracking
18    their whereabouts during the Kenosha protests?
19           MS. UWABERA:  Object to form.
20 A  I was doing my best to monitor where my
21    individuals were at.  Tracking I don't believe is
22    a fair term of what I was doing.
23 Q  (By Mr. Rallins, continuing) Did any of them
24    communicate to you that, although we're assigned
25    to these other areas of the city, we're going to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 2:21-cv-00969-LA    Filed 06/11/25    Page 6 of 7    Document 141-11

```
 1         the east end?
 2                  MS. UWABERA:  Object to form.
 3   A     I do not recall anybody doing that or expressing
 4         that to me.
 5   Q     (By Mr. Rallins, continuing) Did you inform your
 6         supervisees that you were going to the east end?
 7                  MS. UWABERA:  Object to form.
 8   A     I do not recall.
 9   Q     (By Mr. Rallins, continuing) Did you inform any
10         of your supervisors you were going to the east
11         end?
12                  MS. UWABERA:  Same objection.
13   A     I do not recall.
14   Q     (By Mr. Rallins, continuing) You said you'd been
15         a police officer 17 years now?
16   A     Yes.
17   Q     Have you ever had an after-action review?
18                  MS. UWABERA:  Object to form.
19   A     Yes.
20   Q     (By Mr. Rallins, continuing) What's an
21         after-action review?
22                  MS. UWABERA:  Same objection.
23   A     It's related to any incident that they determine
24         in the department or an outside agency determines
25         that they need to write a report analyzing what
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 2:21-cv-00969-LA    Filed 06/11/25    Page 7 of 7    Document 141-11