| | | |
|---|---|---|
| 1 | Q | I'll pull up an exhibit. |
| 2 | | MR. RALLINS: Okay, for the lawyers, |
| 3 | | this is Bates stamped SDTKJS03558 through |
| 4 | | 3571. |
| 5 | Q | (By Mr. Rallins, continuing) Can you see my |
| 6 | | screen, sir? |
| 7 | A | Yes. |
| 8 | Q | All right. On the left side of the screen there |
| 9 | | is -- there are officers' unit numbers and |
| 10 | | initials. Do you see that? |
| 11 | A | Yes. |
| 12 | Q | Okay. Left side of the screen it indicates KPD, |
| 13 | | dash, ARJ 5530. Which officer's indicator is |
| 14 | | that? |
| 15 | A | That's mine. |
| 16 | Q | Okay. And next to your name there is a message |
| 17 | | that's sent out. Do you see that? |
| 18 | A | Yes. |
| 19 | Q | The message states, if problems arise in those |
| 20 | | groups entered into the mix provide them verbal |
| 21 | | orders to stand down. If we have the resources |
| 22 | | to handle the calls for service. Very friendly, |
| 23 | | but we need to handle our business in-house as |
| 24 | | much as possible. And according to this, you |
| 25 | | send the message to multiple individuals at on |



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

EXHIBIT L

Case 2:21-cv-00969-LA    Filed 06/11/25    Page 1 of 3    Document 141-12

| | | |
|---|---|---|
| 1 | | August 25th, 2020 at 9:57 p.m.  Do you see that? |
| 2 | A | Yes. |
| 3 | Q | What groups were you referring to? |
| 4 | A | The large group at 52nd Street and 39th Avenue in |
| 5 | | the parking lot. |
| 6 | Q | And what do you recall about this large group in |
| 7 | | the parking lot? |
| 8 | A | That they were standing in a parking lot.  They |
| 9 | | were -- the majority of them armed.  And I didn't |
| 10 | | know why they were there, so I approached them |
| 11 | | and spoke to them. |
| 12 | Q | And this was a parking lot of a business? |
| 13 | A | I -- there's multiple businesses that conjointly |
| 14 | | operate in that parking lot, it's like a strip |
| 15 | | mall, so yes. |
| 16 | Q | What are some of the businesses in that area? |
| 17 | A | There is -- there's a place called The Chicken |
| 18 | | Palace, which is a taco restaurant.  There's a |
| 19 | | Subway.  I believe that there's a couple other |
| 20 | | restaurants in there. |
| 21 | Q | Why did you send the message that officers needed |
| 22 | | to provide them verbal orders to stand down? |
| 23 | A | Because when I spoke to this group, they |
| 24 | | presented themselves as individuals who were |
| 25 | | there to protect businesses and seemingly wanted |

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 2:21-cv-00969-LA    Filed 06/11/25    Page 2 of 3    Document 141-12

|    |   |                                                        |
|----|---|--------------------------------------------------------|
| 1  |   | to participate in law enforcement activities.          |
| 2  |   | And I felt that if we had calls for service near       |
| 3  |   | them, they may try to interact with us.  And I         |
| 4  |   | didn't want them to be trying to participate in        |
| 5  |   | acting as though they're law enforcement               |
| 6  |   | officers, when they were not.                          |
| 7  | Q | **What did they communicate to you that let you**      |
| 8  |   | **know they wanted to participate in law**             |
| 9  |   | **enforcement activities?**                            |
| 10 | A | When they said that they're here to protect            |
| 11 |   | businesses.                                            |
| 12 | Q | **And your view is really that's the law**             |
| 13 |   | **enforcement's job to carry that out, especially**    |
| 14 |   | **during a curfew, correct?**                          |
| 15 |   | MS. UWABERA:  Object to form.                          |
| 16 | A | Yes.                                                   |
| 17 | Q | **(By Mr. Rallins, continuing) Okay.  And you also**   |
| 18 |   | **communicate that officers needed to tell them to**   |
| 19 |   | **stand down because you had the resources to**        |
| 20 |   | **handle any calls for service that were coming in,**  |
| 21 |   | **correct?**                                           |
| 22 | A | The -- the message would indicate that if they         |
| 23 |   | attempt to participate in some sort of police          |
| 24 |   | activity, to tell them to stand down.  Not that        |
| 25 |   | they were engaging and we're telling them to.          |

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

Case 2:21-cv-00969-LA    Filed 06/11/25    Page 3 of 3    Document 141-12