towards the police, I can't really hear anything. My vision is very narrow. I can only see directly in front of me. I see the flashing lights. I remember I occasionally tried to move my rifle behind me to put it behind me so I could -- so the police didn't see me as a threat when I tried to turn myself in. I continued to walk, and then I walk towards the window of the sedan, the police cruiser sedan. I don't know what they are called, and I tell the officer, "I just shot somebody. I just shot somebody," and the officer says, "Get the fuck back or you are going to get pepper sprayed. Go home. Go home. Go home."

Q. And where do you go after you step back from the police car?

A. I go to Car Source No. 2.

Q. Okay. And now there wasn't a line there, they weren't stopping people from going in a northerly direction?

A. No, they weren't.

Q. And you go to Car Source, what we refer to as Car Source No. 2, and who do you see?

A. I get there, and I see -- I think the first person I see is JoAnn Fiedler. I don't remember exactly, but I believe that's who's outside at the door. They let me inside. The door was locked so somebody had to get the key to unlock it, and then we go inside, and I'm in