```
 1        BY MR. RALLINS:
 2   Q    I will just restate it.  On the city-issued phone and
 3        when you communicated with others who were not in your
 4        immediate presence you would sometimes communicate with
 5        them on the city phone?
 6   A    I don't recall communicating with any officers.  I would
 7        communicate with the chief of police on that city phone.
 8   Q    And on August 24th and August 25th when you would
 9        communicate with the chief of police you would
10        communicate with him sometimes by -- orally, or
11        sometimes via text?
12             MR. ENGELKE:  Object to form.
13             THE WITNESS:  Likely both.  However,
14        communication with the chief of police on August 24th
15        and August 25th was very limited.
16        BY MR. RALLINS:
17   Q    Why was it limited?
18   A    I was assigned to the roof of the courthouse, Dan was
19        carrying out any duty up there, and he was doing
20        whatever he did as the chief of police.
21   Q    Do you know where the chief of police was on
22        August 24th, 2020 while were on the roof of the
23        courthouse?
24   A    No.
25   Q    What about August 25th?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

Case 2:21-cv-00969-LA    Filed 06/11/25    Page 1 of 1    Document 141-14

EXHIBIT N