

# POLICY & PROCEDURE
## WALWORTH COUNTY SHERIFF'S OFFICE

SUBJECT: **CELLULAR TELEPHONES**       NUMBER:       1.19.1
                                        ISSUED:       5/11/2018
SCOPE:   All Agency Personnel           EFFECTIVE:    5/11/2018
DISTRIBUTION:  Policy & Procedure Manual    ☐ RESCINDS
AUTHORITY:     Sheriff Kurt Picknell         X AMENDS       1.19
REFERENCE:   County Policy 5-103 (Information    WILEAG 5TH EDITION
             Technologies); 5-110.01 - 5-110.04   STANDARDS: N/A
             (Mobile Device Policy)

INDEX AS:   Cellular Phones

PURPOSE: The purpose of this Policy & Procedure is to set procedures and guidelines for the Walworth County Sheriff's Office personnel regarding cellular phones.

This Policy & Procedure consists of the following numbered sections:

   I.   CELLULAR TELEPHONES

I. CELLULAR TELEPHONES

   A. Cellular telephones in law enforcement have become more important in daily police business. Cell telephones can be of great value and use by line personnel in their everyday duties. Standards must be prescribed for the use of cell telephones.

      1. Agency Issued Cellular Telephones While on Duty - The Agency provides cellular telephones for its selected personnel as a means of official communication for employees on duty. These phones are the sole property of the Agency issued for official use and as such, all phone use is monitored by the Agency.

a) Although personal use is permitted, making or receiving personal calls, messaging by email or texting should be limited for emergencies and immediately important family matters while on duty. Receiving or making personal calls while on duty is discouraged and shall not in any way interfere with the employee's duties or any operations of the Agency.

b) Employee use of cellular phones is limited to the minutes prescribed by the Agency's cellular plan. Employees shall reimburse the County for any personal calls.

c) Employees issued cellular phones are responsible for the safe keeping of their assigned cellular phones and are subject to disciplinary actions in addition to the full replacement costs for damages due to neglect or abuse.

2. Agency Issued Cellular Telephones While Off Duty – Employees are subject to calls to report for duty at all times in the event of an emergency. The Agency cellular phones are issued so that the Agency may recall its specified full time employees to respond to such an emergency or need for immediate contact with employees. As such, employees shall keep their cell phones available to them at all times unless on a leave status or approved by your supervisor, Sheriff or Undersheriff.

    a) <u>This Policy & Procedure shall not constitute on-call status</u>. It is also understood that employees have the right to their free time and that during their off time the employees may be unreachable for any number of reasons, however, the employees shall make reasonable checks for messages.

    b) Employees issued cellular phones may use their issued phones for personal use while off duty. Employees are reminded that all phone use is monitored by the Agency and that employees shall reimburse the County for any personal calls.

3. Employees are discouraged from using their personal cellular telephones while on duty. They shall not be used to take pictures or collect other evidence. The use of a personal cellular telephone may not interfere with an employee's official duties.

4. All Agency Cellular Telephone Use Should Be Limited to Appropriate Uses Only. The use of the police radio (priority method of communication) shall take precedence over the use of Agency cellular telephones in most cases.

    Agency personnel shall answer radio communications before answering their cellular telephones (radio communications always take priority).

Agency cellular telephones are intended to provide a means for employees to communicate necessary official Agency information when a police radio is unavailable or the use of the radio would be inappropriate. Employees shall not unnecessarily use the cellular telephone in place of the radio or laptop for normal police functions.

5. Cellular Telephone Use While Driving/Moving. When possible and practical, employees should pull the squad car or other County owned vehicle off the road and come to a complete stop prior to using the Agency cellular telephones. Under no circumstances shall employees text or email while operating a squad car or other County owned vehicle.

6. Agency personnel shall not call Deputies on his/her squad cellular telephone for routine calls or to give information unless normal dispatching methods are not available, or there is an exigent circumstance requiring a phone call. The Agency radio and laptop shall always be utilized as a first resort or as the priority method of communication.

7. Cellular telephones that are equipped with a camera may be used for official business only. Employees are reminded that any use of a cellular telephone to record photographic images is evidence and is subject to Policy & Procedures" Evidence/Property Integrity. The use of Agency cellular telephones for personal photographs is strictly prohibited.

8. Cellular telephones that have Internet access are governed by Policy & Procedures: Computer Procedures and Social Media. Employees are reminded that email messages are considered records and subject to the Open Records Law.

B. COMMENTARY:

1. When employees are interrupted and engaged in personal telephone calls while they are on duty, they are distracted from and neglecting their official duties. When an employee is engaged in official duties and his/her telephone rings, the distraction can cause a dangerous situation to occur, and injury may occur because the employee may not be fully paying attention or because of the interruption involved in retrieving and answering a personal cellular telephone call.

2. Employees may have many family members, friends, etc., who might have the employee's cellular telephone number. If family members, friends, etc., call an Agency employee when he/she is on duty and supposed to be engaged in official duties, work productivity suffers, potential safety issues are significantly heightened, and a non-professional work image is presented to the public.

3. Therefore, employees are to use extreme caution and good judgment when using Agency owned cellular telephones in their possession while on duty with the Agency. Incoming/outgoing personal calls should wait until a break period.

This Policy & Procedure cancels and supersedes any and all previous written directives relative to the subject matter contained herein.

Initial _____ 5/11/2018

5/11/2018 1.19.1