

Quinn Rallins <rallins@loevy.com>

## Re: Huber v. Kenosha Co., et al. - Cell Phone Communications

**Quinn Rallins** <rallins@loevy.com>                                                                                    Mon, May 5, 2025 at 10:59 AM
To: "Mills, Sara C." <SMills@crivellolaw.com>
Cc: Clementine Uwabera <cuwabera@staffordlaw.com>, Kyle Engelke <kengelke@staffordlaw.com>, "kmotley motleylegal.com" <kmotley@motleylegal.com>, Natalie Wisco <wisco@richardslawracine.com>, Ted Waskowski <TWASKOWSKI@staffordlaw.com>, Melissa Hammersley <mhammersley@staffordlaw.com>, Milo Schwab <milo@ascendcounsel.co>, Nick List <nick@ascendcounsel.co>, Steve Art <Steve@loevy.com>, Hershey Suri <suri@loevy.com>, Grace Boney <boney@loevy.com>, Anand Swaminathan <anand@loevy.com>, "Brinsley, Micaela E." <MBrinsley@crivellolaw.com>, "Harrison, Tammy L." <THarrison@crivellolaw.com>, "Nicole K. Bailey" <nbailey@staffordlaw.com>, Marc Motter <motter@loevy.com>, Beth Verbeten <beth@richardslawracine.com>, Dan Twetten <dan@loevy.com>, Alyssa Martinez <alyssa@loevy.com>, Bethan Gee <gee@loevy.com>, Lily Dunkin <dunkin@loevy.com>, "Nickerson, Jennifer J." <JNickerson@crivellolaw.com>

> For simplicity, please reference the discovery requests RFP No. 3 and INT No. 3 by Plaintiff Huber to the Municipal and County Defendants, as well as the Individual Officer Defendants.

_____

**Quinn K. Rallins**

LOEVY + LOEVY

Office: (312) 243-5900
Fax: (312) 243-5902

311 N Aberdeen St, Chicago, IL 60607

www.loevy.com

On Mon, May 5, 2025 at 10:47 AM Mills, Sara C. <SMills@crivellolaw.com> wrote:

> Both plaintiffs sent requests for production and interrogatories to both the municipal defendants and individual officers, so the county defendants have responded to multiple discovery requests designated a "Request for Production No. 3" and "Interrogatory No. 3." Please specify which "Request for Production No. 3" and which "Interrogatory No. 3" you are referencing.
>
> Thank you.

| | | |
|---|---|---|
| **Sara C. Mills-Flood \| Shareholder** <br> SMills@CrivelloLaw.com <br> Direct:414-290-7588 <br><br>   |  | **Crivello, Nichols & Hall, S.C.** <br> 710 North Plankinton Avenue Suite 500 <br> Milwaukee, Wisconsin 53203 <br> Main:414-271-7722 <br> Fax: 414-271-4438 <br> CrivelloLaw.com |

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-22. This email is a communication by or on behalf of an attorney, and may contain privileged communications or information. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender, or reply by e-mail and delete all copies of the message. Thank you.

**From:** Quinn Rallins <rallins@loevy.com>
**Sent:** Monday, May 05, 2025 9:53 AM
**To:** Mills, Sara C. <SMills@CrivelloLaw.com>
**Cc:** Clementine Uwabera <cuwabera@staffordlaw.com>; Kyle Engelke <kengelke@staffordlaw.com>; kmotley motleylegal.com <kmotley@motleylegal.com>; Natalie Wisco <wisco@richardslawracine.com>; Ted Waskowski <TWASKOWSKI@staffordlaw.com>; Melissa Hammersley <mhammersley@staffordlaw.com>; Milo Schwab <milo@ascendcounsel.co>; Nick List <nick@ascendcounsel.co>; Steve Art <Steve@loevy.com>; Hershey Suri <suri@loevy.com>; Grace Boney <boney@loevy.com>; Anand Swaminathan <anand@loevy.com>; Brinsley, Micaela E. <MBrinsley@crivellolaw.com>; Harrison, Tammy L. <THarrison@CrivelloLaw.com>; Nicole K. Bailey <nbailey@staffordlaw.com>; Marc Motter <motter@loevy.com>; Beth Verbeten <beth@richardslawracine.com>; Dan Twetten <dan@loevy.com>; Alyssa

