**From:** "Nosalik, Joseph" <jtn427@kenoshapolice.com>
**To:** "Miskinis, D G." <chiefdgm398@kenoshapolice.com>
**Subject:** Fwd: (External)Kenosha Guard
**Date:** Fri, 04 Sep 2020 21:08:23 -0500
**Importance:** Normal
**Inline-Images:** image001.jpg

---

This is the one I passed on to FBI

Lieutenant Joe Nosalik
City of Kenosha Police Department
Public Information Officer
262-605-5238

Begin forwarded message:

**From:** "Nosalik, Joseph" <jtn427@kenoshapolice.com>
**Date:** September 3, 2020 at 3:09:00 PM CDT
**To:** "Sheen, Michael (MW) (FBI) (msheen@fbi.gov)" <msheen@fbi.gov>
**Subject: FW: (External)Kenosha Guard**

We can talk via phone about this

Lieutenant Joseph Nosalik
Public Information Officer
City of Kenosha Police Dept.
Kenosha, WI 53140
262-605-5238
jnosalik@kenosha.org



**From:** Kevin Mathewson [mailto:kevin@kminvestigate.com]
**Sent:** Tuesday, August 25, 2020 5:42 PM
**To:** Miskinis, Daniel
**Cc:** Nosalik, Joseph
**Subject:** (External)Kenosha Guard

Chief Miskinis,

As you know I am the commander of the Kenosha Guard, a local militia. We are mobilizing tonight and have about 3,000 RSVP's. We have volunteers that will be in Uptown, downtown, and at the entrances to other neighborhoods.

Our effort has made national media.

https://www.infowars.com/wisconsin-militia-recruiting-citizens-to-patrol-kenosha-after-2nd-night-of-riots/#inline-comments

I ask that you do NOT have your officers tell us to go home under threat of arrest as you have done in the past.

We are willing to talk to KPD and open a discussion. It is evident, that no matter how many Officers, deputies, and other law enforcement officers that are here, you will still be outnumbered.

Thank you,
Kenosha Guard Commander

Kevin Mathewson

```
Kevin Mathewson
Private Investigator
WI Lic # 12735-63
KM Investigations and Security, LLC
Kenosha, WI
www.kminvestigate.com
cell 262-237-8501
fax 262-528-6624
kevin@kminvestigate.com
```

 Virus-free. www.avast.com