**From:** Kevin Mathewson <kevin@kminvestigate.com>
**To:** "Nosalik, Joseph" <jtn427@kenoshapolice.com>, "Larsen, Eric" <etl374@kenoshapolice.com>
**Cc:** "Miskinis, Daniel" <dgm398@kenoshapolice.com>, "district17@kenosha.org" <district17@kenosha.org>
**Subject:** (External)Re: (External)Threats
**Date:** Sat, 29 Aug 2020 21:59:20 -0500
**Importance:** Normal

---

Thank you. Yes. I live in the City again



Kevin Mathewson

Private Investigator

WI Lic # 12735-63

KM Investigations and Security, LLC

Kenosha, WI

www.kminvestigate.com

262-237-8501



-------- Original message --------
From: "Nosalik, Joseph" <jtn427@kenoshapolice.com>
Date: 8/29/20 9:56 PM (GMT-06:00)
To: Kevin Mathewson <kevin@kminvestigate.com>, "Larsen, Eric" <etl374@kenoshapolice.com>
Cc: "Miskinis, Daniel" <dgm398@kenoshapolice.com>, district17@kenosha.org
Subject: Re: (External)Threats

I will save the data you sent me. If anything suspicious goes on call 9-1–1. I am not very reachable these days. Are you back in the City now?

Lieutenant Joe Nosalik
City of Kenosha Police Department
Public Information Officer
262-605-5238


 On Aug 29, 2020, at 3:26 PM, Nosalik, Joseph <jtn427@kenoshapolice.com> wrote:


Kevin-