# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JOHN HUBER, in his individual capacity
and as Personal Representative of the
ESTATE OF ANTHONY HUBER,**
    **Plaintiff,**

    v.                                                             Case No. 21-cv-0969

**DAVID G. BETH, in his individual and
official capacity as Kenosha County Sheriff,
et al.,**
    **Defendants.**

---

**PAUL HENRY PREDIGER,**
    **Plaintiff,**

    v.                                                               Case No. 21-cv-1192

**THE CITY OF KENOSHA, et al.**
    **Defendants.**

---

## AMENDED SCHEDULING ORDER

Plaintiffs John Huber and Paul Prediger filed a motion to extend fact discovery by 180 days. ECF No. 154. Defendants filed a response indicating that they do not object. ECF No. 155. For good cause, the case schedule is modified as follows:

- Fact discovery completed by **February 23, 2026**.
- Disclosure of Plaintiffs' experts by **February 23, 2026**.
- Disclosure of Defendants' experts by **April 9, 2026**.
- Disclosure of Plaintiffs' rebuttal experts by **May 9, 2026**.

- Expert discovery completed by **June 9, 2026**.

- Dispositive motions no later than **August 7, 2026**.

**IT IS SO ORDERED**.

Dated at Milwaukee, Wisconsin, this 28th day of August 2025.

/s/ Lynn Adelman
LYNN ADELMAN
United States District Judge