# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | | |
|---|---|---|
| JOHN HUBER, in his individual capacity and as Personal Representative of the ESTATE OF ANTHONY HUBER, | ) ) ) ) | |
| Plaintiff, | ) | No. 2:21-cv-00969-LA |
| v. | ) ) | |
| DAVID G. BETH, in his individual and Official capacity as Kenosha County Sheriff, et al., | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| PAUL HENRY PREDIGER, | ) ) | |
| Plaintiff, | ) | No. 2:21 cv 01192-LA |
| v. | ) ) | (Consolidated with No. 2:21-cv-00969-LA) |
| THE CITY OF KENOSHA, et al., | ) ) | |
| Defendants. | ) | |

## DECLARATION OF CLEMENTINE UWABERA IN SUPPORT OF CITY DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY FROM PLAINTIFFS

I, Clementine Uwabera, declare as follows:

1. I am an adult resident of the State of Wisconsin. I am a partner with Stafford Rosenbaum LLP, and licensed to practice law in the State of Wisconsin and the Eastern District of Wisconsin. My colleagues and I represent the City Defendants in the above-captioned matter before this Court. I make this declaration based on my personal knowledge.

2. Since the filing of City Defendants' Motion to Compel (ECF No. 152), Plaintiff Huber has not supplemented Interrogatory Nos. 5 and 14 to provide complete and verified

responses, has not produced documents responsive to Request Nos. 6 and 39, and has not executed the medical authorizations for Requests Nos. 16–18.

3. Since the filing of City Defendants' Motion to Compel (ECF No. 152), Plaintiff Prediger has not supplemented Interrogatory Nos. 7–12 to provide complete and verified responses, has not produced documents responsive to Request No. 8, and has not executed the medical authorization for Request No. 10.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: September 29, 2025.

                                  s/ *Clementine Uwabera*
                                    Clementine Uwabera