# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

JOHN HUBER,
        Plaintiff,

v.                                         Case No. 21-CV-969

DAVID G. BETH, et al.
        Defendants.

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding         Date: 10/7/2025
Time Commenced: 1:30 p.m.            Concluded: 2:20 p.m.
Deputy Clerk: TRI                            Court Reporter: N/A

APPEARANCES:

Plaintiff : By Attorney Quinn Rallins

Defendants David G. Beth, County of Kenosha, County of Racine, County of Sauk, County of Walworth, and County of Washington: By Attorney Micaela Brinsley and Sara Mills

Defendants Daniel G. Miskinis, Eric T. Larsen, John Doe Police Officers, City of Kenosha, Village of Menomonee Falls, City of West Allis, Menomonee Falls Police Department, and West Allis Police Department: By Attorney Clementine Uwabera and Kyle Engelke

Defendant Kyle Rittenhouse: By Attorney Natalie Wisco

Nature of Conference: Telephonic Status Conference

**Notes:** The court tentatively resolved plaintiffs' motion to compel (ECF No. 129) and defendants' motion to compel (ECF No. 152).

Resolving Plaintiffs' Motion to Compel, defendants will provide responsive text messages from personal devices of certain employees between August 23, 2020, and September 1, 2020. Employees are from a narrowed list of individuals, represented as approximately 4–5 from each municipality outside of Kenosha, and a couple dozen from each of City of Kenosha and Kenosha County. If defendants cannot provide the text messages of an individual, they will respond with a reason and sworn declaration by the employee, if appropriate. For example, if the text messages were deleted, if the individual is no longer an employee, if the employee refuses access.

Resolving Defendants' Motion to Compel, plaintiffs will draft subpoenas seeking medical records and provide notice to defendants. Parties will confer on the scope and target of these subpoenas if there is a dispute. Defendants retain the right to propose and/or serve their own subpoenas.