

Alyssa Martinez <alyssa@loevy.com>

---

# RE: [External] - Re: Huber v. Beth et al - Service of Subpoenas (A. Huber, Prediger, & Rosenbaum)

**Alyssa Martinez** <alyssa@loevy.com>    Fri, Jan 2, 2026 at 11:22 AM
To: Clementine Uwabera <cuwabera@staffordlaw.com>
Cc: "Nicole K. Bailey" <nbailey@staffordlaw.com>, Trinity Bias <bias@loevy.com>, Mark Richards <mdr@richardslawracine.com>, Beth Verbeten <beth@richardslawracine.com>, Natalie Wisco <wisco@richardslawracine.com>, "Tammy L." <THarrison@crivellolaw.com>, "Samuel C." <shall@crivellolaw.com>, "Laura A." <lgmach@crivellocarlson.com>, "Sara C." <SMills@crivellolaw.com>, "kcymotley@gmail.com" <kcymotley@gmail.com>, Quinn Rallins <rallins@loevy.com>, Steve Art <Steve@loevy.com>, Anand Swaminathan <anand@loevy.com>, Emma Logan <logan@loevy.com>, Bethan Gee <gee@loevy.com>, Melissa Hammersley <MHammersley@staffordlaw.com>, Kyle Engelke <kengelke@staffordlaw.com>, Maggie Filler <maggie@loevy.com>

Dear Counsel:

It is our position that that is not where we left the meet and confer, which we will note in our motion we are getting on file today, and as you know, I did reference specific portions of the subpoenas that are the basis for some of Plaintiffs' concerns. For example, I noted that issuing subpoenas to "specific institutions where Plaintiffs were actually housed or supervised as adults" in no way means they are narrowly tailored. I also identified the privilege concerns which you acknowledge in your follow up email when you provide your authority for your belief that such privilege is waived. I then asked Defendants to propose some of the buckets of documents you thought were relevant to the claims or defenses at issue so we could consider and see if there was a path forward-- which did not happen.

And while I generally agree that the meet and conferral process should be fully fleshed out before seeking relief from the Court, Defendants have bound our hands in this instance by going ahead and issuing each of the subpoenas on the very day we had our first meet and confer and not instructing them to hold off on producing responsive documents.

Lastly, we would oppose holding Mr. Prediger's deposition open for any reason pertaining to these subpoenas. These cases were filed five years ago. Purely because Defendants decided to issue widely overbroad and burdensome subpoenas in the weeks before his deposition does not entitle them to now hold open a deposition that the parties have been planning for months. Should that become an issue, we will address it accordingly with the Court.

Thank you,
Alyssa

_____

**Alyssa Martinez** (she/her)



Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

---

On Tue, Dec 30, 2025 at 5:28 PM Clementine Uwabera <cuwabera@staffordlaw.com> wrote:

> Hello Alyssa,
>
> We disagree with your characterization of events.
>
> As we explained during the meet and confer, and as reflected in the follow-up email below, Plaintiffs' objections do not identify any specific language in the subpoena rider that is allegedly overbroad, unduly burdensome, or privileged. Without identifying the language at issue, we cannot evaluate or address the objections. To date, Plaintiffs have not provided any redlines or specific objections.
>
> At Plaintiffs' request, we provided supporting case law. By comparison, Plaintiffs still have not proposed any limitations or clarified their objections to the subpoenas (or the basis thereof). This should occur before seeking relief from the Court, but we will respond if/as needed should you file a motion to quash.

We also noted during the meet and confer that Paul Prediger's deposition is scheduled for January 8. Based on Plaintiffs objections, we reserve the right to keep Paul Prediger's deposition open accordingly.

