New Search | Help

# Offender Detail

Printer Friendly | Info Sheet

Demographics | Status | Movement | Court Cases

Name: [redacted] Birth Year: 1993

Status: NO LONGER UNDER DOC SUPERVISION
Sub-Status:
Institution:

Maximum Discharge Date: 01/04/2018 Mandatory Release/Extended Supervision Date:
Parole Eligibility Date:

Printer Friendly Info Sheet Demographics Status Movement Court Cases
New Search This Page Help Glossary Institution Map Region Unit Map About LOCATOR Contact Us
Legal Notices Privacy Notice Acceptable Use Policy

New Search | Help

# Offender Detail

Printer Friendly | Info Sheet

Demographics | Status | Movement | Court Cases

Name: [redacted] Birth Year: 1993

**Court Cases**

| Case # | County |
|---|---|
| 13CF621 | WAUKESHA |
| 16CM1014 | MILWAUKEE |

***CAUTION. HYPERLINKS.***

*At this time the hyperlinks to the statutes only connect to the current statutes. Statutes change over time, and the statutes which are connected by the hyperlink may not reflect the crimes or the elements of the crimes for which the offenders were convicted. You must check the statutes as they were in effect at the time of the commission of the crimes to determine what crimes were committed by the offenders.*

*You may find the statutes as the previously existed on the Wisconsin government website. Under legislature, you will find statutes. On that page, you will find a section entitled, "Annotations & Archive". Click on the year the crime was committed to determine what the statute stated at the time the offense was committed.*

Printer Friendly Info Sheet Demographics Status Movement Court Cases
New Search This Page Help Glossary Institution Map Region Unit Map About LOCATOR Contact Us
Legal Notices Privacy Notice Acceptable Use Policy



Exhibit 4