LOUISVILLE LEXINGTON LONDON FLORENCE CINCINNATI INDIANAPOLIS ORLANDO JACKSONVILLE TAMPA

KENTUCKIANA
COURT REPORTERS

# NO. 2:21-CV-00969-LA

## JOHN HUBER, IN HIS INDIVIDUAL CAPACITY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ANTHONY HUBER V. DAVID G. BETH, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS KENOSHA COUNTY SHERIFF, ET AL.

---

## CASE NO. 2:21 CV 01192-LA CONSOLIDATED WITH NO. 2:21-CV-00969-LA

## PAUL HENRY PREDIGER V. THE CITY OF KENOSHA, ET AL.

**DEPONENT: PAUL HENRY PREDIGER**

**DATE: January 08, 2026**

a courtroom powerhouse

schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273

www.kentuckianareporters.com

Exhibit 10

A. Yes.
Q. And in fact, if you go up, there's another sticker that says, "Exhibit D62"; do you see that?
A. I do.
Q. Okay. So this is a letter on Motley Legal Letterhead; do you see that?
A. I do.
Q. And it -- then it's dated December 18, 2020?
A. I see that.
Q. Okay. And it purports to be a letter on -- sent on your behalf by Attorney Motley; do you agree?
A. Yes.
Q. Okay. And in this document there is a subject line that says, "Re: Notice of Claims." Do you see that on the first page?
A. I do.
Q. Okay. And then on the third page, it has a section titled, "Itemized Damages"; do you see that?
A. I do.
Q. And then it says, "Claimant requests $10 million as compensation"; do you see that?
A. I do.
Q. Okay. Now, did you review this document prior to it being sent to the City or any of the defendants in this case?

A. I do.

**Q. Or did you?**

A. I -- yes, sorry, I did.

**Q. And you understood this was being sent for a legal purpose; is that fair?**

A. Yes.

**Q. And that it should and needs to be complete and accurate?**

A. Yes.

**Q. And that's what you believe it was prior to being sent in December of 2020, right?**

A. Yes.

**Q. We'll mark these if these help orient you. So let's see if they help orient you first. I'm going to hand you two. And we'll talk more about them if -- if they do help orient you, but frankly, I'm trying to orient the record for describing the area in which you attended the protest on August 25th, 2020. So please take a moment to try to orient because I believe we've talked about the courthouse and the Civic -- the Civic Center Park --**

A. Uh-huh.

**Q. -- and so that's what I'd like to identify --**

A. Okay.

**Q. -- if they're shown in -- and you recognize**

**Q. And what -- well, how much money was raised?**
A. I can't give you an exact number, but I would say over 7,500.
**Q. Let's just ask, are you aware of any medical bills that have not been paid that relate to the injuries from the shooting?**
MS. MOTLEY: Object to form.
THE WITNESS: I don't know.
BY MR. ENGELKE:
**Q. When was the last time you've been treated for some -- for injuries related to the shooting?**
A. Physically treated?
**Q. Sure. Start there.**
A. Early -- I'm sorry, I should say late 2020.
**Q. And then you've -- have you had mental health treatment since August 25 that relate to the injuries from the shooting?**
A. Yes.
**Q. Okay. And when was the last time you had that treatment?**
A. That would've been about late 2023, maybe early 2024.
**Q. And as we sit here today, you don't recall getting any sort of medical bills or debt collectors for medical care related to your injuries, as we sit here**

Q. And so setting aside your attorneys, I'm asking about any witnesses. Are you aware of anyone else?
A. No.
Q. Do you have -- have you received any funding for this litigation by, like, a third party funder or a loan?
A. No.
Q. Okay. Do you have any law enforcement training?
A. No.
Q. Do you have any legal training?
A. No.
Q. And you don't -- do you have any legal education?
A. No.
Q. Do you have any law enforcement education?
A. No.
Q. Now, I believe you did have one felony conviction that was expunged, right?
A. Correct.
Q. And that was related to a burglary?
A. Correct.
Q. And how old were you at the time of the burglary?

A. 18.

**Q. Okay. And what do you recall about that burglary?**

A. I don't recall.

**Q. Anything?**

A. No.

MR. ENGELKE: Okay. I'm good. I can pass the witness.

EXAMINATION

BY MS. MILLS:

**Q. Mr. Prediger, I'm going to be bouncing a lot -- around a lot with my questions because I represent the counties that have been named as defendants. Kyle and Clementine represent the City, so we're kind of all in the same boat. So if I'm kind of bouncing around, it's to keep things moving quickly, so I'm not rehashing too much. But if you need some context for my questions -- because it is going to be a little disjointed, just let me know.**

(Confidential Portion I redacted.)

BY MS. MILLS:

**Q. You've testified a lot today using the phrase based on your general experience or based on the phrase, based on your lived experience. And with that context in mind, one of the things that you stated was that**