UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**JOHN HUBER, in his individual capacity
and as Personal Representative of the
ESTATE OF ANTHONY HUBER,**
    **Plaintiff,**

  v.                                  Case No. 21-cv-0969

**DAVID G. BETH, in his individual and official
capacity as Kenosha County Sheriff,
et al.,**
    **Defendants.**

---

**PAUL HENRY PREDIGER,**
    **Plaintiff,**

  v.                                  Case No. 21-cv-1192

**THE CITY OF KENOSHA, et al.**
    **Defendants.**

---

## ORDER

On February 11, 2026, plaintiffs John Huber and Paul Prediger moved to extend the deadline for fact discovery by 90 days, or to May 25, 2026. None of the defendants object. However, the City and County defendants request that the plaintiffs be limited to 35 depositions without specific leave from the court.

Plaintiffs represent that they currently intend to only depose 35 non-defendant individuals, plus several Rule 30(b)(6) representatives. Rule 30(a)(2)(A) states that a party *must* obtain leave from the court to take more than 10 depositions unless the parties have stipulated to a greater number, and that the court *must* grant leave when warranted under the factors discussed in Rule 26(b)(1) and (b)(2). While defendants should not

unreasonably withhold consent from depositions that are relevant to the plaintiffs' claims and proportionate to the needs of the case, the rules make it plaintiffs' burden to justify additional depositions.

Therefore, **IT IS ORDERED** that the discovery schedule is amended as follows:

- Close of fact discovery: May 25, 2026
- Disclosure of plaintiffs' experts: July 9, 2026
- Disclosure of defendants' experts: August 24, 2026
- Disclosure of plaintiffs' rebuttal experts: September 23, 2026
- Close of expert discovery: October 23, 2026
- Dispositive motions due: January 15, 2027

**IT IS FURTHER ORDERED** that plaintiffs may seek leave from the court by Civil L.R. 7(h) expedited motion to take more than 35 depositions if defendants withhold consent.

Dated at Milwaukee, Wisconsin, this 11th day of March, 2026.

/s/Lynn Adelman
LYNN ADELMAN
United States District Judge

2

Case 2:21-cv-00969-LA    Filed 03/11/26    Page 2 of 2    Document 177