## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

JOHN HUBER, in his individual capacity )
and as Personal Representative of the )
ESTATE OF ANTHONY HUBER, )
   Plaintiff, )  No. 2:21-cv-00969-LA
  v. )
            )
DAVID G. BETH, in his individual and )
Official capacity as Kenosha County Sheriff, )
et al., )
   Defendants. )

---

PAUL HENRY PREDIGER, )
   Plaintiff, )  No. 2:21 cv 01192-LA
  v. )  (Consolidated with
            )  No. 2:21-cv-00969-LA)
THE CITY OF KENOSHA, )
et al., )
   Defendants. )

---

## DECLARATION OF CLEMENTINE UWABERA IN SUPPORT OF CITY DEFENDANTS' CIVIL L.R. 7(h) MOTION FOR AN ORDER AUTHORIZING DISCLOSURE AND PRODUCTION OF TAX RECORDS FROM THE WISCONSIN DEPARTMENT OF REVENUE

---

I, Clementine Uwabera, declare as follows:

1. I am an adult resident of the State of Wisconsin. I am a partner with Stafford Rosenbaum LLP, and licensed to practice law in the State of Wisconsin and the Eastern District of Wisconsin. My colleagues and I represent the City Defendants in the above-captioned matter.

2. October 31, 2025, City Defendants circulated copies of subpoenas duces

tecum to all parties. The subpoenas sought, among other items, tax records for Karen Bloom, John Huber, Anthony Huber and Paul Prediger. On November 17, 2025, Plaintiffs did not object to production of the tax records from 2015 to present. A true and correct copy of the email correspondence is attached hereto as Exhibit A.

3.  On November 19, 2025, the City Defendants served subpoenas duces tecum on WDOR seeking tax records from January 1, 2015 to the present for Karen Bloom, John Huber, and Paul Prediger. A true and correct copy of the subpoenas (including my cover letters) are attached hereto as Exhibit B.

4.  On December 23, 2025, the City Defendants served an additional subpoena on WDOR seeking tax records for Anthony Huber for tax years 2015 through 2021. A true and correct copy of the subpoena (including my cover letter) is attached hereto as Exhibit C.

5.  WDOR declined to produce the records, stating that tax returns are confidential under Wis. Stat. § 71.78(1) and may be disclosed only as provided in Wis. Stat. § 71.78(4)(f). A true and correct copy of relevant correspondence is attached hereto as Exhibit D.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated this 1st day of April, 2026.

*Electronically signed by Clementine Uwabera*
Clementine Uwabera
