# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

| | | |
|---|---|---|
| JOHN HUBER, in his individual capacity and as Personal Representative of the ESTATE OF ANTHONY HUBER, | ) ) ) ) | Case No. 21-cv-00969-LA |
| *Plaintiff*, | ) ) ) | Hon. Lynn Adelman District Judge |
| *v.* | ) ) | |
| DAVID G. BETH, in his individual and official capacity as Kenosha County Sheriff, *et al.,* | ) ) ) ) | JURY TRIAL DEMANDED |
| *Defendants*. | ) ) | |

| | | |
|---|---|---|
| PAUL HENRY PREDIGER, | ) ) | Case No. 21-cv-01192-LA |
| *Plaintiff*, | ) ) | (Consolidated with Case No. 21-cv-00969-LA) |
| *v.* | ) ) | |
| THE CITY OF KENOSHA, *et al.*, | ) ) | Hon. Lynn Adelman District Judge |
| | ) ) | JURY TRIAL DEMANDED |
| *Defendants.* | ) | |

## PLAINTIFFS' MOTION FOR 2-DAY EXTENSION OF TIME TO RESPOND TO CITY DEFENDANTS' MOTION TO COMPEL

Plaintiffs John Huber and Paul Prediger, by and through their counsel, respectfully move the Court for a one-day extension of time to respond to the City Defendants' motion to compel discovery from Plaintiff Prediger. In support of this motion, Plaintiffs state:

1. On April 1, 2026, the City Defendants filed a Rule 7(h) expedited non-dispositive motion to compel documents from Plaintiff Prediger. Dkt. 180.

2. Pursuant to this Court's rules and this district's local rules, Plaintiff's response is due April 8, 2026.

3. Due to other case deadlines, including an appellate answering brief due April 8th in *Villegas v. City of El Paso*, Case No. 25-50800, (5th Cir.), and a motion to dismiss response due on April 9th in *Reyes v. City of Chicago*, Case No. 25 L 11999, (Cook County Cir. Court), undersigned counsel is requesting a brief extension of two days to file Plaintiffs' response.

4. The City Defendants do not oppose this motion.

WHEREFORE, Plaintiffs request that the Court grant this motion to extend the deadline for Plaintiffs to respond to the City Defendants' motion to compel to April 10, 2026.

Respectfully Submitted,

JOHN HUBER
PAUL PREDIGER
By: /s/ Quinn K. Rallins

*One of Plaintiffs' Attorneys*

Jon Loevy
Dan Twetten
Anand Swaminathan
Steven Art
Quinn K. Rallins
Alyssa Martinez
LOEVY + LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
rallins@loevy.com

Kim Motley
Motley Legal Services
PO Box 1433
Matthews, NC 28106
kmotley@motleylegal.com