CONFIDENTIAL

4:30  LTE

**Gino DiPi**
ginodipi

U still live on 95th?

I see u requested to have ur address hidden on ur new dui

Just wait

It's cute that u thought I was somebody else and now u can't answer

Only person gunna be crying in the yard is u little boy

▶ Video

**Video call**
1:03 PM

**Missed video call**

**Call back**

Imagine being such a pussy u talk all that tough shit and then ghost

FEB 16, 2021

Morning nigger watch ur back

Message...