IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JOHN HUBER, in his individual capacity
and as Personal Representative of the
ESTATE OF ANTHONY HUBER,

      Plaintiff,

            Case No. 21-CV-969

  v.

DAVID G. BETH, et al.,

      Defendants.

PAUL HENRY PREDIGER,

      Plaintiff,

            Case No. 21-CV-1192

  v.

THE CITY OF KENOSHA, et al.,

      Defendants.

## DECLARATION OF SARA C. MILLS

STATE OF WISCONSIN    )
                      ) ss.
MILWAUKEE COUNTY    )

I, Sara C. Mills, make this declaration and state the following upon my own personal knowledge:

1. I am a licensed attorney in good standing in the state of Wisconsin and in this Eastern District of Wisconsin.

2. I am one of the attorneys representing Defendants David G. Beth, Kenosha County, Waukesha County, Racine County, Sauk County, Walworth County, and Washington County

("County Defendants") in the above-captioned lawsuit, I am authorized to submit this declaration on their behalf, and I make this declaration based on personal knowledge.

3. Attached hereto as **Exhibit A** is a true and correct copy of Notices of Deposition served on the County Defendants by Plaintiffs on February 17, 2026.

4. Attached hereto as **Exhibit B** is a true and correct copy of Notices of Deposition served on the County Defendants by Plaintiffs on March 6, 2026.

5. Attached hereto as **Exhibit C** is a true and correct copy of Notices of Deposition served on the County Defendants by Plaintiffs on April 3, 2026.

6. Attached hereto as **Exhibit D** is a true and correct copy of Notices of Deposition served on the County Defendants by Plaintiffs on May 11, 2026.

7. Attached hereto as **Exhibit E** is a true and correct copy of the County Defendants' Rule 26 Initial Disclosures served on Plaintiffs on July 10, 2023.

8. Attached hereto as **Exhibit F** is a true and correct copy of selected pages of the transcript from the October 21, 2024 deposition of David Fisher.

9. Attached hereto as **Exhibit G** is a true and correct copy of Plaintiffs' Rule 26 Initial Disclosures served on the County Defendants on July 7, 2026.

[SIGNATURE ON FOLLOWING PAGE]

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 18th day of May, 2026.

By: ___s/____ _Sara C. Mills_____
WI State Bar No. 1029470

3