**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| JOHN HUBER, in his individual capacity and as Personal Representative of the ESTATE OF ANTHONY HUBER,<br><br>Plaintiff,<br><br>v.<br><br>DAVID G. BETH , *et al.*,<br><br>Defendants. | No. 2:21-cv-00969-LA<br><br>Hon. Lynn Adelman, District Judge<br><br>JURY TRIAL DEMANDED |
| PAUL HENRY PREDIGER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF KENOSHA, *et al.*,<br><br>Defendants. | No. 2:21-cv-01192-LA<br><br>Hon. Lynn Adelman, District Judge<br><br>JURY TRIAL DEMANDED |

**NOTICE OF DEATH**

NOW COMES Plaintiffs John Huber and Paul Prediger, by and through their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure, 25(a), hereby gives notice of the death of counsel, Arthur Loevy, on April 11, 2026. Plaintiff continues to be represented by Steve Art, Anand Swaminathan, Dan Twetten, Quinn Rallins, Maggie Filler, and Alyssa Martinez from Loevy + Loevy.

Dated: May 28, 2026

RESPECTFULLY SUBMITTED,

/s/ Quinn Rallins
*One of Plaintiff's Attorneys*

Jon Loevy
Anand Swaminathan
Steve Art
Quinn Rallins
Alyssa Martinez
Maggie Filler
**LOEVY & LOEVY**
311 N. Aberdeen, Third
Fl Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Quinn K. Rallins, an attorney, hereby certify that on May 28, 2026 I served the foregoing document via electronic mail to all counsel of record.

/s/Quinn K. Rallins
*One of Plaintiffs' Attorneys*