IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

JOHN HUBER, in his individual capacity
and as Personal Representative of the
ESTATE OF ANTHONY HUBER,

Plaintiff,

Case No. 21-CV-969

v.

DAVID G. BETH, et al.,

Defendants.

---

PAUL HENRY PREDIGER,

Plaintiff,

Case No. 21-CV-1192

v.

THE CITY OF KENOSHA, et al.,

Defendants.

---

## THE COUNTY DEFENDANTS' RESPONSE TO PLAINTIFFS' EXPEDITED MOTION TO MODIFY SCHEDULING ORDER (DKT. 207)

---

The County Defendants, by their attorneys, Crivello, Nichols & Hall, S.C., hereby respond to Plaintiffs' motion to modify various deadlines. The County Defendants do not object to an extension generally, but the County Defendants object to the request for 30 days and instead believe that a lengthier extension of 60 days for Plaintiffs' expert disclosure deadline and an additional extension to Defendants' expert disclosure deadline is necessary for the following reasons:

1. The County Defendants agree that additional time is needed to depose six witnesses whose declarations were disclosed by Plaintiffs on August 7, 2026, the same day that discovery closed under the current scheduling order. It is the County Defendants' position that Defendants have a

right to depose these witnesses and that these material disclosures at the eleventh hour justify holding open discovery for an additional period of time. The County Defendants further agree that and all fact discovery should be completed prior to any expert disclosures.

2. Counsel for the County Defendants have reviewed the amended schedule proposed by Plaintiffs in their motion (Dkt. 207). Upon review of their schedules, the undersigned counsel does not see any feasible way to accommodate the completion of six additional depositions within the 30 days requested by Plaintiffs. Attorney Sara Mills, the primary attorney handling this matter for the County Defendants, has a trial next week, oral arguments in the Seventh Circuit in approximately three weeks, and seven motions for summary judgment due in the next six weeks. Her associate on this file, Attorney Anna Kees, is similarly busy with multiple scheduling conflicts and large due dates in the next 30 days.

3. Additionally, Attorney Mills is scheduled to begin maternity leave on (or perhaps before) October 23, 2026, with an anticipated return date of approximately January 18, 2027. Plaintiffs' proposed amended defense expert disclosure deadline (December 14, 2026, or approximately 60 days following Plaintiffs' proposed disclosure deadline) therefore falls in the middle of defense counsel's maternity leave. And because Attorney Mills is the primary attorney handling this case for the County Defendants and has been so since the inception of this litigation, it is the County Defendants' position that their deadline to disclose experts should be postponed until after counsel has returned from leave.

4. Accordingly, the County Defendants propose a different modification to the deadlines than that provided by Plaintiffs. The County Defendants do not make this request to prejudice any party or unduly delay the proceedings. Rather, given defense counsel's current work commitments and schedules, along with the unavoidable break due to Attorney Mills's maternity leave, the County

Defendants represent that good cause exists to grant the following modifications under Federal Rule of Civil Procedure 16(b)(4):

| Deadline | Current Date | Plaintiffs' Proposal | County Defendants' Proposal |
|---|---|---|---|
| Disclosure of Plaintiffs' Experts | September 14, 2026 | October 14, 2026 | November 13, 2026 |
| Disclosure of Defense Experts | November 13, 2026 | December 14, 2026 | February 1, 2027 |
| Disclosure of Plaintiffs' Rebuttal Experts | December 14, 2026 | January 13, 2027 | March 1, 2027 |
| Close of Expert Discovery | January 29, 2027 | March 1, 2027 | April 16, 2027 |
| Dispositive motions | April 29, 2027 | May 31, 2027 | July 16, 2027 |

Dated this 10th day of September, 2026.

By: /s Sara C. Mills

SAMUEL C. HALL, JR.
State Bar No. 1045476
SARA C. MILLS
State Bar No. 1029470
ANNA M. KEES
State Bar No. 1073980
Attorneys for Defendants, David G. Beth, Kenosha County, Waukesha County, Racine County, Sauk County, Walworth County, and Washington County
CRIVELLO, NICHOLS & HALL, S.C.
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53203
Phone: (414) 271-7722
Fax: (414) 271-4438
E-mail: shall@crivellolaw.com
smills@crivellolaw.com
akees@crivellolaw.com