**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| JOHN HUBER, in his individual capacity and as Personal Representative of the ESTATE OF ANTHONY HUBER,<br><br>Plaintiff,<br><br>v.<br><br>DAVID G. BETH, *et al.*,<br><br>Defendants. | No. 2:21-cv-00969-LA<br><br>Hon. Lynn Adelman,<br>District Judge<br><br>JURY TRIAL DEMANDED |
| Paul Henry Prediger,<br><br>Plaintiff,<br><br>v.<br><br>City of Kenosha, *et al.*,<br><br>Defendants. | No. 2:21-cv-01192-LA<br><br>Hon. Lynn Adelman,<br>District Judge<br><br>JURY TRIAL DEMANDED |

**ORDER MODIFYING SCHEDULING DATES**

The court has reviewed plaintiffs' expedited motion to modify the discovery and dispositive motion schedule (ECF No. 207), the response to that motion filed by the County defendants (ECF No. 209), as well as the reply brief in support of the motion just filed by plaintiffs (ECF No. 211). The parties are in general agreement that the current dates need to be

extended but differ in how much additional time is sought. Plaintiffs seek a 30-day extension for expert disclosures, expert discovery, and dispositive motions; the County defendants seek a longer extension of approximately two and a half months for these deadlines, citing other work commitments and the upcoming maternity leave of their primary counsel. In addition, it appears that the depositions of six declarants still need to be completed by defendants in advance of the first expert disclosure deadline.

I am sympathetic to the demands on all counsel involved in this case, but this matter has been pending for over five years and there are compelling reasons to move forward as expeditiously as possible. For good cause shown, however, in this instance I will grant plaintiffs' motion to extend using the more generous dates proposed by the County defendants.

**IT IS THEREFORE ORDERED** that plaintiffs' expedited motion to modify various scheduling dates (ECF No. 207) is **GRANTED** subject to the following deadlines:

- Depositions of the six declarants should be completed by **October 30, 2026.**
- Plaintiffs' expert disclosures are due by **November 13, 2026.**
- Defendants' expert disclosures are due by **February 1, 2027.**
- Plaintiffs' rebuttal expert disclosures are due by **March 1, 2027.**
- Close of expert discovery is **April 16, 2027.**
- Dispositive motions are due by **July 16, 2027.**

Dated at Milwaukee, Wisconsin, this 11th day of September, 2026.

/s/ Lynn Adelman
Lynn Adelman
United States District Judge