# EXHIBIT A

KENTUCKIANA
COURT REPORTERS

NO. 2:21-CV-00969-LA

JOHN HUBER, IN HIS INDIVIDUAL CAPACITY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ANTHONY HUBER V. DAVID G. BETH, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS KENOSHA COUNTY SHERIFF, ET AL.

------------------------------------

CASE NO. 2:21 CV 01192-LA CONSOLIDATED WITH NO. 2:21-CV-00969-LA

PAUL HENRY PREDIGER V. THE CITY OF KENOSHA, ET AL.

DEPONENT: PAUL HENRY PREDIGER

DATE: January 08, 2026

a courtroom powerhouse

schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273

opinion, right?
A. Absolutely.
Q. Would the same apply to the AK-47? You bought it because it's your right as an American?
A. Yes.
Q. There wasn't anything in particular that prompted you to buy it?
A. No.
Q. Have you ever used, either your assault rifle or your AK-47, for anything other than target practice?
A. No.
Q. Have you ever threatened anyone with a gun other than August 25th, 2020?
A. No.
Q. I believe you testified to the effect that you were an ACLU legal observer on August 25th, 2020. Do you recall --
A. Yes.
Q. -- testifying to that effect?
A. Yes, I do.
Q. Was that true?
A. Yes.
Q. Okay. And can you tell me about what it entailed to become an ACLU legal observer?
A. I took a course through the state of Wisconsin