Case 2:21-cv-00969-LA    Filed 07/03/25    Page 1 of 3    Document 147-3

**Martinez** <alyssa@loevy.com>; Bethan Gee <gee@loevy.com>; Lily Dunkin <dunkin@loevy.com>; Nickerson, Jennifer J. <JNickerson@CrivelloLaw.com>
**Subject:** Re: Huber v. Kenosha Co., et al. - Cell Phone Communications

Sara:

- Request for Production No. 3
- Interrogatory No. 3
- Second Set of Requests to Admit Nos. 1-2, 5, 8-9, 11, 13-19, 21, 23, 25, 27-41, 43, 45, 47 and 49-61

_____

**Quinn K. Rallins**

Office: (312) 243-5900
Fax: (312) 243-5902
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com


On Mon, May 5, 2025 at 9:38 AM Mills, Sara C. <SMills@crivellolaw.com> wrote:

> Quinn,
>
> In order to properly review and respond to you email, please identify the specific discovery requests that you believe require supplementation.
>
> Thank you,
>
> Sara
>
> **Sara C. Mills-Flood | Shareholder**
>
> SMills@CrivelloLaw.com
> Direct:414-290-7588
>
>  
>
> 
>
> **Crivello, Nichols & Hall, S.C.**
>
> 710 North Plankinton Avenue Suite 500
> Milwaukee, Wisconsin 53203
> Main:414-271-7722
> Fax: 414-271-4438
> CrivelloLaw.com
>
> ---
>
> This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-22. This email is a communication by or on behalf of an attorney, and may contain privileged communications or information. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender, or reply by e-mail and delete all copies of the message. Thank you.
>
> **From:** Quinn Rallins <rallins@loevy.com>
> **Sent:** Friday, May 02, 2025 4:09 PM
> **To:** Clementine Uwabera <cuwabera@staffordlaw.com>; Kyle Engelke <kengelke@staffordlaw.com>; Mills, Sara C. <SMills@CrivelloLaw.com>
> **Cc:** kmotley motleylegal.com <kmotley@motleylegal.com>; Natalie Wisco <wisco@richardslawracine.com>; Ted Waskowski

Case 2:21-cv-00969-LA    Filed 07/03/25    Page 2 of 3    Document 147-3

<TWASKOWSKI@staffordlaw.com>; Melissa Hammersley <mhammersley@staffordlaw.com>; Milo Schwab <milo@ascendcounsel.co>; Nick List <nick@ascendcounsel.co>; Steve Art <Steve@loevy.com>; Hershey Suri <suri@loevy.com>; Grace Boney <boney@loevy.com>; Anand Swaminathan <anand@loevy.com>; Brinsley, Micaela E. <MBrinsley@crivellolaw.com>; Harrison, Tammy L. <THarrison@CrivelloLaw.com>; Nicole K. Bailey <nbailey@staffordlaw.com>; Marc Motter <motter@loevy.com>; Beth Verbeten <beth@richardslawracine.com>; Dan Twetten <dan@loevy.com>; Alyssa Martinez <alyssa@loevy.com>; Bethan Gee <gee@loevy.com>; Lily Dunkin <dunkin@loevy.com>; Nickerson, Jennifer J. <JNickerson@CrivelloLaw.com>
**Subject:** Re: Huber v. Kenosha Co., et al. - Cell Phone Communications

Counsel:

We have discussed the issue of officers' cell phone communications at length, over multiple rounds of written communications and conferrals. We understand your position continues to be that the City and County Defendants will not supplement or revise their prior productions (or lack thereof) and responses related to Plaintiff's document requests and interrogatories related to cell phone communications, and additionally, City and County Defendants have no further supplements to their Second Set of Request to Admit regarding the officers' cell phone numbers. We assume we are at an impasse. If City and County Defendants are prepared to remove these objections and supplement, please let us know by Monday, May 5, 2025.

Regards,

_____

**Quinn K. Rallins**

Office: (312) 243-5900
Fax: (312) 243-5902
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com