Thank you,

Clementine

| | |
|---|---|
| **STAFFORD ROSENBAUM**<br><br>Celebrating<br>**140**<br>Years<br>of<br>**Excellence** | **Clementine Uwabera \| Partner**<br>cuwabera@staffordlaw.com \| 608.210.6314 \| Fax. 608.259.2600 \|<br><br>222 West Washington Avenue, Suite 900<br><br>P.O. Box 1784 \| Madison, Wisconsin 53701-1784<br><br>www.staffordlaw.com<br><br>*Wisconsin member firm of ALFA International,*<br><br>*the premiere global network of independent law firms.* |

This is a transmission from the law firm of Stafford Rosenbaum LLP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at the telephone number included above.

---

**From:** Alyssa Martinez <alyssa@loevy.com>
**Sent:** Tuesday, December 23, 2025 1:04 PM
**To:** Clementine Uwabera <cuwabera@staffordlaw.com>
**Cc:** Nicole K. Bailey <nbailey@staffordlaw.com>; Trinity Bias <bias@loevy.com>; Mark Richards <mdr@richardslawracine.com>; Beth Verbeten <beth@richardslawracine.com>; Natalie Wisco <wisco@richardslawracine.com>; Micaela E. <MHaggenjos@crivellolaw.com>; Tammy L. <THarrison@crivellolaw.com>; Samuel C. <shall@crivellolaw.com>; Laura A. <lgmach@crivellocarlson.com>; Sara C. <SMills@crivellolaw.com>; kcymotley@gmail.com; Jocelyn S. <jgaddini@crivellolaw.com>; Quinn Rallins <rallins@loevy.com>; Steve Art <Steve@loevy.com>; Anand Swaminathan <anand@loevy.com>; Emma Logan <logan@loevy.com>; Bethan Gee <gee@loevy.com>; Melissa Hammersley <MHammersley@staffordlaw.com>; Kyle Engelke <kengelke@staffordlaw.com>; Maggie Filler <maggie@loevy.com>
**Subject:** Re: [External] - Re: Huber v. Beth et al - Service of Subpoenas (A. Huber, Prediger, & Rosenbaum)

Dear Counsel:

It has come to our attention that rather than attempting to find a resolution that would address the numerous and severe concerns Plaintiffs have about these extremely overbroad and disproportionate subpoenas, which was the resolution we discussed during the meet and confer, they were simply issued. As such, we will be moving to quash these subpoenas in their entirety. Please notify each of the subpoenaed bodies to not produce any documentation until the Court has ruled on the issue.

Thank you,

Alyssa

---

**Alyssa Martinez** (she/her)

**LOEVY + LOEVY**

Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

---

On Thu, Dec 18, 2025 at 1:44 PM Clementine Uwabera <cuwabera@staffordlaw.com> wrote:

> Hello Alyssa,
>
> Following up on our meet-and-confer regarding the subpoenas directed to WDOC, Milwaukee HOC, Waukesha County Jail, Kenosha County Detention Center, KMCI, Racine Correctional, and Dodge Correctional. I write to clarify Defendants' position, provide supporting case law, and outline a path forward.
>
> As a threshold matter, the subpoenas are narrowly tailored to adult incarceration or probation records maintained by the specific institutions where Plaintiffs were actually housed or supervised as adults. They do not seek juvenile records.
>
> As discussed, Plaintiffs seek broad damages, including loss of society and companionship, pecuniary loss, lost wages, loss of earning capacity, and other compensatory damages. These claims place Plaintiffs', employment history, medical history, financial contributions, and familial relationships directly at issue. See WIS JI–CIVIL 1895 (instructing juries, when determining loss of society and companionship, to consider the past relationship between the decedent and the parents, including love, affection, conduct, society, companionship, and the decedent's personality, disposition, and character); see also *Hernandez v. City of Peoria,* 135 F.4th 517, 525 (7th Cir. 2025) (holding that evidence of the decedent's incarceration was properly admitted because it provided relevant context for the decedent's relationship with his children and directly informed the jury's assessment of pecuniary loss and loss of society and companionship).
>
> Against this backdrop, custodial and supervision records are plainly relevant to damages. They inform periods of separation from family, the nature and frequency of communications and visitation, employability and earning capacity during and after incarceration, and medical treatment received while incarcerated (which Plaintiffs have affirmatively placed at issue).
>
> With respect to the asserted privilege and privacy objections, Seventh Circuit has repeatedly explained, the attorney-client privilege protects communications in which legal advice of any kind is sought from a professional legal adviser in his capacity as such, so long as the communication is related to that purpose and **"made in confidence.**..by the client." *Sandra T.E. v. S. Berwyn Sch. Dist. 100, 600 F.3d 612, 618 (7th Cir. 2009).* Accordingly, recorded custodial calls are not protected by the attorney-client privilege where the incarcerated individual knew the calls were recorded and had no reasonable expectation of confidentiality. *Pursley v. City of Rockford,* No. 18 CV 50040, 2020 U.S. Dist. LEXIS 50513, at *12 (N.D. Ill. Mar. 24, 2020)*; Simon v. Nw. Univ.,* No. 1:15-CV-1433, 2017 U.S. Dist. LEXIS 2461, at *12 (N.D. Ill. Jan. 6, 2017); *United States v. Thompson,* No. 07-30010, 2007 U.S. Dist. LEXIS 58080, at *4 (C.D. Ill. Aug. 8, 2007). Courts nationwide have reached the same conclusion. *United States v. Mejia,* 655 F.3d 126, 133 (2d Cir. 2011) ("[W]here an inmate is aware that his or her calls are being recorded, those calls are not protected by a privilege."); *United States v. Hatcher,* 323 F.3d 666, 674 (8th Cir. 2003) ("The presence of the prison recording device destroyed the attorney-client privilege. Because the inmates and their lawyers were aware that their conversations were being recorded, they could not reasonably expect that their conversations would remain private."). Privacy concerns similarly do not justify quashing the subpoenas in their entirety, particularly where incarcerated individuals are aware that calls are monitored and recorded. See *Gonzalez v. Guevara*, No. 23-CV-14281, 2025 LEXIS 483828, at *6–7 (N.D. Ill. Oct. 15, 2025). Any remaining concerns can be addressed through the existing protective order.
>
> The objections asserted below do not identify any specific language in the subpoena rider that is allegedly overbroad, unduly burdensome, or privileged. In light of the schedule, Defendants intend to issue the subpoenas as soon as possible.

Thank you,

Clementine

| | |
|---|---|
| **STAFFORD ROSENBAUM**<br><br>Celebrating<br>**140**<br>Years<br>of<br>Excellence | **Clementine Uwabera** \| Partner<br>cuwabera@staffordlaw.com \| 608.210.6314 \| Fax. 608.259.2600 \|<br>222 West Washington Avenue, Suite 900<br>P.O. Box 1784 \| Madison, Wisconsin 53701-1784<br>www.staffordlaw.com<br><br>*Wisconsin member firm of ALFA International,*<br>*the premiere global network of independent law firms.* |

This is a transmission from the law firm of Stafford Rosenbaum LLP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at the telephone number included above.

**From:** Alyssa Martinez <alyssa@loevy.com>
**Sent:** Wednesday, December 17, 2025 4:21 PM
**To:** Clementine Uwabera <cuwabera@staffordlaw.com>
**Cc:** Nicole K. Bailey <nbailey@staffordlaw.com>; Trinity Bias <bias@loevy.com>; Mark Richards <mdr@richardslawracine.com>; Beth Verbeten <beth@richardslawracine.com>; Natalie Wisco <wisco@richardslawracine.com>; Micaela E. <MHaggenjos@crivellolaw.com>; Tammy L. <THarrison@crivellolaw.com>; Samuel C. <shall@crivellolaw.com>; Laura A. <lgmach@crivellocarlson.com>; Sara C. <SMills@crivellolaw.com>; kcymotley@gmail.com; Jocelyn S. <jgaddini@crivellolaw.com>; Quinn Rallins <rallins@loevy.com>; Steve Art <Steve@loevy.com>; Anand Swaminathan <anand@loevy.com>; Emma Logan <logan@loevy.com>; Bethan Gee <gee@loevy.com>; Melissa Hammersley <MHammersley@staffordlaw.com>; Kyle Engelke <kengelke@staffordlaw.com>; Maggie Filler <maggie@loevy.com>
**Subject:** Re: [External] - Re: Huber v. Beth et al - Service of Subpoenas (A. Huber, Prediger, & Rosenbaum)

Apologies, I'm running a few minutes behind. Could we talk at 4:40?

**Alyssa Martinez** (she/her)
**LOEVY + LOEVY**
Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

On Wed, Dec 17, 2025, 1:23 PM Alyssa Martinez <alyssa@loevy.com> wrote:

> Dear Counsel:
>
> Thanks for sending the call-in info. Here is Plaintiffs' position prior to our call today.

The medical subpoenas (Froedert, LJH Ambulance, Paratech, Flight for Life, ME's Office, Aurora) read fine to us. Please just confirm they will be returnable to Plaintiffs for the same review period.

For the subpoenas to carceral institutions (WDOC, MKE HoC, Waukesha County Jail, Kenosha County Detention Center, KMCI, Racine Correctional, Dodge Correctional), Plaintiffs object to these subpoenas as being overly broad, unduly burdensome, vastly disproportionate to the needs of the case, irrelevant, an infringement on privacy, and potentially violating AC and WP privileges with the broad range of documents sought.

Talk soon,

Alyssa

**Alyssa Martinez** (she/her)

**LOEVY + LOEVY**

Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

On Wed, Dec 17, 2025 at 11:54 AM Clementine Uwabera <cuwabera@staffordlaw.com> wrote:

> Please use the following conference line:
>
> Dial-in # : 1-605-475-5619
>
> Passcode:  608 259 2690
>
> Thank you,
>
> Clementine
>
> **STAFFORD ROSENBAUM**
>
> **Clementine Uwabera | Partner**
> cuwabera@staffordlaw.com | 608.210.6314 | Fax. 608.259.2600 |
>
> 222 West Washington Avenue, Suite 900
>
> P.O. Box 1784 | Madison, Wisconsin 53701-1784
>
> www.staffordlaw.com
>
> Celebrating **140** Years of Excellence
>
> *Wisconsin member firm of ALFA International,*
>
> *the premiere global network of independent law firms.*
>
> This is a transmission from the law firm of Stafford Rosenbaum LLP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at the telephone number included above.

**From:** Alyssa Martinez <alyssa@loevy.com>
**Sent:** Wednesday, December 17, 2025 10:25 AM
**To:** Clementine Uwabera <cuwabera@staffordlaw.com>
**Cc:** Nicole K. Bailey <nbailey@staffordlaw.com>; Trinity Bias <bias@loevy.com>; Mark Richards <mdr@richardslawracine.com>; Beth Verbeten <beth@richardslawracine.com>; Natalie Wisco <wisco@richardslawracine.com>; Micaela E. <MHaggenjos@crivellolaw.com>; Tammy L. <THarrison@crivellolaw.com>; Samuel C. <shall@crivellolaw.com>; Laura A. <lgmach@crivellocarlson.com>; Sara C. <SMills@crivellolaw.com>; kcymotley@gmail.com; Jocelyn S. <jgaddini@crivellolaw.com>; Quinn Rallins <rallins@loevy.com>; Steve Art <Steve@loevy.com>; Anand Swaminathan <anand@loevy.com>; Emma Logan <logan@loevy.com>; Bethan Gee <gee@loevy.com>; Melissa Hammersley <MHammersley@staffordlaw.com>; Kyle Engelke <kengelke@staffordlaw.com>; Maggie Filler <maggie@loevy.com>
**Subject:** Re: [External] - Re: Huber v. Beth et al - Service of Subpoenas (A. Huber, Prediger, & Rosenbaum)

Great, thanks. Let's plan for 4:30pm.

**Alyssa Martinez** (she/her)
**LOEVY + LOEVY**
Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

On Wed, Dec 17, 2025 at 8:16 AM Clementine Uwabera <cuwabera@staffordlaw.com> wrote:

> Hello Alyssa,
>
> We are available today at 1:00 p.m. or 4:30 p.m.
>
> Thank you,
> Clementine
>
> **STAFFORD ROSENBAUM**
>
> Celebrating **140** Years of Excellence
>
> **Clementine Uwabera | Partner**
> cuwabera@staffordlaw.com | 608.210.6314 | Fax. 608.259.2600 |
> 222 West Washington Avenue, Suite 900
> P.O. Box 1784 | Madison, Wisconsin 53701-1784
> www.staffordlaw.com
>
> *Wisconsin member firm of ALFA International, the premiere global network of independent law firms.*
>
> This is a transmission from the law firm of Stafford Rosenbaum LLP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at the telephone number included above.

**From:** Alyssa Martinez <alyssa@loevy.com>
**Sent:** Tuesday, December 16, 2025 5:49 PM
**To:** Clementine Uwabera <cuwabera@staffordlaw.com>
**Cc:** Nicole K. Bailey <nbailey@staffordlaw.com>; Trinity Bias <bias@loevy.com>; Mark Richards <mdr@richardslawracine.com>; Beth Verbeten <beth@richardslawracine.com>; Natalie Wisco <wisco@richardslawracine.com>; Micaela E. <MHaggenjos@crivellolaw.com>; Tammy L. <THarrison@crivellolaw.com>; Samuel C. <shall@crivellolaw.com>; Laura A. <lgmach@crivellocarlson.com>; Sara C. <SMills@crivellolaw.com>; kcymotley@gmail.com; Jocelyn S. <jgaddini@crivellolaw.com>; Quinn Rallins <rallins@loevy.com>; Steve Art <Steve@loevy.com>; Anand Swaminathan <anand@loevy.com>; Emma Logan <logan@loevy.com>; Bethan Gee <gee@loevy.com>; Melissa Hammersley <MHammersley@staffordlaw.com>; Kyle Engelke <kengelke@staffordlaw.com>; Maggie Filler <maggie@loevy.com>
**Subject:** Re: [External] - Re: Huber v. Beth et al - Service of Subpoenas (A. Huber, Prediger, & Rosenbaum)

Dear Counsel:

Apologies, I had other professional commitments come up yesterday and today. Are you available sometime tomorrow to confer? I'm available from 1-2pm or after 4pm tomorrow and any time Thursday after 12pm. Just let me know, and thanks for the follow up. Whatever time you choose, we will send along our objections beforehand.

Sincerely,

Alyssa

**Alyssa Martinez** (she/her)

**LOEVY + LOEVY**

Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

On Tue, Dec 16, 2025 at 5:43 PM Clementine Uwabera <cuwabera@staffordlaw.com> wrote:

> Hello Alyssa,
>
> We have not yet received a response to my previous email. Please be advised that unless we receive redlines to the specific subpoenas to which your clients object, we intend to issue them on Wednesday, December 17, 2025.
>
> Thank you,
>
> Clementine

| STAFFORD ROSENBAUM | **Clementine Uwabera | Partner** |
|---|---|
| | cuwabera@staffordlaw.com | 608.210.6314 | Fax. 608.259.2600 | |
| | 222 West Washington Avenue, Suite 900 |
| Celebrating | P.O. Box 1784 | Madison, Wisconsin 53701-1784 |

| | |
|---|---|
| **140** **Years** **of** **Excellence** | www.staffordlaw.com<br><br>*Wisconsin member firm of* [ALFA International](),<br>*the premiere global network of independent law firms.* |

This is a transmission from the law firm of Stafford Rosenbaum LLP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at the telephone number included above.

---

**From:** Clementine Uwabera
**Sent:** Friday, December 12, 2025 8:29 PM
**To:** 'Alyssa Martinez' <alyssa@loevy.com>
**Cc:** Nicole K. Bailey <nbailey@staffordlaw.com>; Trinity Bias <bias@loevy.com>; Mark Richards <mdr@richardslawracine.com>; Beth Verbeten <beth@richardslawracine.com>; Natalie Wisco <wisco@richardslawracine.com>; Micaela E. <MHaggenjos@crivellolaw.com>; Tammy L. <THarrison@crivellolaw.com>; Samuel C. <shall@crivellolaw.com>; Laura A. <lgmach@crivellocarlson.com>; Sara C. <SMills@crivellolaw.com>; kcymotley@gmail.com; Jocelyn S. <jgaddini@crivellolaw.com>; Quinn Rallins <rallins@loevy.com>; Steve Art <Steve@loevy.com>; Anand Swaminathan <anand@loevy.com>; Emma Logan <logan@loevy.com>; Bethan Gee <gee@loevy.com>; Melissa Hammersley <MHammersley@staffordlaw.com>; Kyle Engelke <kengelke@staffordlaw.com>; Maggie Filler <maggie@loevy.com>
**Subject:** RE: [External] - Re: Huber v. Beth et al - Service of Subpoenas (A. Huber, Prediger, & Rosenbaum)

Hello Alyssa,

We are available after 9:00 a.m. on Monday. Please let me know what time works best for you.

Thank you,

Clementine

| | |
|---|---|
| **STAFFORD ROSENBAUM**<br><br>Celebrating<br>**140**<br>**Years**<br>**of**<br>**Excellence** | **Clementine Uwabera  \|  Partner**<br>cuwabera@staffordlaw.com \| 608.210.6314 \| Fax. 608.259.2600 \|<br>222 West Washington Avenue, Suite 900<br>P.O. Box 1784 \| Madison, Wisconsin 53701-1784<br>www.staffordlaw.com<br><br>*Wisconsin member firm of* [ALFA International](),<br>*the premiere global network of independent law firms.* |

This is a transmission from the law firm of Stafford Rosenbaum LLP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at the telephone number included above.

**From:** Alyssa Martinez <alyssa@loevy.com>
**Sent:** Thursday, December 11, 2025 12:18 PM
**To:** Clementine Uwabera <cuwabera@staffordlaw.com>
**Cc:** Nicole K. Bailey <nbailey@staffordlaw.com>; Trinity Bias <bias@loevy.com>; Mark Richards <mdr@richardslawracine.com>; Beth Verbeten <beth@richardslawracine.com>; Natalie Wisco <wisco@richardslawracine.com>; Micaela E. <MHaggenjos@crivellolaw.com>; Tammy L. <THarrison@crivellolaw.com>; Samuel C. <shall@crivellolaw.com>; Laura A. <lgmach@crivellocarlson.com>; Sara C. <SMills@crivellolaw.com>; kcymotley@gmail.com; Jocelyn S. <jgaddini@crivellolaw.com>; Quinn Rallins <rallins@loevy.com>; Steve Art <Steve@loevy.com>; Anand Swaminathan <anand@loevy.com>; Emma Logan <logan@loevy.com>; Bethan Gee <gee@loevy.com>; Melissa Hammersley <MHammersley@staffordlaw.com>; Kyle Engelke <kengelke@staffordlaw.com>; Maggie Filler <maggie@loevy.com>
**Subject:** Re: [External] - Re: Huber v. Beth et al - Service of Subpoenas (A. Huber, Prediger, & Rosenbaum)

Hi Clementine,

Apologies, but a few other professional commitments have come up for me today and tomorrow. Would you be available to confer on Monday? I will, of course, circulate our specific objections in advance of the call for your review.

Thanks,

Alyssa

---

**Alyssa Martinez** (she/her)
**LOEVY + LOEVY**
Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

On Wed, Dec 10, 2025 at 8:52 PM Clementine Uwabera <cuwabera@staffordlaw.com> wrote:

> Hello Alyssa,
>
> We are available to meet anytime after 10:00 AM tomorrow or anytime after 1:00 PM on Friday. Please let us know which time works best for you. We would also appreciate it if you could send your specific objections in advance of the call.
>
> Thank you,
>
> Clementine

| STAFFORD ROSENBAUM | **Clementine Uwabera \| Partner** |
|---|---|
| | cuwabera@staffordlaw.com \| 608.210.6314 \| Fax. 608.259.2600 \| |
| | 222 West Washington Avenue, Suite 900 |
| Celebrating | P.O. Box 1784 \| Madison, Wisconsin 53701-1784 |
| **140** | |
| Years | www.staffordlaw.com |
| of | |
| Excellence | *Wisconsin member firm of* ALFA International, |
| | *the premiere global network of independent law firms.* |

This is a transmission from the law firm of Stafford Rosenbaum LLP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at the telephone number included above.

**From:** Alyssa Martinez <alyssa@loevy.com>
**Sent:** Tuesday, December 9, 2025 5:27 PM
**To:** Nicole K. Bailey <nbailey@staffordlaw.com>
**Cc:** Trinity Bias <bias@loevy.com>; Mark Richards <mdr@richardslawracine.com>; Beth Verbeten <beth@richardslawracine.com>; Natalie Wisco <wisco@richardslawracine.com>; Micaela E. <MHaggenjos@crivellolaw.com>; Tammy L. <THarrison@crivellolaw.com>; Samuel C. <shall@crivellolaw.com>; Laura A. <lgmach@crivellocarlson.com>; Sara C. <SMills@crivellolaw.com>; kcymotley@gmail.com; Jocelyn S. <jgaddini@crivellolaw.com>; Quinn Rallins <rallins@loevy.com>; Steve Art <Steve@loevy.com>; Anand Swaminathan <anand@loevy.com>; Emma Logan <logan@loevy.com>; Bethan Gee <gee@loevy.com>; Clementine Uwabera <cuwabera@staffordlaw.com>; Melissa Hammersley <MHammersley@staffordlaw.com>; Kyle Engelke <kengelke@staffordlaw.com>; Maggie Filler <maggie@loevy.com>
**Subject:** [External] - Re: Huber v. Beth et al - Service of Subpoenas (A. Huber, Prediger, & Rosenbaum)

Dear Counsel:

We object to certain subpoenas and would like to confer before they are issued. Please let us know your availability.

Please also make sure to include my colleague, Maggie Filler (cc'd here), to all correspondence for this case.

Thanks,

Alyssa

---

**Alyssa Martinez** (she/her)
**LOEVY + LOEVY**
Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

On Tue, Dec 9, 2025 at 4:03 PM Nicole K. Bailey <nbailey@staffordlaw.com> wrote:

Good afternoon,

Please see the linked subpoenas and corresponding riders. We intend to issue them on Thursday, December 11, 2025. Please note that the riders are consistent across the different types of subpoenas and do not substantively differ.

Thank you,

**STAFFORD ROSENBAUM**

Celebrating
**140**
Years
of
Excellence

Nicole Bailey | Legal Assistant
NBailey@staffordlaw.com | 608.259.2633 | Fax. 608.259.2600 |

222 West Washington Avenue, Suite 900

P.O. Box 1784 | Madison, Wisconsin 53701-1784

www.staffordlaw.com | Stafford Blogs | Directions to Madison Office | LinkedIn

*Wisconsin member firm of ALFA International,*

*the premiere global network of independent law firms.*

This is a transmission from the law firm of Stafford Rosenbaum LLP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at the telephone number included above.